# DRAFT OF REORGANIZATION PLAN

Osaka District Court
2002 (MI) No. 1 and No. 2

Corporations in Need of Reorganization
Sports Shinko Co., Ltd.

Amagase Onsen Country K.K.     No. 3
Kamogawa Country K.K. No. 4
Inagawa Kokusai K.K. No.5
Boshu Kaihatsu K.K. No. 6
Tsuyama Sports Shinko K.K. No. 7
Suifu Kanko K.K. No. 8
Suoh Country K.K. No. 9
Shimanto Country K.K. No. 10
Higashi Nasu Country Club K.K. No. 12
Izumi Sano Country K.K. No. 15
Misaki Country K.K. No. 16
Ureshino Kanko K.K. No. 17
Green Kaihatsu K.K. No. 18

Trustee  Mutsuo Tahara

256 0997

EXHIBIT B

| | |
|---|---|
| February 1977 | Officially opened the golf course with 18 holes |
| On/about July 1984 | Became the subsidiary company of Sports Shinko |
| February 1991 | Decision of completion of reorganization proceedings |
| October 1994 | Acquired the management right of Sports Shinko Shin Osaka Hotel from La Costa Japan Co., Ltd. |

Paragraph III  Summary of 14 Corporations Under Reorganization Upon the petition of Commencement of the Reorganization Proceedings

1. Sports Shinko (2002 (MI) No. 1, No. 2)

    (1) Type of Business:
    ° Operation and management of golf courses and clubs

    ° Sales and brokerage for golf membership

    ° Operation and management of hotels, inns facilities, eateries and sporting goods stores

    ° Sales, lease and brokerage in real estate business

    ° Investment and advisory services in the leisure industry

    (2) Capital amount: ¥90 million

    (3) Total number of issued stocks: 180,000 shares

    (4) Shareholders: 105,000 shares owned by Toshio Kinoshita
    60,000 shares owned by Kinoshita Kensetsu K.K.
    15,000 shares owned by Misaki Country

    (5) Representative Director: Toshio Kinoshita

    (6) Closing accounts of the period ending December 2001:
    Sales amount: ¥8.313 billion (¥8,313,000,000)
    Loss for this period: ¥3.78 billion (¥3,780,000,000)

    (7) Head office:
    Naniwa Building
    4-12 Banzai-Cho, Kita-Ku, Osaka

(8) Branch Offices:
    a. Sports Shinko Building 3-7 Ogawa-Cho, Kanda, Chiyoda-Ku, Tokyo
    b. Orange Palace #102
       2637-4 Kami Miyata, Minami Shimoura-Cho, Miura-Shi, Kanagawa Prefecture

       Inoue Building 7th Floor B
       126 Kuriyama-Cho, Himeji-Shi, Hyogo Prefecture

    c. (Directly operated golf course offices)
       (i) Sports Shinko Chitose Country Club
          (Opened in October 1974)
          (18 holes, 6,879 yards, Par 72)
          814 Kyowa, Chitose-Shi, Hokkaido
       (ii) Dai Atsugi Country Club (Main Course)
          (Opened 18-hole course in October 1970; added another 9 holes in November 1972)
          4088 Kami Minetani, Kami Ogino, Atsugi-Shi, Kanagawa Prefecture
          (27 holes, 10,407 yards; Par 109)
       (iii) Dai Atsugi Country Club (Sakura Course)
          (Opened in August 1980)
          4088 Kami Minetani, Kami Ogino, Atsugi-Shi, Kanagawa Prefecture
          (18 holes, 6,911 yards, Par 72)

# 更 生 計 画 案

大 阪 地 方 裁 判 所

平成14年（ミ）第1号，同第2号

更生会社　スポーツ振興株式会社

| | | | |
|---|---|---|---|
| 同 | 天瀬温泉カントリー株式会社 | 同 | 第3号 |
| 同 | 鴨川カントリー株式会社 | 同 | 第4号 |
| 同 | 猪名川国際株式会社 | 同 | 第5号 |
| 同 | 房州開発株式会社 | 同 | 第6号 |
| 同 | 津山スポーツ振興株式会社 | 同 | 第7号 |
| 同 | 水府観光株式会社 | 同 | 第8号 |
| 同 | 周防カントリー株式会社 | 同 | 第9号 |
| 同 | 四万十カントリー株式会社 | 同 | 第10号 |
| 同 | 株式会社東那須カントリークラブ | 同 | 第12号 |
| 同 | 泉佐野カントリー株式会社 | 同 | 第15号 |
| 同 | 岬カントリー株式会社 | 同 | 第16号 |
| 同 | 嬉野観光開発株式会社 | 同 | 第17号 |
| 同 | グリーン開発株式会社 | 同 | 第18号 |

256 0997

管財人　田 原 睦 夫

　　　昭和52年2月　　　　　全18ホール正式オープン
　　　昭和59年7月頃　　　　スポーツ振興の子会社となる
　　　平成3年2月　　　　　 会社更生手続終結決定
　　　平成6年10月　　　　　ラ・コスタ・ジャパン㈱よりスポーツ振興新大
　　　　　　　　　　　　　　阪ホテルの経営権を取得

第3節　更生手続開始申立時における更生会社14社の概要
　1　スポーツ振興（平成14年（ミ）第1号，同第2号）
　　（1）　目　的　　　　　①ゴルフ場並びにゴルフ倶楽部の経営・管理，②
　　　　　　　　　　　　　 ゴルフ会員権の売買及び斡旋，③宿泊施設・飲食
　　　　　　　　　　　　　 店・スポーツ用品店の経営・管理，④不動産の売
　　　　　　　　　　　　　 買，賃貸及び斡旋，⑤レジャー産業に対する投資
　　　　　　　　　　　　　 及び指導等
　　（2）　資本の額　　　　9000万円
　　（3）　発行済株式総数　18万株
　　（4）　株主構成　　　　木下俊雄　10万5000株，木下建設㈱　6万株，
　　　　　　　　　　　　　 岬カントリー　1万5000株
　　（5）　代表取締役　　　木下俊雄
　　（6）　平成13年12月期決算
　　　　　　　　　　　　　 売上高83億1300万円，当期損失37億8000万円
　　（7）　本　店　　　　　大阪市北区万歳町4番12号　浪速ビル
　　（8）　事業所
　　　　ア　支　店　　　　東京都千代田区神田小川町3-7スポーツ振興ビル
　　　　イ　営業所　　　　神奈川県三浦市南下浦町上宮田2637-4オレンジパ
　　　　　　　　　　　　　 レス102号
　　　　　　　　　　　　　 兵庫県姫路市栗山町126　イノウエビル7階B号
　　　　ウ　事業所（直営ゴルフ場）
　　　　　　①　スポーツ振興千歳カントリー倶楽部（昭和49年10月開場）
　　　　　　　　 北海道千歳市協和814番地（18ホール，6,879ヤード，パー72）
　　　　　　②　大厚木カントリー倶楽部（本コース）（昭和45年10月18ホー
　　　　　　　　 ル開場，昭和47年11月9ホール増設）
　　　　　　　　 神奈川県厚木市上荻野上峯谷4088（27ホール，10,407ヤード，
　　　　　　　　 パー109）
　　　　　　③　大厚木カントリー倶楽部（桜コース）（昭和55年8月開場）
　　　　　　　　 神奈川県厚木市上荻野上峯谷4088（18ホール，6,911ヤード，
　　　　　　　　 パー72）

256 1013