See Marks Decl. at ¶ 8 re Exhibits C, D and E, which states:

     Plaintiffs marked Exhibits C, D and E "confidential". These

exhibits therefore fall within the protections of the Stipulated

Protective Order filed herein on January 25, 2005 and may only be

filed under seal and only "upon prior application to and approval by

the court." Id. at ¶ 8. I will seek consent of plaintiffs' attorney to

waive the "confidential" designation of these documents, and if that is

not forthcoming, will seek the approval of the Court to file these

exhibits under seal. I will make this request to plaintiffs when the

Motion for Summary Judgment and Concise Statement of Facts are

served, so they will have access to these exhibits from the time the

motion is served.

EXHIBIT D