IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MILILANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>　　　　Defendants.<br>_____<br>FRANKLIN K. MUKAI,<br><br>　　　　Third-Party Plaintiff,<br><br>　　vs.<br><br>SPORTS SHINKO CO., LTD., a Japan corporation, SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation, SPORTS SHINKO (MILILANI) CO., LTD., a Hawai`i corporation, SPORTS SHINKO (KAUAI) CO., LTD., a Hawai`i corporation, SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai`i corporation, SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawai`i corporation, SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawai`i corporation, and OCEAN RESORT HOTEL CORPORATION, a Hawai`i corporation,<br><br>　　　　Third-Party Defendants.<br>_____ | CIVIL NO. 04-00128 ACK/BMK<br><br>**SUMMONS** |

592316-1 / 6850-5

```
SPORTS SHINKO (HAWAII) CO.,      )
LTD., a Hawai`i corporation,     )
SPORTS SHINKO (MILILANI) CO.,    )
LTD., a Hawai`i corporation,     )
                                 )
                                 )
     Third-Party Defendants/     )
     Counterclaimants,           )
                                 )
     vs.                         )
                                 )
MILILANI GOLF CLUB, LLC,         )
a Hawai`i limited liability      )
company; KG HOLDINGS, LLC,       )
a Hawai`i limited liability      )
company, FRANKLIN K. MUKAI,      )
                                 )
     Third-Party Counterclaim    )
     Defendants.                 )
                                 )
                                 )
_____)
```

**SUMMONS**

To the above-named Defendant(s):

You are hereby summoned and required to serve upon ALSTON HUNT FLOYD & ING, attorneys for Plaintiff, whose address is 18th Floor, ASB Tower, 1001 Bishop Street, Honolulu, Hawai'i 96813, an answer to the Third-Party Counterclaim which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Third-Party

592316-1 / 6850-5                    2

Counterclaim.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

DATED:  Honolulu, Hawai'i, JAN 1 3 2006                    .

SUE BEITIA

_____
CLERK

_____
(BY) DEPUTY CLERK