# McCorriston Miller Mukai MacKinnon LLP

ATTORNEYS AT LAW

**PRIVILEGED AND CONFIDENTIAL ATTORNEY CLIENT COMMUNICATION**

August 31, 2000

Mr. Tsugio Fukuda
Sports Shinko Co., Ltd.
3-7 Kanda Ogawamachi
Chiyoda-ku, Tokyo 101 JAPAN

    Re:    Management Agreements.

Dear Mr. Fukuda:

    We would like to confirm with you certain very important points that we have discussed this week. We understand that the Sports Shinko Group would like to reorganize its structure of ownership and management operations for its various properties in the State of Hawaii. In that reorganization, Sports Shinko Group would like to delegate the management duties to independent management companies and reserve only the ownership of the properties to the various Sports Shinko subsidiaries.

    We have advised Sports Shinko that although such a reorganization is possible, it must be aware of fraudulent conveyances issues both with respect to bankruptcy and foreclosure situations which may affect the effectiveness of the reorganization. Although we understand that it is the intent of Sports Shinko Group to reorganize the various operations in Hawaii to achieve a more efficient management function of the group as a whole, it may be possible for creditors to attack the reorganization effort as a fraudulent conveyance or, in a bankruptcy situation, as either a fraudulent conveyance or a voidable preference. In the worst case scenario, a creditor or a bankruptcy trustee could seek both civil and criminal sanctions. We attach a copy of a newspaper article about Mr. Sukamto Sia who is now being charged with such allegations.

    Accordingly, it is critical to the reorganization effort that the management functions be delegated to independent management companies that retain independent counsel who will conduct arms-length negotiations.

Very truly yours,

McCORRISTON MIHO MILLER MUKAI

Franklin K. Mukai
Eric T. Kawatani

**EXHIBIT 8**

P.O. Box 2800 • Honolulu, Hawaii 96803-2800

Mr. Tsugio Fukuda
Sports Shinko Co., Ltd.
August 31, 2000
Page 2


ETK:ti

cc: Mr. Satoshi Kinoshita

F:\USERS\ETK\SPORTS\fukuda.ltr.wpd



87°-77° / Partly cloudy
WEATHER, A4

# The Honolulu ~~Advertiser~~

... ~~MOANA~~ BLVD STE
HONOLULU HI    968]

Thursday • AUGUST 31,

# Ex-trustees



**SIA:** Apprehended by FBI at meeting with creditors.

## Sia pleads not guilty after FBI arrest

Lawyer says client

## Reorganization plan approved for school

**By Alice Keesing**
ADVERTISER EDUCATION WRITER

The Kamehameha Schools interim trustees have approved a major reorganization plan for the school.

The reorganization is necessary for the schools to implement the new strategic plan, which will pump more money into the system and expand the education programs, said chief executive officer Hamilton McCubbin, who outlined the plan to the beneficiary group Nā Pua a Ke Aliʻi Pauahi last night.

The most significant change is the creation of a chief education officer position to oversee all three campuses and educational programs.

Each campus will be led by a headmaster, who will report to the chief education officer.

That means Kamehameha Schools President

See SCHOOL, A8

## Settleme





FROM PAGE ONE

close significant assets and funneling money to friends and relatives to evade creditors.

Sia repeatedly has denied those charges.

Yesterday's sealed federal indictment accuses Sia of diverting $7.6 million from the sale of a GulfStream IV jet to companies he controlled and then not telling the bankruptcy court. Sia also is accused of obtaining two state tax refund checks totaling $757,249.10 and spending the money.

U.S. Attorney Steve Alm said the federal indictment carries a penalty of up to five years in prison and a $250,000 fine for each charge.

Officials said yesterday that an investigation is continuing, and it is likely they will amend the counts of the indictment as more information is discovered.

Alm said he was not sure how the criminal case will affect Sia's civil bankruptcy case or the liquidation of some assets that could become evidence in a trial later.

In a bail hearing yesterday afternoon before Federal Magistrate Judge Barry Kurren, attorneys for the bankrupt Sia presented a $60,000 cashier's check to the court for bail.

Sia, dressed in a blue, long-sleeved shirt, slacks and shackles, also offered to surrender his passport and pay for private security guards to watch him if he was granted release, or placed under house arrest here in Hawai'i.

Prosecutors argued that Sia, a citizen of Singapore, was at risk of fleeing the country and asked that bail be denied.

Kurren denied bail and ordered that Sia be held in jail overnight

Yesterday's criminal indictment is the latest in a series of legal problems that have beset the once high-flying financier.

