根拠法規：外国為替の管理に関する省令
主務官庁：大 蔵 省

## 対外直接投資に係る金銭の貸付契約に関する届出書

平成 2 年 5 月 17 日

大 蔵 大 臣 殿

届出者：
氏名又は名称及び代表者の氏名　スポーツ振興株式会社　代表取締役　木下 俊雄　(記名押印)

住所又は所在地　大阪市北区万歳町4番12号 浪速ビル

職業又は業種　ゴルフ場経営

担当者　杉本芳文
電話 (06)315-1851

下記のとおり届出します。

| | | | | | |
|---|---|---|---|---|---|
| 1 貸付けの相手方及びその概要 | (1) 名　称 | Sports Shinko (Waikiki) Corporation | | 資本金 US$ 1,000.— 設立年月日 1990年5月2日 | |
| | (2) 所在地 | 1001 Bishop Street #2200 - Pacific Tower Honolulu, Hawaii 96813 U.S.A. | | | |
| | (3) 事業内容（事業計画を含む。） | (事業内容) ホテル経営　(単位：千米ドル) | | | |
| | | 売上収入 | 90.4月〜91.3月 | 91.4月〜92.3月 | 92.4月〜93.3月 |
| | | ワイキキインホテル | 9747 | 10625 | 11185 |
| | | フィーンカピオラニホテル | 8175 | 11167 | 11908 |
| | (4) 届出者との関係 | 届出者の出資比率　0 % 共同投資者の出資比率　0 % | その他（具体的に記載すること。） | 会社決議により役員派遣 | |
| | (5) 届出者の投資残高 | 出資　0 | 貸付け | ¥10,000,000,000.— | |
| | (6) 共同投資者の投資残高 | 出資　0 | 貸付け | 0 | |
| | (7) 既往届出受理年月日及び受理番号（届出者分） | | | | |
| 2 金　額 | | ¥10,000,000,000.— | | | |
| 3 契約時期 | | 届出後 2ヶ月以内 | | | |
| 4 貸付時期 | | 届出後 2ヶ月以内 | | | |
| 5 条件 | (1) 金利 | 年利 8% | | | |
| | (2) 期間 | 5年 | | | |
| | (3) 元利金の回収方法 | 元利金共満期日一括回収 | | | |
| 6 取引に伴う支払（又は支払の受領）の方法（該当分に○） | | ① 特殊決済方法以外の方法 □ 特殊決済方法による方法（具体的に記載すること。） | | | |
| 7 資金の使途（該当分に○） | | ① 設備資金　□ 運転資金　ハ その他（具体的に記載すること。） | | | |
| 8 取引を行おうとする理由 | | 今般相手方から、同相手方が米国ハワイ州にあるホテルを買収するにともない、その買収資金の一部の貸付方要請があったのでこれに応じるもの（詳細別紙の通り） | | | |
| 9 その他の事項 | | | | | |

108 1530

EXHIBIT T-1

CONFIDENTIAL

大蔵大臣 受理
2.5.17
FD 第 53 号

届出受理年月日

(裏面)

1 大蔵大臣の記載欄

| 事 項 | 年 月 日 及 び 記 名 押 印 |
|---|---|
| 本届出に係る取引は 平成2年5月29日 ことができる。 | 平成2年5月29日<br><br>日本銀行大阪支店長<br>若 月 三 喜 雄 |

2 外国為替公認銀行の記載欄

| 送金(又は受領)年月日 | 金 額 | 銀 行 印 |
|---|---|---|
| JUN. -5.1990 | ¥10,000,000,000.- | Bank of Hawaii<br>Tokyo Branch<br>OE-51 |

108 1531