IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| SPORTS SHINKO CO., LTD.,<br>a Japanese corporation, | ) | CIVIL NO. CV 04-00124<br>ACK/BMK |
| | ) | |
| Plaintiff, | ) | CONSOLIDATED CASES |
| | ) | |
| vs. | ) | **DECLARATION OF** |
| | ) | **GLENN T. MELCHINGER** |
| QK HOTEL, LLC, a Hawai'i<br>limited liability company,<br>et al., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FRANKLIN K. MUKAI, | ) | |
| | ) | |
| Third-Party<br>Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SPORTS SHINKO (USA) CO.; LTD.,<br>a Delaware corporation, et al., | ) | |
| Third-Party<br>Defendants. | ) | |
| | ) | |
| SPORTS SHINKO (USA) CO., LTD.,<br>a Delaware corporation, | ) | CIVIL NO. CV 04-00125<br>ACK/BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PUKALANI GOLF CLUB, LLC, a<br>Hawai'i limited liability<br>company, et al., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FRANKLIN K. MUKAI, | ) | |
| | ) | |
| Third-Party<br>Plaintiff, | ) | |

604,899 / 6850-5

```
            vs.                        )
                                       )
SPORTS SHINKO CO., LTD.,               )
a Japan corporation, et al.,           )
                                       )
            Third-Party                )
            Defendants.                )
_____    )
                                       )
SPORTS SHINKO (USA) CO., LTD, a   )       CIVIL NO. CV 04-00126
Delaware corporation,                  )              ACK/BMK
                                       )
            Plaintiff,                 )
                                       )
        vs.                            )
                                       )
KIAHUNA GOLF CLUB, LLC,                )
a Hawai'i limited liability            )
company, et al.,                       )
                                       )
            Defendants,                )
                                       )
        and                            )
                                       )
FRANKLIN K. MUKAI,                     )
                                       )
            Third-Party                )
Plaintiff,                             )
                                       )
        vs.                            )
                                       )
SPORTS SHINKO CO., LTD.,               )
a Japan corporation, et al.,           )
                                       )
            Third-Party                )
            Defendants.                )
_____    )
                                       )
SPORTS SHINKO CO., LTD., a        )       CIVIL NO. CV 04-00127
Japanese corporation,                  )              ACK/BMK
                                       )
            Plaintiff,                 )
                                       )
        vs.                            )
                                       )
OR HOTEL, LLC, a Hawai'i               )
limited liability company,             )
et al.,                                )
                                       )
            Defendants,                )
```

and                                    )
                                       )
FRANKLIN K. MUKAI,                     )
                                       )
          Third-Party                  )
          Plaintiff,                   )
                                       )
     vs.                               )
                                       )
SPORTS SHINKO (USA) CO., LTD.,         )
a Delaware corporation, et al.,        )
                                       )
          Third-Party                  )
          Defendants.                  )
_____ )
                                       )
SPORTS SHINKO (USA) CO., LTD.,         )    CIVIL NO. CV 04-00128
a Delaware corporation,                )         ACK/BMK
                                       )
          Plaintiff,                   )
                                       )
     vs.                               )
                                       )
MILILANI GOLF CLUB, LLC,               )
a Hawai`i limited liability            )
company, et al.,                       )
                                       )
          Defendants,                  )
                                       )
     and                               )
                                       )
FRANKLIN K. MUKAI,                     )
                                       )
          Third-Party                  )
          Plaintiff,                   )
                                       )
     vs.                               )
                                       )
SPORTS SHINKO CO., LTD.,               )
a Japan corporation, et al.,           )
                                       )
          Third-Party                  )
          Defendants.                  )
_____ )


## DECLARATION OF GLENN T. MELCHINGER

Pursuant to 28 U.S.C. § 1746, I declare that:

604,899 / 6850-5                        3

1.    I am an attorney with the law firm of Alston Hunt
Floyd & Ing, counsel for Plaintiffs and Third-Party Defendants
SPORTS SHINKO (USA) CO., LTD.; SPORTS SHINKO CO., LTD.; SPORTS
SHINKO (HAWAII) CO., LTD.; SPORTS SHINKO (MILILANI) CO.; SPORTS
SHINKO (KAUAI) CO., LTD.; SPORTS SHINKO (PUKALANI) CO., LTD.;
SPORTS SHINKO RESORT HOTEL CORPORATION; SPORTS SHINKO (WAIKIKI)
CORPORATION; and OCEAN RESORT HOTEL CORPORATION (the "SS
Entities").

2.    I make this Declaration based on my personal
knowledge and am competent to testify as to the matters set forth
herein.

3.    The SS Entities submit this Motion in connection
with the SS Entities' Memorandum in Opposition and Concise
Statement of Facts in Support of Opposition to KG Defendants'
Motion for Summary Judgment in CV NO. 04-00128 ACK-BMK, filed
January 13, 2006 (the "MIO").  The exhibit at issue-Exhibit "15"
to the MIO-contains sensitive personal financial information of
Bert A. Kobayashi, Susan Kobayashi, Ronald H. Kobayashi, Sandra
Kobayashi and The Kobayashi Group, the unrestricted and public
disclosure of which could be detrimental to them.  Plaintiffs
designated this document as "confidential" under a Stipulated
Protective Order filed herein on January 25, 2005.  I advised
other counsel that I would seek to submit Ex. "15" under seal,
and have received no opposition.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 22nd day of February, 2006.

/s/ Glenn T. Melchinger
GLENN T. MELCHINGER