IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>QK HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>    Defendants,<br><br>  and<br><br>FRANKLIN K. MUKAI,<br><br>    Third-Party Plaintiff,<br><br>  v.<br><br>SPORTS SHINKO (USA) CO.; LTD., a Delaware corporation; SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (MILILANI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (KAUAI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawai`i corporation; SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawai`i corporation; and OCEAN RESORT HOTEL CORPORATION, a Hawai`i corporation,<br><br>    Third-Party Defendants. | CIV. NO. CV 04-00124 ACK/BMK<br><br>CONSOLIDATED CASES<br><br>**ORDER GRANTING MOTION TO SEAL EXHIBIT 15 TO MEMORANDUM IN OPPOSITION TO KG DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN CIV NO. 04-00128 ACK-BMK FILED JANUARY 13, 2006** |

```
SPORTS SHINKO (USA) CO., LTD.,     )  CIVIL NO. CV 04-00125
a Delaware corporation,            )           ACK/BMK
                                   )
           Plaintiff,              )
                                   )
      v.                           )
                                   )
PUKALANI GOLF CLUB, LLC, a         )
Hawai`i limited liability          )
company; KG MAUI DEVELOPMENT,      )
LLC, a Hawai`i limited             )
liability company; KG HOLDINGS,    )
LLC, a Hawai`i limited             )
liability company, FRANKLIN K.     )
MUKAI,                             )
                                   )
           Defendants,             )
                                   )
      and                          )
                                   )
FRANKLIN K. MUKAI,                 )
                                   )
           Third-Party             )
           Plaintiff,              )
                                   )
      v.                           )
                                   )
SPORTS SHINKO CO., LTD.,           )
a Japan corporation, SPORTS        )
SHINKO (HAWAII) CO., LTD.,         )
a Hawai`i corporation, SPORTS      )
SHINKO (MILILANI) CO., LTD.,       )
a Hawai`i corporation, SPORTS      )
SHINKO (KAUAI) CO., LTD.,          )
a Hawai`i corporation, SPORTS      )
SHINKO (PUKALANI) CO., LTD., a     )
Hawai`i corporation, SPORTS        )
SHINKO RESORT HOTEL                )
CORPORATION, a Hawai`i             )
corporation, SPORTS SHINKO         )
(WAIKIKI) CORPORATION,             )
a Hawai`i corporation, and         )
OCEAN RESORT HOTEL CORPORATION,    )
a Hawai`i corporation,             )
                                   )
           Third-Party             )
           Defendants.             )
_____)
                                   )
SPORTS SHINKO (USA) CO., LTD, a    )  CIVIL NO. CV 04-00126
```

2

```
Delaware corporation,                 )        ACK/BMK
                                      )
          Plaintiff,                  )
                                      )
     v.                               )
                                      )
KIAHUNA GOLF CLUB, LLC, a             )
Hawai'i limited liability             )
company; KG KAUAI DEVELOPMENT,        )
LLC, a Hawai'i limited liability      )
company; PUKALANI GOLF CLUB,          )
LLC, a Hawai'i limited liability      )
company; KG MAUI DEVELOPMENT,         )
LLC, a Hawai'i limited liability      )
company; MILILANI GOLF CLUB,          )
LLC, a Hawai'i limited liability      )
company; QK HOTEL, LLC, a             )
Hawai'i limited liability             )
company; OR HOTEL, LLC, a             )
Hawai'i limited liability             )
company, and KG HOLDINGS, LLC,        )
a Hawai'i limited liability           )
company,                              )
                                      )
          Defendants,                 )
                                      )
     and                              )
                                      )
FRANKLIN K. MUKAI,                    )
                                      )
          Third-Party                 )
          Plaintiff,                  )
                                      )
     v.                               )
                                      )
SPORTS SHINKO CO., LTD., a            )
Japan corporation, SPORTS             )
SHINKO (HAWAII) CO., LTD., a          )
Hawai`i corporation, SPORTS           )
SHINKO (MILILANI) CO., LTD., a        )
Hawai`i corporation, SPORTS           )
SHINKO (KAUAI) CO., LTD., a           )
Hawai`i corporation, SPORTS           )
SHINKO (PUKALANI) CO., LTD., a        )
Hawai`i corporation, SPORTS           )
SHINKO RESORT HOTEL                   )
CORPORATION, a Hawai`i                )
corporation, SPORTS SHINKO            )
(WAIKIKI) CORPORATION, a              )
Hawai`i corporation and OCEAN         )
```

