PRICE OKAMOTO HIMENO & LUM
WARREN PRICE III         1212
ROBERT A. MARKS          2163
707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Phone: 808.538.1113
Fax: 808.533.0549
E-mail:  wprice@pohlhawaii.com
         ram@pohlhawaii.com

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC,
KG KAUAI DEVELOPMENT, LLC,
PUKALANI GOLF CLUB, LLC,
KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC,
QK HOTEL, LLC, OR HOTEL, LLC,
AND KG HOLDINGS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japan corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>QK HOTEL, LLC, a Hawaii limited liability company, et al.,<br><br>　　　　Defendants,<br>　and<br>FRANKLIN K. MUKAI,<br><br>　　　　Third-Party Plaintiff,<br><br>　vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware Corporation, et al., | CV 04-00124 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>STIPULATION IN LIEU OF EXHIBITS B, C, D AND E TO KG DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN CV NO. 04-00128 ACK-BMK; ORDER; CERTIFICATE OF SERVICE<br><br>DATE:　　　March 20, 2006<br>TIME:　　　9:30 am<br>JUDGE:　　Hon. Alan C. Kay |

| | |
|---|---|
| Third-Party Defendants. | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>        Plaintiff,<br><br>   vs.<br><br>PUKALANI GOLF CLUB, LLC, a Hawaii limited liability company, et al.,<br><br>        Defendants,<br><br>   and<br><br>FRANKLIN K. MUKAI,<br><br>        Third-Party Plaintiff,<br><br>   vs.<br><br>SPORTS SHINKO CO., LTD., a Japan Corporation, et al.,<br><br>        Third-Party Defendants | CV 04-00125 ACK-BMK |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>        Plaintiff,<br><br>   vs.<br><br>KIAHUNA GOLF CLUB, LLC, a Hawaii limited liability company, et al.,<br><br>        Defendants,<br><br>   and<br><br>FRANKLIN K. MUKAI,<br><br>        Third-Party Plaintiff,<br><br>   vs.<br><br>SPORTS SHINKO CO., LTD., a Delaware Corporation, et al., | CV 04-00126 ACK-BMK |

| | |
|---|---|
| Third-Party Defendants. | |
| SPORTS SHINKO CO., LTD., a Japan corporation, | CV 04-00127 ACK-BMK |
| Plaintiff, | |
| vs. | |
| OR HOTEL, LLC, a Hawaii limited liability company, et al., | |
| Defendants, | |
| and | |
| FRANKLIN K. MUKAI, | |
| Third-Party Plaintiff, | |
| vs. | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware Corporation, et al., | |
| Third-Party Defendants. | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | CV 04-00128 ACK-BMK |
| Plaintiff, | |
| vs. | |
| MILILANI GOLF CLUB, LLC, a Hawaii limited liability company; et al., | |
| Defendants, | |
| and | |
| FRANKLIN K. MUKAI, | |
| Third-Party Plaintiff, | |
| vs. | |
| SPORTS SHINKO CO., LTD., a Japan Corporation, et al., | |
| Third-Party Defendants. | |

STIPULATION IN LIEU OF EXHIBITS B, C, D AND E
TO KG DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN
CV NO. 04-00128 ACK-BMK

Defendants Kiahuna Golf Club, LLC, KG Kauai Development, LLC, Pukalani Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC, QK Hotel, LLC, OR Hotel, LLC, and KG Holdings, LLC ("KG Defendants"), through their attorneys, Price Okamoto Himeno and Lum, Defendant Franklin K. Mukai, through his attorneys, Burke McPheeters Bordner & Estes, and Plaintiffs Sports Shinko Co., Ltd. and Sports Shinko (USA) Co., Ltd., through their attorneys, Alston Hunt Floyd and Ing, hereby stipulate as follows:

A. From January 1, 2000 until February 4, 2002 (Japan time) when the Osaka, Japan District Court appointed a interim administrator (*hozen kanrinin*) in Sports Shinko Co., Ltd.'s corporate reorganization proceeding:

1. Toshio Kinoshita was Chairman of the Board of Directors, President and Representative Director of Sports Shinko Co., Ltd., aka Sports Shinko K.K., aka Sports Shinko Japan ("SS-Japan").

2. SS-Japan had 180,000 shares of stock. SS-Japan had three shareholders:

a. Toshio Kinoshita owned 105,000 shares of SS-Japan (58.33%).

b. Kinoshita Kensetsu Co., Ltd., aka Kinoshita Kensetsu K.K., aka Kinoshita Construction Co., Ltd. ("Kinoshita Construction") owned 60,000 shares of SS-Japan (33.33%).

c. Misaki Country, aka Misaki Country Club, aka Misaki C.C. Co., Ltd., aka Misaki Kantorii Co. Ltd., ("Misaki Country") owned 15,000 shares of SS-Japan (8.33%).

4

        3.      Kinoshita Construction had 60,000 shares of stock. Three sons of Toshio Kinoshita owned all the stock. Toshio's oldest son, Satoshi Kinoshita, owned 30,000 shares of Kinoshita Construction (50%). Toshio's son Toshiya Kinoshita owned 15,000 shares of Kinoshita Construction (25%). Toshio's son Takeshi Kinoshita owned 15,000 shares of Kinoshita Construction (25%).

        4.      Misaki Country had 40,000 shares of stock. All of the stock of Misaki Country was owned by SS-Japan.

    B.      This Stipulation does not preclude the submission of evidence that the period of Toshio Kinoshita's ownership and control over SS-Japan began before January 1, 2000 and extended after February 4, 2002 (Japan time).

    C.      KG Defendants' Concise Statement of Facts filed January 13, 2006 shall be deemed supplemented to incorporate the foregoing Stipulation where references to Exhibits B, C, D or E are found.

    DATED: Honolulu, Hawaii, February 27, 2006.

                                /s/ Robert A. Marks
                                WARREN PRICE III
                                ROBERT A. MARKS

                                Attorneys for Defendants
                                KIAHUNA GOLF CLUB, LLC,
                                KG KAUAI DEVELOPMENT, LLC,
                                PUKALANI GOLF CLUB, LLC,
                                KG MAUI DEVELOPMENT, LLC,
                                MILILANI GOLF CLUB, LLC,
                                QK HOTEL, LLC, OR HOTEL, LLC,
                                AND KG HOLDINGS, LLC

/s/ Glenn T. Melchinger
PAUL ALSTON
GLENN T. MELCHINGER

Attorneys for Plaintiffs
SPORTS SHINKO CO., LTD. AND
SPORTS SHINKO (USA) CO., LTD.


/s/ William Bordner
WILLIAM BORDNER, ESQ.
JOHN REYES-BURKE, ESQ.

Attorneys for Defendant
FRANKLIN K. MUKAI


APPROVED AND SO ORDERED:



_____
Alan C. Kay
Sr. United States District Judge


STIPULATION IN LIEU OF EXHIBITS B, C, D AND E TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN CV NO. 04-00128 ACK-BMK; ORDER; Sports Shinko Co., Ltd. v. QK Hotel, LLC, et al. etc., D. Hawaii CV No. 04-00124 and consolidated cases.