Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON            1126-0
GLENN T. MELCHINGER    7135-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:  gtm@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Entities

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br>a Japanese corporation,<br><br>      Plaintiff,<br><br>   vs.<br><br>QK HOTEL, LLC, a Hawai'i<br>limited liability company,<br>et al.,<br><br>      Defendants,<br><br>   and<br><br>FRANKLIN K. MUKAI,<br><br>      Third-Party<br>      Plaintiff,<br><br>   vs.<br><br>SPORTS SHINKO (USA) CO.; LTD.,<br>a Delaware corporation, et al.,<br><br>      Third-Party<br>      Defendants. | CIVIL NO. CV 04-00124<br>        ACK/BMK<br><br>CONSOLIDATED CASES<br><br>**PLAINTIFFS' AND THIRD-PARTY<br>DEFENDANTS' SUMMARY OF RELATED<br>STATE COURT LITIGATION;<br>CERTIFICATE OF SERVICE**<br><br>DATE:     March 20, 2006<br>TIME:     1:30 p.m.<br>JUDGE:   Hon. Alan C. Kay |

```
SPORTS SHINKO (USA) CO., LTD.,    )   CIVIL NO. CV 04-00125
a Delaware corporation,           )            ACK/BMK
                                  )
          Plaintiff,              )
                                  )
     vs.                          )
                                  )
PUKALANI GOLF CLUB, LLC, a        )
Hawai`i limited liability         )
company, et al.,                  )
                                  )
          Defendants,             )
                                  )
     and                          )
                                  )
FRANKLIN K. MUKAI,                )
                                  )
          Third-Party             )
          Plaintiff,              )
                                  )
     vs.                          )
                                  )
SPORTS SHINKO CO., LTD.,          )
a Japan corporation, et al.,      )
                                  )
          Third-Party             )
          Defendants.             )
_____)
                                  )
SPORTS SHINKO (USA) CO., LTD, a   )   CIVIL NO. CV 04-00126
Delaware corporation,             )            ACK/BMK
                                  )
          Plaintiff,              )
                                  )
     vs.                          )
                                  )
KIAHUNA GOLF CLUB, LLC,           )
a Hawai‘i limited liability       )
company, et al.,                  )
                                  )
          Defendants,             )
                                  )
     and                          )
                                  )
FRANKLIN K. MUKAI,                )
                                  )
          Third-Party             )
          Plaintiff,              )
                                  )
```

607766_1 / 6850-5

```
              vs.                        )
                                         )
                                         )
SPORTS SHINKO CO., LTD.,                 )
a Japan corporation, et al.,             )
                                         )
                                         )
              Third-Party                )
              Defendants.                )
_____)

SPORTS SHINKO CO., LTD., a               )   CIVIL NO. CV 04-00127
Japanese corporation,                    )          ACK/BMK
                                         )
              Plaintiff,                  )
                                         )
              vs.                        )
                                         )
OR HOTEL, LLC, a Hawai`i                 )
limited liability company,               )
et al.,                                  )
                                         )
              Defendants,                )
                                         )
              and                        )
                                         )
FRANKLIN K. MUKAI,                       )
                                         )
              Third-Party                )
              Plaintiff,                  )
                                         )
              vs.                        )
                                         )
SPORTS SHINKO (USA) CO., LTD.,           )
a Delaware corporation, et al.,          )
                                         )
              Third-Party                )
              Defendants.                )
_____)
                                         )
SPORTS SHINKO (USA) CO., LTD.,           )   CIVIL NO. CV 04-00128
a Delaware corporation,                  )          ACK/BMK
                                         )
              Plaintiff,                  )
                                         )
              vs.                        )
                                         )
MILILANI GOLF CLUB, LLC,                 )
a Hawai`i limited liability              )
company, et al.,                         )
                                         )
```

```
            Defendants,            )
                                   )
       and                         )
                                   )
                                   )
FRANKLIN K. MUKAI,                 )
                                   )
            Third-Party            )
            Plaintiff,             )
                                   )
       vs.                         )
                                   )
SPORTS SHINKO CO., LTD.,           )
a Japan corporation, et al.,       )
                                   )
            Third-Party            )
            Defendants.            )
_____    )
```

## PLAINTIFFS' AND THIRD-PARTY DEFENDANTS' SUMMARY OF RELATED STATE COURT LITIGATION

Plaintiffs and the Sports Shinko Third-Party Defendants (collectively, the "**SS Companies**"), by and through their attorneys, Alston Hunt Floyd & Ing, hereby respond to Judge Kay's March 16, 2006 request for a summary of related state court litigation.

