IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>               Plaintiff,<br><br>   vs.<br><br>QK HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>           Defendants. | CIVIL NO. 04-00124 ACK/BMK (Consolidated Case)<br><br><br>CERTIFICATE OF SERVICE<br><br>(No trial date assigned.) |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>               Plaintiff,<br><br>   vs.<br><br>PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai`i limited liability company; KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>           Defendants. | CIVIL NO. 04-00125 ACK/BMK |

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | CIVIL NO.  04-00126 ACK/BMK |
| Plaintiff, | |
| vs. | |
| KIAHUNA GOLF CLUB, LLC, a Hawai`i limited liability company; KG KAUAI DEVELOPMENT, LLC, a Hawai`i limited liability company; PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai`i limited liability company; MILILANI GOLF CLUB, LLC, a Hawai`i limited liability company; QK HOTEL, LLC, a Hawai`i limited liability company; OR HOTEL, LLC, a Hawai`i limited liability company, and KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI, | |
| Defendants. | |
| SPORTS SHINKO CO., LTD., a Japanese corporation, | CIVIL NO.  04-00127 ACK/BMK |
| Plaintiff, | |
| vs. | |
| OR HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI, | |
| Defendants. | |

SPORTS SHINKO (USA) CO., LTD.,
a Delaware corporation,

    Plaintiff,

 vs.

MILILANI GOLF CLUB, LLC, a
Hawai`i limited liability company; KG
HOLDINGS LLC, Hawai`i limited
liability company, FRANKLIN K.
MUKAI,

    Defendants.

CIVIL NO.  04-00128 ACK/BMK

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a copy of the foregoing was duly

served on the following parties in the manner specified below, on March 17,

2006, addressed as follows:

               U.S. Mail  Delivery

PAUL ALSTON, ESQ.        ( )  ( ✓ )
GLENN T. MELCHINGER, ESQ.
Alston Hunt Floyd & Ing
1800 ASB Tower
1001 Bishop Street
Honolulu, HI  96813

  Attorneys for Plaintiff

3

|  | U.S. Mail | Delivery |
|---|---|---|

WARREN PRICE, III, ESQ.                          (  )        ( ✓ )
ROBERT A. MARKS, ESQ.
Price Okamoto Himeno & Lum
728 Ocean View Center
707 Richards Street
Honolulu, HI  96813

    Attorney for Defendants
    KG HOLDINGS, LLC
    KG KAUAI DEVELOPMENT, LLC;
    KG MAUI DEVELOPMENT, LLC;
    KIAHUNA GOLF CLUB, LLC;
    MILILANI GOLF CLUB, LLC
    OR HOTEL, LLC;
    PUKALANI GOLF CLUB, LLC
    PUKALANI GOLF CLUB, LLC;
    QK HOTEL, LLC

        DATED:  Honolulu, Hawaii, _____MAR 1 7 2006_____ .

_____
WILLIAM A. BORDNER
JOHN REYES-BURKE
Attorneys for Defendant
and Third-Party Plaintiff
FRANKLIN K. MUKAI

4