IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japan corporation,<br>　　　Plaintiff,<br>　　vs.<br>QK HOTEL, LLC, a Hawaii limited liability company, et al.<br>　　　Defendants<br>　and<br>FRANKLIN K. MUKAI,<br>　　　Third-Party Plaintiff,<br>　　vs.<br>SPORTS SHINKO (USA) CO., LTD., a Delaware Corporation, et al.<br>AND CONSOLIDATED CASES | CV 04-00124 ACK-BMK<br>CV 04-00125 ACK-BMK<br>CV 04-00126 ACK-BMK<br>CV 04-00127 ACK-BMK<br>CV 04-00128 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>DECLARATION OF SATOSHI KINOSHITA |

DECLARATION OF SATOSHI KINOSHITA

Pursuant to 28 U.S.C. § 1746, SATOSHI KINOSHITA states as follows:

1.　　I am a resident of the City and County of Honolulu, State of Hawaii.

2.　　Until approximately March 31, 2002, I was a Vice President of Sports Shinko (USA) Co., Ltd. ("SS-USA"), a Delaware corporation.

3.　　At the time I ceased acting as a vice president of SS-USA, 100% percent of the stock of SS-USA was owned by Sports Shinko Co., Ltd., a Japan corporation ("SS-Japan"), and the wholly owned subsidiaries of SS-Japan. The majority of the stock of SS-USA was owned by SS-Japan. The other SS-USA

2

shareholders, each holding a very small amount of the stock, were all Japan corporations that were wholly owned by SS-Japan.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed at Honolulu, Hawaii on April  7 , 2006.


                              /s/Satoshi Kinoshita
                              SATOSHI KINOSHITA