CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically through CM/ECF on the following on April 12, 2006:

PAUL ALSTON, ESQ.
palston@ahfi.com

GLENN T. MELCHINGER, ESQ.
gmelchinger@ahfi.com

Attorneys for Plaintiffs
SPORTS SHINKO CO., LTD. and
SPORTS SHINKO (USA) CO., LTD.


WILLIAM BORDNER, ESQ.
bbordner@bmbe-law.com

Attorney for Defendant
FRANKLIN K. MUKAI

DATED:  Honolulu, Hawaii, April 12, 2006.


/s/ Robert A. Marks
WARREN PRICE III
ROBERT A. MARKS

Attorneys for Defendants
KG HOLDINGS, LLC, KIAHUNA GOLF
CLUB, LLC, KG KAUAI DEVELOP-
MENT, LLC, PUKALANI GOLF CLUB,
LLC, KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC, QK
HOTEL, LLC and OR HOTEL, LLC,