07/25/2000 TUE 14:07 FAX 808 623 9441 MILILANI GOLF CLUB →→→ SPORTS SHINKO CO 002

JUL-24-2000 MON 06:12 PM CENTURY 21 RSC FAX NO. 943 1668 P. 03

07 24 2000 MON 13:30 FAX 808 623 9441 MILILANI GOLF CLUB 003

The undersigned acknowledges receipt of:

[ X ] DROA
[ ] Seller's Counter Offer

and agrees to sell/buy the above described Property on the terms and conditions set forth in the above receipted document(s), and as modified by this Counter Offer. Seller agrees to pay a commission per Section D of the DROA if the terms of this Counter Offer are accepted. This Counter Offer can be withdrawn at any time prior to delivery of a written acceptance to the undersigned's broker.

EXPIRATION: This Counter Offer shall expire at 5:00 AM/PM on July 25, 2000

Signed this 24th day of July 24, 2000 at 10:00 AM/PM.

Signature of Party *Submitting* Counter Offer
[ ] Buyer or [ X ] Seller

Signature of Party *Submitting* Counter Offer
[ X ] Buyer or [ ] Seller

**ACCEPTANCE OF COUNTER OFFER:** I/We accept this Counter Offer and agree to sell/buy the Property on the terms and conditions in the DROA, as modified by this Counter Offer and if applicable, Seller's Counter Offer; and acknowledge receipt of a copy of this Counter Offer.

Signed this 24th day of JULY, 2000 at 6:20 AM/PM

Signature of Party *Accepting* Counter Offer
[ X ] Buyer or [ ] Seller

Signature of Party *Accepting* Counter Offer
[ ] Buyer or [ ] Seller

If you wish to reject this Counter Offer, write "reject" across the acceptance language above and sign. If you wish to make a Counter Offer in response to Buyer's Counter Offer to Seller's Counter Offer, Seller must reject and Buyer to complete a new DROA form.

**ACKNOWLEDGMENT OF ACCEPTANCE:** The undersigned acknowledges receipt of a copy of the acceptance of this Counter Offer.

Date: ______ at ______ AM/PM

Initials: ______

NOTE: THERE IS NO WARRANTY ON PLAIN LANGUAGE. An effort has been made to put this Agreement into plain language. But there is no promise that it is in plain language. In legal terms, THERE IS NO WARRANTY, EXPRESSED OR IMPLIED, THAT THIS AGREEMENT COMPLIES WITH CHAPTER 487A OF THE HAWAII REVISED STATUTES, AS AMENDED. This means that the Hawaii Association of REALTORS® is not liable to any Seller, Buyer, or other person who uses this form for any damage or penalty because of any violation of Chapter 487A. People are cautioned to see their own attorneys about Chapter 487A (and other laws that may apply).

SB 7/24/00
BUYER'S INITIALS & DATE

MO 7/25/00
SELLER'S INITIALS & DATE

TENTATIVE BUYER STATEMENT FOR ITEM A

ESCROW NO: 86-101-2909

SPORTS SHINKO (HAWAII) INC.
C/O 2065 SOUTH KING ST.
RM 307
HONOLULU, HAWAII 96826
C/O KEN UYEDA

RPT DATE : 10/24/86

PROPERTY :
TMK (1) 9/5/1/007
ADDRESS 95-054 HOKUIWA ST.
#111
MILILANI, HAWAII 96789

ESCROW AGENT:

TITLE GUARANTY ESCROW SERVICES, INC.
235 QUEEN STREET
FIRST FLOOR
HONOLULU, HAWAII 96813

CONTRACT DATE : 10/ 1/86

ATTN KAREN WAKAMURA

| DESCRIPTION | DEBITS/CHARGES | CREDITS |
|---|---|---|
| Sales/purchase price | 133,000.00 | |
| Initial deposit | | 2,500.00 |
| R.P. taxes 10/27/86 to 1/1/87 @ $417.78 /6MO | 148.54 | |
| Maintenance fee 10/27/86 to 1/1/87 @ $120.12/1MO | 256.25 | |
| Association dues10/27/86 to 11/1/86 @ $10.00/1MO | 1.33 | |
| 2 Months Assoc. Dues for Nov. & Dec. 1986 | 20.00 | |
| Title insurance prem to Long & Melone, Ltd. | 139.78 | |
| Escrow fee to Title Guaranty Escrow | 267.80 | |
| Notary fee to Title Guaranty Escrow | 8.00 | |
| Transfer fee toCertified Management | 40.00 | |
| Record'g/Filing Fee | 35.00 | |
| Check for balance from buyer | | 131,416.70 |
| TOTALS | 133,916.70 | 133,916.70 |

