# Bank of Hawaii

June 16, 2006

Mr. Jon Yamanishi
Pukalani STP Co., Ltd.
c/o KG Holdings
175 Paoakalani Ave., Suite 300
Honolulu, Hawaii 96815

　　　　　Subject:　　Loan Request for $5 million to finance the improvements to the Pukalani STP Co., Ltd. waste water treatment facilities

Dear Jon,

　　Thank you for your application for the above referenced loan. We have reviewed your loan request, and regret to inform you that Bank of Hawaii will not be able to provide the financing at this time. While there is ample cash flow and collateral within the KG Holdings portfolio to support the requested loan size, the lis pendens that has been filed, clouds title of the Pukalani assets as well as any other collateral KG Holdings would otherwise be able to pledge.

　　If you have any questions about this, please feel free to contact me at 537-8847. We appreciate you business, and hope that you are able to make other arrangements for this financing request.

　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　Tony Mizuno
　　　　　　　　　　　　　　　Vice President

EXHIBIT A

PO Box 2900 • Honolulu, HI 96846-6000 • Tel 1-888-643-3888 • boh.com