2160-1
Of Counsel:
BURKE McPHEETERS BORDNER & ESTES

WILLIAM A. BORDNER 1371-0
(bbordner@bmbe-law.com)
JOHN REYES-BURKE 6251-0
(jburke@bmbe-law.com)
Suite 3100 - Mauka Tower
Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 523-9833
Fax No. (808) 528-1656

Attorneys for Defendant
FRANKLIN K. MUKAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>QK HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>    Defendants. | CIVIL NO. 04-00124 ACK/BMK (Consolidated Case)<br><br>**CERTIFICATE OF SERVICE RE:** DEFENDANT FRANKLIN K. MUKAI'S FIRST REQUESTS FOR ANSWERS TO INTERROGATORIES TO PLAINTIFFS IN CIVIL NOS. 04-00124 ACK/BMK, 04-00125ACK/BMK, 04-00126ACK/BMK, 04-00127ACK/BMK, and 04-00128ACK/BMK<br><br>(No trial date assigned.) |

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | CIVIL NO.  04-00125 ACK/BMK |
| Plaintiff, | |
| vs. | |
| PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai`i limited liability company; KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI, | |
| Defendants. | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | CIVIL NO.  04-00126 ACK/BMK |
| Plaintiff, | |
| vs. | |
| KIAHUNA GOLF CLUB, LLC, a Hawai`i limited liability company; KG KAUAI DEVELOPMENT, LLC, a Hawai`i limited liability company; PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai`i limited liability company; MILILANI GOLF CLUB, LLC, a Hawai`i limited liability company; QK HOTEL, LLC, a Hawai`i limited liability company; OR HOTEL, LLC, a Hawai`i limited liability company, and KG HOLDINGS, LLC, a Hawai`i | |

2

| | |
|---|---|
| limited liability company, FRANKLIN K. MUKAI,<br><br>     Defendants. | |
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>     Plaintiff,<br><br> vs.<br><br>OR HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>     Defendants. | CIVIL NO.  04-00127 ACK/BMK |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>     Plaintiff,<br><br> vs.<br><br>MILILANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG HOLDINGS LLC, Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>     Defendants. | CIVIL NO.  04-00128 ACK/BMK |

## CERTIFICATE OF SERVICE RE:
## DEFENDANT FRANKLIN K. MUKAI'S FIRST REQUESTS FOR ANSWERS TO INTERROGATORIES TO PLAINTIFFS IN CIVIL NOS. 04-00124 ACK/BMK, 04-00125ACK/BMK, 04-00126ACK/BMK, 04-00127ACK/BMK, AND 04-00128ACK/BMK

I HEREBY CERTIFY that on October 19, 2006 by the methods of service noted below, a true and correct copy of the documents listed below were served on the following at their last known addresses:

Documents Served:

1. DEFENDANT FRANKLIN K. MUKAI'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF (IN CIVIL NO. CV-04-00124 ACK/BMK)

2. DEFENDANT FRANKLIN K. MUKAI'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF (IN CIVIL NO. CV-04-00125 ACK/BMK)

3. DEFENDANT FRANKLIN K. MUKAI'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF (IN CIVIL NO. CV-04-00126 ACK/BMK)

4. DEFENDANT FRANKLIN K. MUKAI'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF (IN CIVIL NO. CV-04-00127 ACK/BMK)

5. DEFENDANT FRANKLIN K. MUKAI'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF (IN CIVIL NO. CV-04-00128 ACK/BMK)

Parties Served By Hand Delivery:

    PAUL ALSTON, ESQ.
    GLENN T. MELCHINGER, ESQ.
    Alston Hunt Floyd & Ing
    1800 ASB Tower
    1001 Bishop Street
    Honolulu, HI 96813

        Attorneys for Plaintiffs

    WARREN PRICE, III, ESQ.
    ROBERT A. MARKS, ESQ.
    Price Okamoto Himeno & Lum
    728 Ocean View Center
    707 Richards Street
    Honolulu, HI 96813

        Attorney for Defendants
    KG HOLDINGS, LLC
    KG KAUAI DEVELOPMENT, LLC;
    KG MAUI DEVELOPMENT, LLC;
    KIAHUNA GOLF CLUB, LLC;
    MILILANI GOLF CLUB, LLC
    OR HOTEL, LLC;
    PUKALANI GOLF CLUB, LLC
    PUKALANI GOLF CLUB, LLC;
    and QK HOTEL, LLC

    DATED: Honolulu, Hawaii, October 19, 2006.

                /s/ John Reyes-Burke
              WILLIAM A. BORDNER
              JOHN REYES-BURKE
              Attorneys for Defendant
              FRANKLIN K. MUKAI