Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON               1126-0
GLENN T. MELCHINGER 7135-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: gtm@ahfi.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MILILANI GOLF CLUB, LLC, a Hawai'i limited liability company,<br><br>　　　　Defendant. | CV 04-00128 ACK/BMK<br><br>**FIRST AMENDED COMPLAINT TO SET ASIDE FRAUDULENT TRANSFER (MILILANI GOLF CLUB); SUMMONS; CERTIFICATE OF SERVICE** |

[Filed stamp: FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII, JUN 14 2004, WALTER A.Y.H. CHINN, CLERK]

ATTEST: A True Copy
WALTER A.Y.H. CHINN
Clerk, United States District Court, District of Hawaii
By _____ Deputy

259367-1/6850-5               **EXHIBIT 15C**

## FIRST AMENDED COMPLAINT TO SET ASIDE FRAUDULENT TRANSFER (MILILANI GOLF CLUB)

Plaintiff SPORTS SHINKO (USA) CO., LTD. ("SS USA"), through its undersigned attorneys, brings this action to set aside a transfer made in violation of the Uniform Fraudulent Transfer Act, HRS Ch. 651C.  SS USA seeks damages as well as equitable and declaratory relief.

### PARTIES

1.  Plaintiff SS USA is a corporation organized and operating under the laws of Delaware.  Its principal place of business is in West Virginia.  SS USA's majority owner is Sports Shinko Co., Ltd. ("SS Japan"), a Japanese corporation.  SS Japan was in reorganization under Japanese law under the control of Trustee Mutsuo Tahara and Deputy Trustee Keijiro Kimura (collectively, the "Trustee").  Keijiro Kimura was President of Sports Shinko (Hawai'i) Co., Ltd. ("SSH"), a Hawai'i corporation, which is wholly owned by SS USA.  SSH owns all the stock of Sports Shinko (Mililani) Co., Ltd.

   E. Award SS USA damages commensurate with the proof at trial as well as its attorneys' fees and costs, and such other and further relief as may be just and proper.

   DATED: Honolulu, Hawai`i, June 14, 2004.

PAUL ALSTON<br>
GLENN T. MELCHINGER<br>
Attorneys for Plaintiff