IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., | CV 04-00124 ACK-BMK |
|            Plaintiff, | CV 04-00125 ACK-BMK |
| | CV 04-00126 ACK-BMK |
|      vs. | CV 04-00127 ACK-BMK |
| QK HOTEL, LLC, et al., | CV 04-00128 ACK-BMK |
|            Defendants, | |
|      and | CONSOLIDATED CASES |
| FRANKLIN K. MUKAI, | |
|            Third-Party Plaintiff, | CERTIFICATE OF SERVICE |
|      vs. | |
| SPORTS SHINKO (USA) CO., LTD., et al., | |
|            Third-Party Defendants, | |
|      and | |
| SPORTS SHINKO (HAWAII) CO., LTD., et al., | |
|            Third-Party Defendants/ Counterclaimants, | |
|      vs. | |
| QK HOTEL, LLC, et al., | |
|            Third-Party Counterclaim Defendants. | |
| AND CONSOLIDATED CASES | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served

electronically through CM/ECF on the following on November 16, 2006:

PAUL ALSTON, ESQ.              palston@ahfi.com
GLENN T. MELCHINGER, ESQ.      gmelchinger@ahfi.com

    Attorneys for Plaintiffs
    SPORTS SHINKO CO., LTD. and
    SPORTS SHINKO (USA) CO., LTD.

WILLIAM BORDNER, ESQ.          bbordner@bmbe-law.com

    Attorney for Defendant
    FRANKLIN K. MUKAI

DATED: Honolulu, Hawaii, November 16, 2006.

                /s/ Robert A. Marks
                WARREN PRICE III
                ROBERT A. MARKS

                Attorneys for Defendants
                KG Holdings, LLC, QK Hotel, LLC, OR
                Hotel, LLC, Pukalani Golf Club, LLC, KG
                Maui Development, LLC, Mililani Golf
                Club, LLC, Kiahuna Golf Club, LLC and
                KG Kauai Development, LLC