



STATE OF CALIFORNIA   67-112294
THE TREASURER OF THE STATE WILL PAY OUT OF THE
IDENTIFICATION NO.
FUND NO. 0084  FUND NAME  BANK & CORP TAX REFUND
TAX YEAR 2003   1730
MO. DAY YR. 12 02 2004
90-1342/1211
67112294

TO:
SPORTS SHINKO (USA) CO., LTD.
99-994 IWAENA ST STE C
AIEA HI 96701

DOLLARS   CENTS
$

*Steve Westly*
STEVE WESTLY
CALIFORNIA STATE CONTROLLER

⑈121113423⑈ 67112294⑈

DETACH ON DOTTED LINE
ISSUE DATE: 12/02/2004  KEEP THIS PORTION FOR YOUR RECORDS
67-112294

FRANCHISE TAX BOARD                    RETURN INFORMATION NOTICE
P.O. BOX 942857                        NOTICE DATE    : 2004-12-03
SACRAMENTO, CA 94257                   NOTICE NUMBER: 0004603172091
TEL: (800) 852-5711                    CORP           :

SPORTS SHINKO (USA) CO., LTD.

THE ATTACHED REFUND IS FOR TAX YEAR END 12/03.  IF WE HAVE
ADJUSTED YOUR RETURN, THE DETAILS ARE SHOWN BELOW.  THE
ENCLOSED, FTB 5949, PROVIDES AN EXPLANATION OF PARAGRAPH(S):
EA IA ZC JB

T010992

| LN # | DESCRIPTION | AS REPORTED | AS REVISED |
|---|---|---|---|
| 33. | ESTIMATE PAYMENT | | |
| 38. | OVERPAYMENT | | |

ACCOUNT SUMMARY INFORMATION
TOTAL CREDITS AND PAYMENTS
TOTAL TAX                    **REDACTED**

TOTAL PENALTY/FEES/INT DUE   CONFIDENTIAL
AMT CREDITED TO EST TAX
AMT APPLD OTHER BAL DUE:
INTEREST ALLOWED
AMT APPLD TO OTHER AGENCY
AMOUNT OF REFUND _____ $
IF YOU HAVE QUESTIONS REGARDING THIS NOTICE OR YOUR ACCOUNT,
PLEASE CONTACT FRANCHISE TAX BOARD BY TELEPHONE OR IN WRITING.
PLEASE INCLUDE A COPY OF THIS NOTICE IF YOU WRITE.  RETAIN
THIS ORIGINAL FOR YOUR RECORDS.



EXHIBIT 12