ORIGINAL

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                1126-0
GLENN T. MELCHINGER   7135-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail: palston@ahfi.com
         gtm@ahfi.com

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 8 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

LODGED

JAN 0 5 2007

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai`i limited liability company; KG HOLDINGS, LLC, a Hawai`i limited liability company; FRANKLIN K. MUKAI,<br><br>Defendants. | CV 04-00125 ACK/BMK<br><br>**STIPULATION TO FILE THIRD AMENDED COMPLAINT (PUKALANI) AND ORDER; EXHIBIT "A"** |

626596-1/6850-5

## STIPULATION TO FILE THIRD AMENDED COMPLAINT (PUKALANI)

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate, through their respective counsel, that Plaintiff may file a Third Amended Complaint, as set forth in the attached Exhibit "A".

DATED: Honolulu, Hawai`i, January 4, 2007.

_____
PAUL ALSTON
GLENN T. MELCHINGER
Attorneys for Plaintiff
SPORTS SHINKO (USA) CO., LTD.

_____
WARREN PRICE III
ROBERT A. MARKS
Attorneys for Defendants
PUKALANI GOLF CLUB, LLC,
KG MAUI DEVELOPMENT, LLC,
and KG HOLDINGS, LLC

_____
WILLIAM A. BORDNER
Attorneys for Defendant
FRANKLIN K. MUKAI

_____
PAUL ALSTON
GLENN T. MELCHINGER
Attorneys for Third-
Party Defendants
SPORTS SHINKO CO., LTD.,
SPORTS SHINKO (USA) CO., LTD.,
SPORTS SHINKO (HAWAII) CO.,
LTD., SPORTS SHINKO (MILILANI)
CO., LTD., SPORTS SHINKO
(KAUAI) CO., LTD., SPORTS
SHINKO (PUKALANI) CO., LTD.,
SPORTS SHINKO RESORT HOTEL
CORPORATION, SPORTS SHINKO
(WAIKIKI) CORPORATION AND
OCEAN RESORT HOTEL
CORPORATION

APPROVED AND SO ORDERED:

_____
UNITED STATES ~~DISTRICT~~ COURT JUDGE
United States Magistrate Judge

---

**STIPULATION TO FILE THIRD AMENDED COMPLAINT (PUKALANI) AND ORDER**
*Sports Shinko (USA) Co., Ltd. v. Pukalani Golf Club, LLC, et al.*
CV 04-00125 ACK/BMK