ORIGINAL

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON          1126-0
GLENN T. MELCHINGER  7135-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail: palston@ahfi.com
        gtm@ahfi.com

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 8 2007

at 1 o'clock and 10 min. P M
SUE BEITIA, CLERK

LODGED
JAN 0 5 2007
11:10 AM
CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OR HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>Defendants. | CV 04-00127 ACK/BMK<br><br>**STIPULATION TO FILE THIRD AMENDED COMPLAINT (OCEAN RESORT HOTEL) AND ORDER; EXHIBIT "A"** |

626582-1/6850-5

## STIPULATION TO FILE THIRD AMENDED COMPLAINT
## (OCEAN RESORT HOTEL)

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate, through their respective counsel, that Plaintiff may file a Third Amended Complaint, as set forth in the attached Exhibit "A".

DATED: Honolulu, Hawai`i, _____January 4, 2007_____.

---

PAUL ALSTON
GLENN T. MELCHINGER
Attorneys for Plaintiff
SPORTS SHINKO CO., LTD.

---

WARREN PRICE III
ROBERT A. MARKS
Attorneys for Defendants
OR HOTEL, LLC and
KG HOLDINGS, LLC

---

WILLIAM A. BORDNER
Attorneys for Defendant
FRANKLIN K. MUKAI

        PAUL ALSTON
        GLENN T. MELCHINGER
        Attorneys for Third-
        Party Defendants
        SPORTS SHINKO CO., LTD.,
        SPORTS SHINKO (USA) CO., LTD.,
        SPORTS SHINKO (HAWAII) CO.,
        LTD., SPORTS SHINKO (MILILANI)
        CO., LTD., SPORTS SHINKO
        (KAUAI) CO., LTD., SPORTS
        SHINKO (PUKALANI) CO., LTD.,
        SPORTS SHINKO RESORT HOTEL
        CORPORATION, SPORTS SHINKO
        (WAIKIKI) CORPORATION AND
        OCEAN RESORT HOTEL
        CORPORATION

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE
        United States Magistrate Judge

---

**STIPULATION TO FILE THIRD AMENDED COMPLAINT (OCEAN RESORT HOTEL) AND ORDER**
*Sports Shinko Co., Ltd. v. OR Hotel, LLC, et al.*
CV 04-00127 ACK/BMK