Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON            1126-0
GLENN T. MELCHINGER    7135-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email: gtm@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>QK HOTEL, LLC, a Hawai`i limited liability company, et al.,<br><br>　　　Defendants,<br><br>　　and<br><br>FRANKLIN K. MUKAI,<br><br>　　　Third-Party<br>　　　Plaintiff,<br><br>　　vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, et al.,<br><br>　　　Third-Party<br>　　　Defendants, | CIVIL NO. CV 04-00124 ACK/BMK<br><br>CONSOLIDATED CASES<br><br>**CERTIFICATE OF SERVICE**<br><br>[Re: Stipulation to File Third Amended Complaint (Queen Kapiolani Hotel); Stipulation to File Third Amended Complaint (Ocean Resort Hotel); Stipulation to File Third Amended Complaint (Pukalani); Stipulation to File Third Amended Complaint (Mililani)] |

635285_1 / 6850-5

|  |  |
|---|---|
| and | ) |
|  | ) |
| SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation, et al., | ) ) ) ) |
|  | ) |
|     Third-Party Defendants/ Counterclaimants, | ) ) ) |
|  | ) |
|     vs. | ) ) |
| QK HOTEL, LLC, a Hawai`i limited liability company, et al., | ) ) ) ) |
|  | ) |
|     Third-Party Counterclaim Defendants. | ) ) ) |

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | ) ) )   CIVIL NO. CV 04-00125 )        ACK/BMK |
|     Plaintiff, | ) ) |
|     vs. | ) ) |
| PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company, et al., | ) ) ) ) |
|     Defendants, | ) ) |
| and | ) ) |
| FRANKLIN K. MUKAI, | ) ) |
|     Third-Party Plaintiff, | ) ) ) |
|     vs. | ) ) |
| SPORTS SHINKO CO., LTD., a Japan corporation, et al., | ) ) ) |
|     Third-Party Defendants, | ) ) ) |
| and | ) ) |

```
SPORTS SHINKO CO., LTD.,              )
a Japan corporation, et al.,          )
                                      )
      Third-Party Defendants/         )
      Counterclaimants,               )
                                      )
   vs.                                )
                                      )
PUKALANI GOLF CLUB, LLC,              )
a Hawai`i limited liability           )
company, et al.,                      )
                                      )
      Third-Party Counterclaim        )
      Defendants.                     )
_____)
                                      )
SPORTS SHINKO (USA) CO., LTD,         )    CIVIL NO. CV 04-00126
a Delaware corporation,               )              ACK/BMK
                                      )
      Plaintiff,                      )
                                      )
   vs.                                )
                                      )
KIAHUNA GOLF CLUB, LLC,               )
a Hawai`i limited liability           )
company, et al.,                      )
                                      )
      Defendants,                     )
                                      )
   and                                )
                                      )
FRANKLIN K. MUKAI,                    )
                                      )
      Third-Party                     )
      Plaintiff,                      )
                                      )
   vs.                                )
                                      )
SPORTS SHINKO CO., LTD.,              )
a Japan corporation, et al.,          )
                                      )
      Third-Party                     )
      Defendants,                     )
                                      )
   and                                )
```

```
SPORTS SHINKO (HAWAII) CO.,     )
LTD., a Hawai`i corporation,    )
et al.,                         )
                                )
                                )
      Third-Party Defendants/   )
      Counterclaimants,         )
                                )
                                )
      vs.                       )
                                )
KIAHUNA GOLF CLUB, LLC,         )
a Hawai`i, limited liability    )
company, et al.,                )
                                )
                                )
      Third-Party Counterclaim  )
      Defendants.               )
                                )
_____)
                                )
SPORTS SHINKO CO., LTD.,        )    CIVIL NO. CV 04-00127
a Japanese corporation,         )              ACK/BMK
                                )
                                )
      Plaintiff,                )
                                )
                                )
      vs.                       )
                                )
OR HOTEL, LLC, a Hawai`i        )
limited liability company,      )
et al.,                         )
                                )
                                )
      Defendants,               )
                                )
      and                       )
                                )
FRANKLIN K. MUKAI,              )
                                )
      Third-Party               )
      Plaintiff,                )
                                )
                                )
      vs.                       )
                                )
SPORTS SHINKO (USA) CO., LTD.,  )
a Delaware corporation, et al., )
                                )
      Third-Party               )
      Defendants,               )
                                )
      and                       )
                                )
```

