Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                    1126-0
GLENN T. MELCHINGER            7135-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:  gtm@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants
the SS Companies

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>QK HOTEL, LLC, a Hawai'i limited liability company; KG HOLDINGS, LLC, a Hawai'i limited liability company; FRANKLIN K. MUKAI, | CIVIL NO. CV 04-00124 ACK/BMK<br><br>CONSOLIDATED CASES<br><br>**ERRATA RE EXHIBIT K-1 TO PLAINTIFFS AND THIRD-PARTY DEFENDANTS SPORTS SHINKO COMPANIES'**<br><br>Hearing: *(caption cont'd on next page)*<br>DATE:     February 12, 2007<br>TIME:     9:30 a.m.<br>JUDGE:    Alan C. Kay |

Defendants,                         )

      and                            )

FRANKLIN K. MUKAI,                   )

            Third-Party Plaintiff,   )

      vs.                            )

SPORTS SHINKO (USA) CO.;             )
LTD., a Delaware corporation;        )
SPORTS SHINKO (HAWAII) CO.,          )
LTD., a Hawai`i corporation;         )
SPORTS SHINKO (MILILANI)             )
CO., LTD., a Hawai`i corporation;    )
SPORTS SHINKO (KAUAI) CO.,           )
LTD., a Hawai`i corporation;         )
SPORTS SHINKO (PUKALANI)             )
CO., LTD., a Hawai`i corporation;    )
SPORTS SHINKO RESORT                 )
HOTEL CORPORATION, a                 )
Hawai`i corporation; SPORTS          )
SHINKO (WAIKIKI)                     )
CORPORATION, a Hawai`i               )
corporation; and OCEAN               )
RESORT HOTEL CORPORATION,)
a Hawai`i corporation,               )
                                     )
            Third-Party              )
            Defendants,              )
                                     )
      and                            )
                                     )
SPORTS SHINKO (HAWAII) CO.,          )
LTD., a Hawai`i corporation;         )
SPORTS SHINKO RESORT                 )

**MEMORANDUM IN OPPOSITION TO DEFENDANTS KG HOLDINGS, LLC, QK HOTEL, LLC, OR HOTEL, LLC, PUKALANI GOLF CLUB, LLC, KG MAUI DEVELOPMENT, LLC, MILILANI GOLF CLUB, LLC, KIAHUNA GOLF CLUB, LLC AND KG KAUAI DEVELOPMENT, LLC'S MOTION TO DISMISS CV. NOS. 04-00125 ACK-BMK, 04-00126 ACK-BMK AND 04-00128 ACK-BMK FOR LACK OF SUBJECT MATTER JURISDICTION, FILED NOVEMBER 16, 2006, FILED ON January 25, 2007; EXHIBIT "K-1"; CERTIFICATE OF SERVICE**

HOTEL CORPORATION, a )
Hawai`i corporation; and )
SPORTS SHINKO (WAIKIKI) )
CORPORATION, a Hawai`i )
corporation, )
 )
     Third-Party Defendants/ )
     Counterclaimants, )
 )
     vs. )
 )
QK HOTEL, LLC, a Hawai`i )
limited liability company; )
KG HOLDINGS, LLC, a Hawai`i )
limited liability company, )
FRANKLIN K. MUKAI, )
 )
     Third-Party Counterclaim )
     Defendants. )
_____ )
 )
SPORTS SHINKO (USA) CO., )    CIVIL NO. CV 04-00125
LTD., a Delaware corporation, )         ACK/BMK
 )
     Plaintiff, )
 )
     vs. )
 )
 )
PUKALANI GOLF CLUB, LLC, )
a Hawai`i limited liability )
company; KG MAUI )
DEVELOPMENT, LLC, a Hawai`i )
limited liability company; KG )
HOLDINGS, LLC, a Hawai`i )
limited liability company; )
FRANKLIN K. MUKAI, )