Sia, formerly Sukarman Sukamto, filed for bankruptcy protection in a Hawai'i bankruptcy court Nov. 6, 1998, just weeks after being arrested in Las Vegas in the writing of bad checks at several hotels and casinos. But within a few months, what started out as a bankruptcy reorganization turned into a fire sale as Sia's estate was forced into liquidation.

### Millions owed to casinos?

In his bankruptcy filing, Sia said he owed creditors nearly $300 million, much of it to casinos for gambling debts; he claimed about $9 million in assets, mostly in properties and stock in Bank of Honolulu, where he served as chairman. Sia, who now lives in Macau, is no longer associated with the bank.

The Clark County District Attorney's office in Las Vegas still has criminal charges pending against Sia for writing bad checks to the Rio Hotel and Casino and Caesar's Palace in 1998. Sia also is facing lawsuits by several banks in Asia, where they allege Sia owes more than $63 million in unpaid loans.

Sia told The Advertiser earlier this year in an interview that he filed for bankruptcy protection on the advice of his lawyers and had since regretted the decision. He said he has been dogged by lawyers, creditors and the FBI over his complicated and far-flung business interests.

Prosecutors alleged yesterday that Sia and companies he controlled were involved in a scheme to funnel money from the sale of a GulfStream jet that Sia owned to offshore companies.

outside the reach of U.S. courts.

It is a charge that Sia has repeatedly denied.

The scheme, according to prosecutors, involved Sia selling the jet back to GulfStream for $20 million. Sia told bankruptcy officials in letter court filings that all of the proceeds went to pay Finova Capital Financing, a leading company that financed the jet's original purchase. But bankruptcy investigators said they found only about $10 million went to Finova.

Sia, through Honolulu attorney Renton Nip, ordered that $7.8 million of the proceeds be wired to Arton Pte. Ltd., according to the indictment. Sia owned 99.9 percent of Arton and was its chairman, according to court records. Sia then issued himself a check from Arton for $7.6 million and deposited that money in a personal Bank of America account in Singapore, prosecutors allege. He then had Bank of America wire $2 million to Elevate Holdings Ltd., $2 million to Cyber Enterprises Ltd. and $3.6 million to A-B-C Pacific Ltd. — all British Virgin Islands holding companies controlled by Sia, according to officials.

### Bought jewels for mother

Some creditors yesterday said they are not happy with the recent developments.

Sia said during yesterday's creditor meeting that, despite the bankruptcy case, he traveled to Las Vegas earlier this year and gambled away several hundred thousand dollars from state tax refunds at the Bellagio Hotel and Casino. Sia also said he bought a diamond about $300,000 to buy a diamond ring set for his mother.

not be amused that (Sia) is spending money at other casinos when he still owes them millions," said Don Gelber, the Honolulu attorney representing the Rio and Caesars in the bankruptcy proceeding.

Sia has requested that his bankruptcy case be dismissed, but many observers say that is unlikely. Sia also has filed a motion to have $300 million in debts discharged leading several creditors to seek judgments on their own so they can start seizing assets that are not part of the bankruptcy.

"He is a gambling addict, and he's not going to change his ways," said Scott Batterman, an attorney representing a British casino company that is owed $5.4 million by Sia.

Sia's attorneys raised their own questions yesterday about actions taken by the FBI and the U.S. attorney's Office in arresting Sia.

"This is not about drugs, or violence," said Sia's newest attorney, John Edmunds. Edmunds said Sia was lured to Hawai'i by the government under the pretext of meeting with creditors, but it was really a ruse to arrest him.

"He knew the government was interested in him," Edmunds said in court yesterday, but he said Sia was unaware that he was facing federal indictment.

Hoping Sia would spend as little time in jail as possible before the trial, Edmunds asked Kurren for earliest court date possible. Kurren agreed to expedite Sia's detention hearing to later this afternoon.

Assistant U.S. Attorney Chris Poirier argued that, "The defendant should not be treated any differently because he is rich."

But Edmunds told Kurren the issue was not how rich Sia may be, ...

---

## Suharto trial opens

JAKARTA, Indonesia — Ex-President Suharto's corruption trial opened today amid tight security, but the former dictator did not attend the session after doctors determined he was too sick and a two-week adjournment to examine Suharto.

Yesterday's 10-day festival devotees of the festival, representing the Arabian Sea.

ly painted clay idol of the

## Suharto absent, trial opens

Associated Press

Officials said Suharto's medical team, consisting of 23 doctors and the health of our client concluded he was sick," attorney Felix Tampubolon told the morning Suharto's medical panel. "Because of his condition, he could not face the court," prosecutors immediately asked their doctors an opportunity to examine Suharto.

## PACIFIC ISLANDS

## U.S. senators back travel crackdown

SAIPAN, Northern Marianas Islands — A bipartisan coalition of senators, including Democ...