3

```
RESORT HOTEL CORPORATION, a      )
Hawai`i corporation,             )
                                 )
          Third-Party            )
          Defendants.            )
_____)

SPORTS SHINKO CO., LTD., a       )  CIVIL NO. CV 04-00127
Japanese corporation,            )           ACK/BMK
                                 )
          Plaintiff,             )
                                 )
     v.                          )
                                 )
OR HOTEL, LLC, a Hawai`i         )
limited liability company, KG    )
HOLDINGS, LLC, a Hawai`i         )
limited liability company,       )
FRANKLIN K. MUKAI,               )
                                 )
          Defendants,            )
                                 )
     and                         )
                                 )
FRANKLIN K. MUKAI,               )
                                 )
          Third-Party            )
          Plaintiff,             )
                                 )
     v.                          )
                                 )
SPORTS SHINKO (USA) CO., LTD.,   )
a Delaware corporation; SPORTS   )
SHINKO (HAWAII) CO., LTD., a     )
Hawai`i corporation; SPORTS      )
SHINKO (MILILANI) CO., LTD., a   )
Hawai`i corporation; SPORTS      )
SHINKO (KAUAI) CO., LTD., a      )
Hawai`i corporation; SPORTS      )
SHINKO (PUKALANI) CO., LTD., a   )
Hawai`i corporation; SPORTS      )
SHINKO RESORT HOTEL              )
CORPORATION, a Hawai`i           )
corporation; SPORTS SHINKO       )
(WAIKIKI) CORPORATION, a         )
Hawai`i corporation; and OCEAN   )
RESORT HOTEL CORPORATION, a      )
Hawai`i corporation,             )
                                 )
          Third-Party            )
```

4

```
              Defendants.         )
                                  )
_____    )
                                  )
SPORTS SHINKO (USA) CO., LTD.,    )   CIVIL NO. CV 04-00128
a Delaware corporation,           )              ACK/BMK
                                  )
          Plaintiff,              )
                                  )
     v.                           )
                                  )
MILILANI GOLF CLUB, LLC,          )
a Hawai`i limited liability       )
company; KG HOLDINGS, LLC,        )
a Hawai`i limited liability       )
company, FRANKLIN K. MUKAI,       )
                                  )
          Defendants,             )
                                  )
     and                          )
                                  )
                                  )
FRANKLIN K. MUKAI,                )
                                  )
          Third-Party             )
          Plaintiff,              )
                                  )
     v.                           )
                                  )
SPORTS SHINKO CO., LTD., a        )
Japan corporation, SPORTS         )
SHINKO (HAWAII) CO., LTD., a      )
Hawai`i corporation, SPORTS       )
SHINKO (MILILANI) CO., LTD., a    )
Hawai`i corporation, SPORTS       )
SHINKO (KAUAI) CO., LTD., a       )
Hawai`i corporation, SPORTS       )
SHINKO (PUKALANI) CO., LTD.,      )
a Hawai`i corporation, SPORTS     )
SHINKO RESORT HOTEL               )
CORPORATION, a Hawai`i            )
corporation, SPORTS SHINKO        )
(WAIKIKI) CORPORATION, a          )
Hawai`i corporation, and          )
OCEAN RESORT HOTEL CORPORATION,   )
a Hawai`i corporation,            )
                                  )
          Third-Party             )
          Defendants.             )
_____    )
```

5

**ORDER GRANTING MOTION TO SEAL EXHIBIT 15 TO MEMORANDUM IN OPPOSITION TO KG DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN CIV NO. 04-00128 ACK-BMK FILED JANUARY 13, 2006**

The Court, having reviewed the Ex Parte Motion of Plaintiffs and Third-Party Defendants SPORTS SHINKO (USA) CO., LTD., SPORTS SHINKO (HAWAII) CO., LTD., SPORTS SHINKO (MILILANI) CO., LTD., SPORTS SHINKO (KAUAI) CO., LTD., SPORTS SHINKO (PUKALANI) CO., LTD., SPORTS SHINKO RESORT HOTEL CORPORATION, SPORTS SHINKO (WAIKIKI) CORPORATION and OCEAN RESORT HOTEL CORPORATION (the "SS Entities") and good cause appearing therefore, IT IS HEREBY ORDERED that the Ex Parte Motion is GRANTED. The SS Entities shall file under seal pages 35 through 43 to the deposition upon written questions of the Custodian of Records of the Bank of Hawaii, which has been designated Exhibit "15" to the Plaintiffs' Memorandum in Opposition and Concise Statement of Facts in Support of Opposition to KG Defendants' Motion for Summary Judgment, filed on January 13, 2006, in CV NO. 04-00128 ACK-BMK.

   IT IS SO ORDERED.

   DATED: Honolulu, HI, February 27, 2006.



                              _____
                              Alan C. Kay
                              Sr. United States District Judge




Sports Shinko Co., Ltd. v. QK Hotel, LLC, Civ. No. 04-124 ACK/BMK; consolidated with Civ. Nos. 04-125 ACK/BMK, 04-126 ACK/BMK, 04-127 ACK/BMK, 04-128 ACK/BMK; ORDER GRANTING MOTION TO SEAL EXHIBIT 15 TO MEMORANDUM IN OPPOSITION TO KG DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN CIV NO. 04-00128 ACK-BMK FILED JANUARY 13, 2006.