**I.   STATE COURT CASES RELATED TO THE CONSOLIDATED CASES**

**A.   The RMS Lawsuit**

The only Hawai`i State Court case related to these consolidated cases was *Sports Shinko (USA) Co., Ltd. et al. v. Resort Management Services (Hawaii), Inc. et al.*, Civil No. 02-1-2766 (EEH) filed in the First Circuit Court of the Circuit Court of Hawai`i (the "**RMS Lawsuit**").

1.    **Parties:**  Sports Shinko Co., Ltd. is not a plaintiff in the RMS Lawsuit, but otherwise, the parties are as set forth in the KG Defendants' summary.  Defendants Toshio Kinoshita, Satoshi Kinoshita, Takeshi Kinoshita, Toshiya Kinoshita, and Tsugio Fukuda were former officers and/or directors of various SS Companies.

2.    **Claims:** the Sports Shinko Plaintiffs pursued claims for the *fraudulent transfer* of bogus "termination fees" allegedly owed to Resort Management Services (Hawaii), Inc. ("RMS"), a dummy management company owned and operated by Toshio Kinoshitas' former personal secretary, Yasuo Nishida.[1]  On February 1, 2002, Satoshi Kinoshita (the Vice President of the Hawai`i SS Companies) caused Sports Shinko (Pukalani) Co., Ltd. to transfer a valuable Maui property to RMS in partial satisfaction of the bogus "termination fees".  The plan was for assets to be poured into RMS, which the sons of Toshio Kinoshita could later obtain through a Stock Option Agreement that gave them the right to purchase RMS's stock for only $1,500.

The SS Companies also sought damages from their former officers and directors for *breach of fiduciary duties and aiding and abetting breach of fiduciary duties*.

3.    **Impact of the RMS Lawsuit on these Consolidated Cases:**  The RMS Litigation is concluded and will have no direct

---

[1] *See* 7/12/2005 Second Amended Complaint filed in Civil No. CV 04-00128 at ¶¶ 17-28, 45, & 47.

impact on these cases, though the fraudulent transfers challenged
in the RMS Litigation are factually relevant to the consolidated
cases.

    **4.    Present Status or the RMS Lawsuit:**  The RMS
Lawsuit was successfully settled against all defendants in 2005.
Plaintiffs recovered title to the Maui property that Satoshi
Kinoshita fraudulently transferred to RMS as part of settlement
with Mr. Nishida and RMS.

    The SS Companies also obtained the Kinoshitas' and
Mr. Fukuda's agreement to give interviews.  They are former
officer and directors of the SS Companies so the transcripts and
recordings of the interviews are protected by the work product
doctrine and the attorney client privilege.

    The SS Companies will assist in producing these
witnesses for oral depositions.

    SS is also presently pursuing documents from a
electronic forensic image of Satoshi Kinoshita's personal hard
drive, on which case specific key word searches yielded over
750,000 "hits."  In 2003, Satoshi failed to produce the drive or
documents from it in response to the SS Plaintiffs' discovery
requests, and then contradicted himself by testifying at his
deposition in mid-2005 that the hard drive held responsive
documents.  We have been working with counsel for Satoshi
Kinoshita to find solutions to the technical difficulties
involved in the privilege review of the large electronic files

and the recovery of deleted files, so that the SS Companies can get the documents to which they are entitled.

## II.  California Litigation

The former Trustee also caused the SS Companies to file a lawsuit in California related to a scheme similar to the RMS case.  SS Entities sought to recover a fraudulent $10,000,000.00 "management fee" paid to a bogus management company when SS closed the sale of its La Costa Resort and Spa property on November 15, 2001.  This litigation was settled in Plaintiffs' favor in 2005.  (*Sports Shinko (USA) Co., Ltd. et al. v. Ronald W. Thompson, et al.*, No. GIC 809347, Superior Court of the State of California for the County of San Diego.)  This case will have no impact on these consolidated cases.

DATED:    Honolulu, Hawai`i, March 17, 2006.

     /S/ Glenn Melchinger    
PAUL ALSTON
GLENN T. MELCHINGER

Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Entities