NOTE: PRORATIONS TO BE ADJUSTED TO DATE OF RECORDATION.
NOTE: ATTORNEYS FEE TO CARLSMITH WICHMAN CASE MUKAI & ICHIKI TO BE HANDLED OUTSIDE OF ESCROW.

* * * Home Exemption Information * * *

If you intend to reside on the property you have just purchased, you are allowed a Homeowners Exemption against your Real Property Taxes. Application should be made to the City and County Director of Finance before December 31st.

* * * * * * * * * * * * * * * * * * * *

Hawaii Law requires that final payments to Escrow must be as follows: (1) Hawaii clients must submit Cashier's Checks drawn on a Hawaii financial institution, (2) Out-of-state clients must wire funds to BANK OF HAWAII, MAIN BRANCH for credit to the account of TITLE GUARANTY ESCROW SERVICES, INC.: Account number 01-029630, regarding Escrow number-861012909 . All other forms of payment will delay closing. Escrow must hold valid funds.

133,000.00+
148.54+
256.25+
1.33+
20.00+
139.78+
267.80+
8.00+
40.00+
35.00+
133,916.70*
2,500.00+
131,416.70+
133,916.70*

168 1271

FULL ASSESSMENT REPORT

TMK : 195-001-007-0011
Prop Addr: 95054 HOKUIWA ST 054/111NAME : GE SPORTS SHINKO CO LTD
NAME :

>>> PROPERTY INFORMATION <<<

MLS#/Status: 2006717 / ACT
Tax Record Status: ACTIVE
Name : GRANTEE SPORTS SHINKO CO LTD
Address : 95054 HOKUIWA ST
Unit/Apt : 054/111
MILILANI TOWN HI 96789
Tax Payer: SPORTS SHINKO CO LTD
Tenure : FEE SIMPLE
Tax Addr : 95-176 KUAHELANI AVE
Phone #:

MILILANI HI 96789
User Remarks :
Owner Occupd :
Co Op :
Company Flag :
Govrnmnt Flag :
Lot Number :
Vacant Land :
Block Num:
TCT Number : 290238
File Pln (REG):
LC App :
LCC : Public Rpt: 529
LC Map :
LC Condo Map :
RS Condo Map :
MLS Neighbrhd: MILILANI
County Nbhd: C384
MLS Region : CENTRAL
Subdivision : KUAHELANI APT
Building Name: KUAHELANI APTS
Lot Sq Ft :
Acres: .000
Bldg Sq Ft: 1,080

>>> TAXES AND ASSESSMENTS <<<

| Assd Value (2000-2001) | | Exempt Values | Taxes (1999-2000) |
|---|---|---|---|
| Land : | $52,800 | $ | $677.99 |
| Buildings : | $76,000 | $ | |
| Total : | $128,800 | | |

| Tax Penalty | Tax Interest | Tax Payments | Tax Balance |
|---|---|---|---|
| $.00 | $.00 | $339.00 | $338.99 |

>> DEPT OF LAND UTILIZATION - EXACT ADDRESS UNKNOWN - POSSIBLE ADDRESS BELOW <<

Address : 95050 HOKUIWA ST
Address : 95054 HOKUIWA ST
Address : 95058 HOKUIWA ST
Address : 95062 HOKUIWA ST
Address : 95066 HOKUIWA ST
Address : 95134 KUAHELANI AVE
Address : 95138 KUAHELANI AVE
Address : 95142 KUAHELANI AVE
Address : 95146 KUAHELANI AVE
Address : 95150 KUAHELANI AVE
Address : 95154 KUAHELANI AVE
Address : NOT AVAILABLE
Address : NOT AVAILABLE

>>> DEPT OF LAND UTILIZATION DETAIL INFORMATION <<<

Address: 95050 HOKUIWA ST

168 1272

*Prepared by: Leona Soto on July 26, 2000*

100 SHWOH HIT TZ-O

FULL ASSESSMENT REPORT

TMK : 195-001-007-0011 NAME : GE SPORTS SHINKO CO LTD
Prop Addr: 95054 HOKUIWA ST 054/111NAME :