635285_1 / 6850-5

4

```
SPORTS SHINKO (HAWAII) CO.,      )
LTD., a Hawai`i corporation,     )
et al.,                          )
                                 )
      Third-Party Defendants/    )
      Counterclaimants,          )
                                 )
   vs.                           )
                                 )
OR HOTEL, LLC, a Hawai`i         )
limited liability company,       )
et al.,                          )
                                 )
      Third Party Counterclaim   )
      Defendants.                )
_____)
                                 )
SPORTS SHINKO (USA) CO., LTD.,   )  CIVIL NO. CV 04-00128
a Delaware corporation,          )         ACK/BMK
                                 )
         Plaintiff,              )
                                 )
   vs.                           )
                                 )
MILILANI GOLF CLUB, LLC,         )
a Hawai`i limited liability      )
company, et al.,                 )
                                 )
         Defendants,             )
                                 )
     and                         )
                                 )
FRANKLIN K. MUKAI,               )
                                 )
         Third-Party             )
         Plaintiff,              )
                                 )
   vs.                           )
                                 )
SPORTS SHINKO CO., LTD.,         )
a Japan corporation, et al.,     )
                                 )
         Third-Party             )
         Defendants,             )
                                 )
     and                         )
                                 )
```

```
SPORTS SHINKO (HAWAII) CO.,      )
LTD., a Hawaii corporation,      )
et al.,                          )
                                 )
    Third-Party Defendants/      )
    Counterclaimants,            )
                                 )
    vs.                          )
                                 )
MILILANI GOLF CLUB, LLC,         )
a Hawai`i limited liability      )
company, et al.,                 )
                                 )
    Third-Party Counterclaim     )
    Defendants.                  )
_____)
```

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of January, 2007, I caused true and correct copies of the following documents:

(1) Stipulation to File Third Amended Complaint (Queen Kapiolani Hotel) and Order; Exhibit "A", CV 04-00124 ACK/BMK, filed on January 8, 2007;

(2) Stipulation to File Third Amended Complaint (Pukalani) and Order; Exhibit "A", CV 04-00125 ACK/BMK, filed on January 8, 2007;

(3) Stipulation to File Third Amended Complaint (Ocean Resort Hotel) and Order; Exhibit "A", CV 04-00127 ACK/BMK, filed on January 8, 2007; and

(4) Stipulation to File Third Amended Complaint (Mililani) and Order; Exhibit "A", CV 04-00128 ACK/BMK, filed on January 8, 2007,

to be served on the following persons by hand-delivery to their respective addresses:

    WILLIAM A. BORDNER, ESQ.
    Suite 3100, Mauka Tower
    737 Bishop Street
    Honolulu, HI  96813

    Attorney for Defendant
    and Third-Party Plaintiff
    FRANKLIN K. MUKAI


    WARREN PRICE, III, ESQ.
    ROBERT A. MARKS, ESQ.
    728 Ocean View Center
    707 Richards Street
    Honolulu, HI  96813

    SIMON KLEVANSKY, ESQ.        (*Via Hand Delivery*
    ALIKA L. PIPER, ESQ.          *on January 11, 2007*)
    CARISA LIMA KA'ALA HEE, ESQ.
    Gelber Gelber Ingersoll &
        Klevansky, A Law Corp.
    745 Fort Street Suite 1400
    Honolulu, HI  96813

    Attorneys for Defendants
    KIAHUNA GOLF CLUB, LLC;
    KG KAUAI DEVELOPMENT, LLC;
    PUKALANI GOLF CLUB, LLC;
    KG MAUI DEVELOPMENT, LLC;
    MILILANI GOLF CLUB, LLC;
    QK HOTEL, LLC; OR HOTEL, LLC;
    AND KG HOLDINGS, LLC

    DATED:   Honolulu, Hawai`i, January 16, 2007.


                                            /s/ Glenn T. Melchinger
                                            PAUL ALSTON
                                            GLENN T. MELCHINGER

                                            Attorneys for Plaintiffs
                                            and Third-Party Defendants,
                                            the SS Companies