Defendants,                          )
                                     )
                                     )
         and                         )
                                     )
FRANKLIN K. MUKAI,                   )
                                     )
              Third-Party Plaintiff, )
                                     )
         vs.                         )
                                     )
SPORTS SHINKO CO., LTD.,             )
a Japan corporation; SPORTS          )
SHINKO (HAWAII) CO., LTD.,           )
a Hawai`i corporation; SPORTS        )
SHINKO (MILILANI) CO., LTD.,         )
a Hawai`i corporation; SPORTS        )
SHINKO (KAUAI) CO., LTD.,            )
a Hawai`i corporation; SPORTS        )
SHINKO (PUKALANI) CO., LTD.,         )
a Hawai`i corporation; SPORTS        )
SHINKO RESORT HOTEL                  )
CORPORATION, a Hawai`i               )
corporation; SPORTS SHINKO           )
(WAIKIKI) CORPORATION,               )
a Hawai`i corporation; and           )
OCEAN RESORT HOTEL                   )
CORPORATION, a Hawai`i               )
corporation,                         )
                                     )
              Third-Party            )
              Defendants,            )
                                     )
         and                         )
                                     )

SPORTS SHINKO CO., LTD.,                )
a Japan corporation; SPORTS             )
SHINKO (HAWAII) CO., LTD.,              )
a Hawai`i corporation; SPORTS           )
SHINKO (PUKALANI) CO., LTD.,           )
a Hawai`i corporation,                  )
                                        )
    Third-Party Defendants/        )
    Counterclaimants,             )
                                        )
    vs.                           )
                                        )
PUKALANI GOLF CLUB, LLC,               )
a Hawai`i limited liability            )
company; KG MAUI                        )
DEVELOPMENT, LLC, a Hawai`i            )
limited liability company; KG          )
HOLDINGS, LLC, a Hawai`i               )
limited liability company;             )
FRANKLIN K. MUKAI,                      )
                                        )
    Third-Party Counterclaim       )
    Defendants.                   )
_____)
                                        )
SPORTS SHINKO (USA) CO.,               )    CIVIL NO. CV 04-00126
LTD, a Delaware corporation,            )         ACK/BMK
                                        )
    Plaintiff,                    )
                                        )
    vs.                           )
                                        )
KIAHUNA GOLF CLUB, LLC,                )
a Hawai`i limited liability            )
company; KG KAUAI                       )

DEVELOPMENT, LLC, a Hawai'i )
limited liability company; )
PUKALANI GOLF CLUB, LLC, a )
Hawai'i limited liability company;)
KG MAUI DEVELOPMENT, LLC, )
a Hawai'i limited liability )
company; MILILANI GOLF CLUB,)
LLC, a Hawai'i limited liability )
company; QK HOTEL, LLC, )
a Hawai'i limited liability )
company; OR HOTEL, LLC, )
a Hawai'i limited liability )
company, and KG HOLDINGS, )
LLC, a Hawai'i limited liability )
company, )
 )
        Defendants, )
 )
    and )
 )
FRANKLIN K. MUKAI, )
 )
        Third-Party Plaintiff, )
 )
    vs. )
 )
SPORTS SHINKO CO., LTD., )
a Japan corporation; SPORTS )
SHINKO (HAWAII) CO., LTD., )
a Hawai'i corporation; SPORTS )
SHINKO (MILILANI) CO., LTD., )
a Hawai'i corporation; SPORTS )
SHINKO (KAUAI) CO., LTD., )
a Hawai'i corporation; SPORTS )
SHINKO (PUKALANI) CO., LTD., )
a Hawai'i corporation; SPORTS )
SHINKO RESORT HOTEL )