>>> PROPERTY INFORMATION <<<

MLS#/Status: 2006717 / ACT Tax Record Status: ACTIVE
Name : GRANTEE SPORTS SHINKO CO LTD
Address : 95054 HOKUIWA ST
Unit/Apt : 054/111
MILILANI TOWN HI 96789 Tenure : FEE SIMPLE
Tax Payer: SPORTS SHINKO CO LTD Phone #:
Tax Addr : 95-176 KUAHELANI AVE

MILILANI HI 96789
User Remarks :
Owner Occupd : Company Flag : Govrnmnt Flag :
Co Op : Vacant Land :
Lot Number : Block Num: File Pln (REG):
TCT Number : 290238 LC App : LC Map :
LCC : Public Rpt: 529 LC Condo Map : RS Condo Map :
MLS Neighbrhd: MILILANI County Nbhd: C384
MLS Region : CENTRAL
Subdivision : KUAHELANI APT
Building Name: KUAHELANI APTS
Lot Sq Ft : Acres: .000 Bldg Sq Ft: 1,080

>>> TAXES AND ASSESSMENTS <<<

| Assd Value (2000-2001) | | Exempt Values | Taxes (1999-2000) |
|---|---|---|---|
| Land : | $52,800 | $ | $677.99 |
| Buildings : | $76,000 | $ | |
| Total : | $128,800 | | |

| Tax Penalty | Tax Interest | Tax Payments | Tax Balance |
|---|---|---|---|
| $.00 | $.00 | $339.00 | $338.99 |

>> DEPT OF LAND UTILIZATION - EXACT ADDRESS UNKNOWN - POSSIBLE ADDRESS BELOW <

Address : 95050 HOKUIWA ST
Address : 95054 HOKUIWA ST
Address : 95058 HOKUIWA ST
Address : 95062 HOKUIWA ST
Address : 95066 HOKUIWA ST
Address : 95134 KUAHELANI AVE
Address : 95138 KUAHELANI AVE
Address : 95142 KUAHELANI AVE
Address : 95146 KUAHELANI AVE
Address : 95150 KUAHELANI AVE
Address : 95154 KUAHELANI AVE
Address : NOT AVAILABLE
Address : NOT AVAILABLE

>>> DEPT OF LAND UTILIZATION DETAIL INFORMATION <<<

Address: 95050 HOKUIWA ST

168 1273

*Prepared by: Leona Soto on July 26, 2000*

TENTATIVE BUYER STATEMENT FOR ITEM A

SPORTS SHINKO (HAWAII) INC.
C/O 2065 SOUTH KING ST.
RM 307
HONOLULU, HAWAII 96826
C/O KEN UYEDA

ESCROW NO: 86-101-2909
RPT DATE : 10/24/86
PROPERTY :
TMK (1) 9/5/1/007
ADDRESS 95-054 HOKUIWA ST.
#111
MILILANI, HAWAII 96789

ESCROW AGENT:

TITLE GUARANTY ESCROW SERVICES, INC.
235 QUEEN STREET
FIRST FLOOR
HONOLULU, HAWAII 96813

CONTRACT DATE : 10/ 1/86

ATTN KAREN WAKAMURA

| DESCRIPTION | DEBITS/CHARGES | CREDITS |
|---|---|---|
| Sales/purchase price | 133,000.00 | |
| Initial deposit | | 2,500.00 |
| R.P. taxes 10/27/86 to 1/1/87 @ $417.78 /6MO | 148.54 | |
| Maintenance fee 10/27/86 to 1/1/87 @ $120.12/1MO | 256.25 | |
| Association dues10/27/86 to 11/1/86 @ $10.00/1MO | 1.33 | |
| 2 Months Assoc. Dues for Nov. & Dec. 1986 | 20.00 | |
| Title insurance prem to Long & Melone, Ltd. | 139.78 | |
| Escrow fee to Title Guaranty Escrow | 267.80 | |
| Notary fee to Title Guaranty Escrow | 8.00 | |
| Transfer fee toCertified Management | 40.00 | |
| Record'g/Filing Fee | 35.00 | |
| Check for balance from buyer | | 131,416.70 |
| TOTALS | 133,916.70 | 133,916.70 |

NOTE: PRORATIONS TO BE ADJUSTED TO DATE OF RECORDATION.
NOTE: ATTORNEYS FEE TO CARLSMITH WICHMAN CASE MUKAI & ICHIKI TO BE HANDLED OUTSIDE OF ESCROW.