CORPORATION, a Hawai`i                 )
corporation; SPORTS SHINKO            )
(WAIKIKI) CORPORATION,                )
a Hawai`i corporation; and            )
OCEAN RESORT HOTEL                    )
CORPORATION, a Hawai`i                )
corporation,                          )
                                      )
          Third-Party                 )
          Defendants,                 )
                                      )
    and                               )
                                      )
SPORTS SHINKO (HAWAII) CO.,           )
LTD., a Hawai`i corporation; and      )
SPORTS SHINKO (KAUAI) CO.,            )
LTD., a Hawai`i corporation,          )
                                      )
     Third-Party Defendants/          )
     Counterclaimants,                )
                                      )
     vs.                              )
                                      )
KIAHUNA GOLF CLUB, LLC,               )
a Hawai`i, limited liability          )
company; KG KAUAI                     )
DEVELOPMENT, LLC, a Hawai`i           )
limited liability company;            )
PUKALANI GOLF CLUB, LLC, a            )
Hawai`i limited liability company;    )
KG MAUI DEVELOPMENT, LLC,             )
a Hawai`i limited liability           )
company; MILILANI GOLF CLUB,          )
LLC, a Hawai`i limited liability      )
company; QK HOTEL, LLC, a             )
Hawai`i limited liability company;    )
OR HOTEL, LLC, a Hawai`i              )

636818_1 / 6850-5                    -7-

limited liability company, and )
KG HOLDINGS, LLC, )
a Hawai`i limited liability )
company, FRANKLIN K. MUKAI, )
)
     Third-Party Counterclaim )
     Defendants. )
_____ )
)
SPORTS SHINKO CO., LTD., )    CIVIL NO. CV 04-00127
a Japanese corporation, )         ACK/BMK
)
     Plaintiff, )
)
   vs. )
)
OR HOTEL, LLC, a Hawai`i )
limited liability company; )
KG HOLDINGS, LLC, a Hawai`i )
limited liability company; )
FRANKLIN K. MUKAI, )
)
     Defendants, )
)
   and )
)
FRANKLIN K. MUKAI, )
)
     Third-Party Plaintiff, )
)
   vs. )
)
SPORTS SHINKO (USA) CO., )
LTD., a Delaware corporation; )
SPORTS SHINKO (HAWAII) CO., )
LTD., a Hawai`i corporation; )
SPORTS SHINKO (MILILANI) )

CO., LTD., a Hawai`i corporation; )
SPORTS SHINKO (KAUAI) CO.,    )
LTD., a Hawai`i corporation;    )
SPORTS SHINKO (PUKALANI)    )
CO., LTD., a Hawai`i corporation; )
SPORTS SHINKO RESORT    )
HOTEL CORPORATION, a    )
Hawai`i corporation; SPORTS    )
SHINKO (WAIKIKI)    )
CORPORATION, a Hawai`i    )
corporation; and OCEAN    )
RESORT HOTEL CORPORATION, )
a Hawai`i corporation,    )
                           )
      Third-Party    )
      Defendants,    )
                           )
  and    )
                           )
SPORTS SHINKO (HAWAII) CO.,  )
LTD., a Hawai`i corporation;    )
SPORTS SHINKO RESORT    )
HOTEL CORPORATION, a    )
Hawai`i corporation; and    )
SPORTS SHINKO (WAIKIKI)    )
CORPORATION, a Hawai`i    )
corporation,    )
                           )
      Third-Party Defendants/    )
      Counterclaimants,    )
                           )
  vs.    )
                           )
OR HOTEL, LLC, a Hawai`i    )
limited liability company;    )
KG HOLDINGS, LLC, a Hawai`i  )
                           )

limited liability company;                    )
FRANKLIN K. MUKAI,                            )
                                              )
        Third Party Counterclaim             )
        Defendants.                           )
_____)
                                              )
SPORTS SHINKO (USA) CO.,                      )    CIVIL NO. CV 04-00128
LTD., a Delaware corporation,                 )              ACK/BMK
                                              )
        Plaintiff,                            )
                                              )
    vs.                                       )
                                              )
MILILANI GOLF CLUB, LLC,                      )
a Hawai`i limited liability                   )
company; KG HOLDINGS, LLC,                    )
a Hawai`i limited liability                   )
company; FRANKLIN K. MUKAI,                   )
                                              )
        Defendants,                           )
                                              )
    and                                       )
                                              )
FRANKLIN K. MUKAI,                            )
                                              )
        Third-Party Plaintiff,               )
                                              )
    vs.                                       )
                                              )
SPORTS SHINKO CO., LTD.,                      )
a Japan corporation; SPORTS                   )
SHINKO (HAWAII) CO., LTD.,                     )
a Hawai`i corporation; SPORTS                 )
SHINKO (MILILANI) CO., LTD.,                  )
a Hawai`i corporation; SPORTS                 )
SHINKO (KAUAI) CO., LTD.,                      )