* * * Home Exemption Information * * *

If you intend to reside on the property you have just purchased, you are allowed a Homeowners Exemption against your Real Property Taxes. Application should be made to the City and County Director of Finance before December 31st.

* * * * * * * * * * * * * * * * * *

Hawaii Law requires that final payments to Escrow must be as follows: (1) Hawaii clients must submit Cashier's Checks drawn on a Hawaii financial institution. (2) Out-of-state clients must wire funds to BANK OF HAWAII, MAIN BRANCH for credit to the account of TITLE GUARANTY ESCROW SERVICES, INC.: Account number 01-029630, regarding Escrow number 861012909 . All other forms of payment will delay closing. Escrow must hold valid funds.

133,000.00+
148.54+
256.25+
1.33+
20.00+
139.78+
267.80+
8.00+
40.00+
35.00+
133,916.70*

2,500.00+
131,416.70+
133,916.70*

168 1274

BUYER/SELLER — KEEP THIS COPY FOR YOUR RECORDS

Form 59 (Rev. 1/81)

07/25/2000 TUE 14:07 FAX 808 623 9441 MILILANI GOLF CLUB → SPORTS SHINKO CO 002

JUL-24-2000 MON 06:12 PM CENTURY 21 RSC FAX NO. 943 1668 P. 03

07/24/2000 MON 13:30 FAX 808 623 9441 MILILANI GOLF CLUB 003

The undersigned acknowledges receipt of:

[ X ] DROA
[ ] Seller's Counter Offer

and agrees to sell/buy the above described Property on the terms and conditions set forth in the above receipted document(s), and as modified by this Counter Offer. Seller agrees to pay a commission per Section D of the DROA if the terms of this Counter Offer are accepted. This Counter Offer can be withdrawn at any time prior to delivery of a written acceptance to the undersigned's broker.

EXPIRATION: This Counter Offer shall expire at 5:00 AM/PM on July 25, 2000

Signed this 24th day of July 24, 2000 at 10:00 AM/PM.

Signature of Party Submitting Counter Offer
[ ] Buyer or [ X ] Seller

Signature of Party Submitting Counter Offer
[ X ] Buyer or [ ] Seller

ACCEPTANCE OF COUNTER OFFER: I/We accept this Counter Offer and agree to sell/buy the Property on the terms and conditions in the DROA, as modified by this Counter Offer and if applicable, Seller's Counter Offer; and acknowledge receipt of a copy of this Counter Offer.

Signed this 24th day of JULY, 2000 at 6:20 AM/PM

Signature of Party Accepting Counter Offer
[ X ] Buyer or [ ] Seller

Signature of Party Accepting Counter Offer
[ ] Buyer or [ ] Seller

If you wish to reject this Counter Offer, write "reject" across the acceptance language above and sign. If you wish to make a Counter Offer in response to Buyer's Counter Offer to Seller's Counter Offer, Seller must reject and Buyer to complete a new DROA form.

ACKNOWLEDGMENT OF ACCEPTANCE: The undersigned acknowledges receipt of a copy of the acceptance of this Counter Offer.

Date: ______ at ______ AM/PM

Signature: ______

NOTE: THERE IS NO WARRANTY ON PLAIN LANGUAGE. An effort has been made to put this Agreement into plain language. But there is no promise that it is in plain language. In legal terms, THERE IS NO WARRANTY, EXPRESSED OR IMPLIED, THAT THIS AGREEMENT COMPLIES WITH CHAPTER 487A OF THE HAWAII REVISED STATUTES, AS AMENDED. This means that the Hawaii Association of REALTORS® is not liable to any Seller, Buyer, or other person who uses this form for any damage or penalty because of any violation of Chapter 487A. People are cautioned to see their own attorneys about Chapter 487A (and other laws that may apply).

BUYER'S INITIALS & DATE 7/24/00

SELLER'S INITIALS & DATE 7/25/00

©Hawaii Association of REALTORS®



168 1275