a Hawai`i corporation; SPORTS    )
SHINKO (PUKALANI) CO., LTD.,    )
a Hawai`i corporation; SPORTS    )
SHINKO RESORT HOTEL    )
CORPORATION, a Hawai`i    )
corporation; SPORTS SHINKO    )
(WAIKIKI) CORPORATION,    )
a Hawai`i corporation; and    )
OCEAN RESORT HOTEL    )
CORPORATION, a Hawai`i    )
corporation,    )
    )
     Third-Party    )
     Defendants,    )
    )
  and    )
    )
SPORTS SHINKO (HAWAII) CO.,    )
LTD., a Hawaii corporation; and    )
SPORTS SHINKO (MILILANI)    )
CO., LTD., a Hawai`i corporation, )
    )
     Third-Party Defendants/    )
     Counterclaimants,    )
    )
     vs.    )
    )
MILILANI GOLF CLUB, LLC,    )
a Hawai`i limited liability    )
company; KG HOLDINGS, LLC,    )
a Hawai`i limited liability    )
company; FRANKLIN K. MUKAI,  )
    )
     Third-Party Counterclaim    )
     Defendants.    )
    )
_____)

**ERRATA RE EXHIBIT K-1 TO PLAINTIFFS AND THIRD-PARTY
DEFENDANTS SPORTS SHINKO COMPANIES' MEMORANDUM
IN OPPOSITION TO DEFENDANTS KG HOLDINGS, LLC,
QK HOTEL, LLC, OR HOTEL, LLC, PUKALANI GOLF CLUB, LLC,
KG MAUI DEVELOPMENT, LLC, MILILANI GOLF CLUB, LLC,
KIAHUNA GOLF CLUB, LLC AND KG KAUAI DEVELOPMENT,
LLC'S MOTION TO DISMISS CV. NOS. 04-00125 ACK-BMK,
04-00126 ACK-BMK AND 04-00128 ACK-BMK FOR LACK OF
SUBJECT MATTER JURISDICTION, FILED
NOVEMBER 16, 2006, FILED ON JANUARY 25, 2007**

Plaintiffs and Third-Party Defendants SPORTS SHINKO

CO., LTD., SPORTS SHINKO (USA) CO., LTD., SPORTS SHINKO

(HAWAII) CO., LTD., SPORTS SHINKO (MILILANI) CO., LTD.,

SPORTS SHINKO (KAUAI) CO., LTD., SPORTS SHINKO (PUKALANI)

CO., LTD., SPORTS SHINKO RESORT HOTEL CORPORATION,

SPORTS SHINKO (WAIKIKI) CORPORATION, and OCEAN RESORT

HOTEL CORPORATION (collectively, the "SS Companies"), by and

through their attorneys, Alston Hunt Floyd & Ing, hereby submit an

Errata regarding Exhibit "K-1" to their Memorandum in Opposition

to Defendants KG Holdings, LLC, QK Hotel, LLC, OR Hotel, LLC,

Pukalani Golf Club, LLC, KG Maui Development, LLC, Mililani Golf

Club, LLC, Kiahuna Golf Club, LLC and KG Kauai Development,

LLC's Motion to Dismiss CV. Nos. 04-00125 ACK-BMK,

04-00126 ACK-BMK and 04-00128 ACK-BMK for Lack of Subject

Matter Jurisdiction, Filed November 16, 2006, filed on January 25,

2007, as follows:

       Pages 9 and 10 of Exhibit "K-1" were inadvertently

submitted and are not part of Exhibit "K-1".

       A corrected Exhibit "K-1" is attached hereto.

       DATED:    Honolulu, Hawai`i, January 26, 2007.


              /s/ Glenn T. Melchinger
              PAUL ALSTON
              GLENN T. MELCHINGER

              Attorneys for Plaintiffs and
              Third-Party Defendants the
              SS Companies