IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation, | ) ) ) | CIVIL NO. CV 04-00124 ACK/BMK |
| Plaintiff, | ) ) ) | CONSOLIDATED CASES |
| vs. | ) ) ) | |
| QK HOTEL, LLC, a Hawai‘i limited liability company; KG HOLDINGS, LLC, a Hawai‘i limited liability company; FRANKLIN K. MUKAI, | ) ) ) ) ) ) | **DECLARATION OF GLENN T. MELCHINGER; EXHIBIT "A"** |
| Defendants, | ) ) | |
| and | ) ) | |
| FRANKLIN K. MUKAI, | ) ) | |
| Third-Party Plaintiff, | ) ) | |
| vs. | ) ) ) | |
| SPORTS SHINKO (USA) CO.; LTD., a Delaware corporation; SPORTS SHINKO (HAWAII) CO., LTD., a Hawai‘i corporation; SPORTS SHINKO (MILILANI) CO., LTD., a Hawai‘i corporation; SPORTS SHINKO (KAUAI) CO., LTD., a Hawai‘i corporation; SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai‘i corporation; | ) ) ) ) ) ) ) ) ) ) ) ) | |

SPORTS SHINKO RESORT                )
HOTEL CORPORATION, a                )
Hawai`i corporation; SPORTS         )
SHINKO (WAIKIKI)                    )
CORPORATION, a Hawai`i              )
corporation; and OCEAN              )
RESORT HOTEL CORPORATION,)
a Hawai`i corporation,              )
                                    )
       Third-Party         )
       Defendants,         )
                                    )
   and                             )
                                    )
SPORTS SHINKO (HAWAII) CO., )
LTD., a Hawai`i corporation;        )
SPORTS SHINKO RESORT                )
HOTEL CORPORATION, a                )
Hawai`i corporation; and            )
SPORTS SHINKO (WAIKIKI)             )
CORPORATION, a Hawai`i              )
corporation,                        )
                                    )
       Third-Party Defendants/   )
       Counterclaimants,         )
                                    )
   vs.                             )
                                    )
QK HOTEL, LLC, a Hawai`i            )
limited liability company;          )
KG HOLDINGS, LLC, a Hawai`i         )
limited liability company,          )
FRANKLIN K. MUKAI,                  )
                                    )
       Third-Party Counterclaim  )
       Defendants.               )
_____)

SPORTS SHINKO (USA) CO.,           )     CIVIL NO. CV 04-00125
LTD., a Delaware corporation,      )              ACK/BMK
                                   )
          Plaintiff,               )
                                   )
     vs.                           )
                                   )
PUKALANI GOLF CLUB, LLC,           )
a Hawai`i limited liability        )
company; KG MAUI                   )
DEVELOPMENT, LLC, a Hawai`i        )
limited liability company; KG      )
HOLDINGS, LLC, a Hawai`i           )
limited liability company;         )
FRANKLIN K. MUKAI,                 )
                                   )
          Defendants,              )
                                   )
     and                           )
                                   )
FRANKLIN K. MUKAI,                 )
                                   )
          Third-Party Plaintiff,   )
                                   )
     vs.                           )
                                   )
SPORTS SHINKO CO., LTD.,           )
a Japan corporation; SPORTS        )
SHINKO (HAWAII) CO., LTD.,         )
a Hawai`i corporation; SPORTS      )
SHINKO (MILILANI) CO., LTD.,       )
a Hawai`i corporation; SPORTS      )
SHINKO (KAUAI) CO., LTD.,          )
a Hawai`i corporation; SPORTS      )
SHINKO (PUKALANI) CO., LTD.,       )
a Hawai`i corporation; SPORTS      )
SHINKO RESORT HOTEL                )
CORPORATION, a Hawai`i             )
corporation; SPORTS SHINKO         )
(WAIKIKI) CORPORATION,             )
a Hawai`i corporation; and         )
OCEAN RESORT HOTEL                 )
CORPORATION, a Hawai`i             )
corporation,                       )

```
                    Third-Party              )
                    Defendants,              )
                                             )
                                             )
        and                                  )
                                             )
SPORTS SHINKO CO., LTD.,                     )
a Japan corporation; SPORTS                  )
SHINKO (HAWAII) CO., LTD.,                   )
a Hawai`i corporation; SPORTS                )
SHINKO (PUKALANI) CO., LTD.,                 )
a Hawai`i corporation,                       )
                                             )
        Third-Party Defendants/              )
        Counterclaimants,                    )
                                             )
        vs.                                  )
                                             )
PUKALANI GOLF CLUB, LLC,                     )
a Hawai`i limited liability                  )
company; KG MAUI                             )
DEVELOPMENT, LLC, a Hawai`i                  )
limited liability company; KG                )
HOLDINGS, LLC, a Hawai`i                     )
limited liability company;                   )
FRANKLIN K. MUKAI,                           )
                                             )
        Third-Party Counterclaim             )
        Defendants.                          )
_____  )
```

SPORTS SHINKO (USA) CO.,            )    CIVIL NO. CV 04-00126
LTD, a Delaware corporation,        )            ACK/BMK
                                    )
            Plaintiff,              )
                                    )
      vs.                           )
                                    )
KIAHUNA GOLF CLUB, LLC,             )
a Hawaiʻi limited liability         )
company; KG KAUAI                   )
DEVELOPMENT, LLC, a Hawaiʻi         )
limited liability company;          )
PUKALANI GOLF CLUB, LLC, a          )
Hawaiʻi limited liability company;  )
KG MAUI DEVELOPMENT, LLC,           )
a Hawaiʻi limited liability         )
company; MILILANI GOLF CLUB,        )
LLC, a Hawaiʻi limited liability    )
company; QK HOTEL, LLC,             )
a Hawaiʻi limited liability         )
company; OR HOTEL, LLC,             )
a Hawaiʻi limited liability         )
company, and KG HOLDINGS,           )
LLC, a Hawaiʻi limited liability    )
company,                            )
                                    )
            Defendants,             )
                                    )
      and                           )
                                    )
FRANKLIN K. MUKAI,                  )
                                    )
            Third-Party Plaintiff,  )
                                    )
      vs.                           )
                                    )
                                    )

SPORTS SHINKO CO., LTD.,                )
a Japan corporation; SPORTS             )
SHINKO (HAWAII) CO., LTD.,              )
a Hawai`i corporation; SPORTS           )
SHINKO (MILILANI) CO., LTD.,           )
a Hawai`i corporation; SPORTS           )
SHINKO (KAUAI) CO., LTD.,              )
a Hawai`i corporation; SPORTS           )
SHINKO (PUKALANI) CO., LTD.,           )
a Hawai`i corporation; SPORTS           )
SHINKO RESORT HOTEL                     )
CORPORATION, a Hawai`i                  )
corporation; SPORTS SHINKO              )
(WAIKIKI) CORPORATION,                  )
a Hawai`i corporation; and              )
OCEAN RESORT HOTEL                      )
CORPORATION, a Hawai`i                  )
corporation,                            )
                                        )
        Third-Party                     )
        Defendants,                     )
                                        )
    and                                 )
                                        )
SPORTS SHINKO (HAWAII) CO.,            )
LTD., a Hawai`i corporation; and        )
SPORTS SHINKO (KAUAI) CO.,             )
LTD., a Hawai`i corporation,            )
                                        )
        Third-Party Defendants/         )
        Counterclaimants,               )
                                        )
    vs.                                 )
                                        )
KIAHUNA GOLF CLUB, LLC,                 )
a Hawai`i, limited liability            )
company; KG KAUAI                       )

DEVELOPMENT, LLC, a Hawai`i )
limited liability company; )
PUKALANI GOLF CLUB, LLC, a )
Hawai`i limited liability company;)
KG MAUI DEVELOPMENT, LLC, )
a Hawai`i limited liability )
company; MILILANI GOLF CLUB,)
LLC, a Hawai`i limited liability )
company; QK HOTEL, LLC, a )
Hawai`i limited liability company;)
OR HOTEL, LLC, a Hawai`i )
limited liability company, and )
KG HOLDINGS, LLC, )
a Hawai`i limited liability )
company, FRANKLIN K. MUKAI, )
                              )
     Third-Party Counterclaim )
     Defendants. )
_____ )
                              )
SPORTS SHINKO CO., LTD., )   CIVIL NO. CV 04-00127
a Japanese corporation, )        ACK/BMK
                              )
     Plaintiff, )
                              )
  vs. )
                              )
OR HOTEL, LLC, a Hawai`i )
limited liability company; )
KG HOLDINGS, LLC, a Hawai`i )
limited liability company; )
FRANKLIN K. MUKAI, )
                              )
     Defendants, )
                              )
  and )
                              )

FRANKLIN K. MUKAI,                      )
                                        )
            Third-Party Plaintiff,      )
                                        )
      vs.                               )
                                        )
SPORTS SHINKO (USA) CO.,                )
LTD., a Delaware corporation;           )
SPORTS SHINKO (HAWAII) CO.,             )
LTD., a Hawai`i corporation;            )
SPORTS SHINKO (MILILANI)                )
CO., LTD., a Hawai`i corporation;       )
SPORTS SHINKO (KAUAI) CO.,              )
LTD., a Hawai`i corporation;            )
SPORTS SHINKO (PUKALANI)                )
CO., LTD., a Hawai`i corporation;       )
SPORTS SHINKO RESORT                    )
HOTEL CORPORATION, a                    )
Hawai`i corporation; SPORTS             )
SHINKO (WAIKIKI)                        )
CORPORATION, a Hawai`i                  )
corporation; and OCEAN                  )
RESORT HOTEL CORPORATION,               )
a Hawai`i corporation,                  )
                                        )
            Third-Party                 )
            Defendants,                  )
                                        )
      and                               )
                                        )
SPORTS SHINKO (HAWAII) CO.,             )
LTD., a Hawai`i corporation;            )
SPORTS SHINKO RESORT                    )
HOTEL CORPORATION, a                    )
Hawai`i corporation; and                )
SPORTS SHINKO (WAIKIKI)                 )
                                        )

CORPORATION, a Hawai`i                    )
corporation,                              )
                                          )
     Third-Party Defendants/      )
     Counterclaimants,              )
                                          )
     vs.                            )
                                          )
OR HOTEL, LLC, a Hawai`i                  )
limited liability company;                )
KG HOLDINGS, LLC, a Hawai`i               )
limited liability company;                )
FRANKLIN K. MUKAI,                        )
                                          )
     Third Party Counterclaim       )
     Defendants.                    )
_____         )
                                          )
SPORTS SHINKO (USA) CO.,                  )   CIVIL NO. CV 04-00128
LTD., a Delaware corporation,             )          ACK/BMK
                                          )
     Plaintiff,                     )
                                          )
     vs.                            )
                                          )
MILILANI GOLF CLUB, LLC,                  )
a Hawai`i limited liability               )
company; KG HOLDINGS, LLC,                )
a Hawai`i limited liability               )
company; FRANKLIN K. MUKAI,               )
                                          )
     Defendants,                    )
                                          )
     and                            )
                                          )
                                          )
                                          )

FRANKLIN K. MUKAI,                        )
                                          )
              Third-Party Plaintiff,      )
                                          )
       vs.                                )
                                          )
SPORTS SHINKO CO., LTD.,                  )
a Japan corporation; SPORTS               )
SHINKO (HAWAII) CO., LTD.,                )
a Hawai`i corporation; SPORTS             )
SHINKO (MILILANI) CO., LTD.,              )
a Hawai`i corporation; SPORTS             )
SHINKO (KAUAI) CO., LTD.,                 )
a Hawai`i corporation; SPORTS             )
SHINKO (PUKALANI) CO., LTD.,              )
a Hawai`i corporation; SPORTS             )
SHINKO RESORT HOTEL                       )
CORPORATION, a Hawai`i                    )
corporation; SPORTS SHINKO                )
(WAIKIKI) CORPORATION,                    )
a Hawai`i corporation; and                )
OCEAN RESORT HOTEL                        )
CORPORATION, a Hawai`i                    )
corporation,                             )
                                          )
              Third-Party                 )
              Defendants,                 )
                                          )
       and                                )
                                          )
SPORTS SHINKO (HAWAII) CO.,              )
LTD., a Hawaii corporation; and          )
SPORTS SHINKO (MILILANI)                  )
CO., LTD., a Hawai`i corporation,        )
                                          )
              Third-Party Defendants/     )
              Counterclaimants,           )

vs. )
)
MILILANI GOLF CLUB, LLC, )
a Hawai`i limited liability )
company; KG HOLDINGS, LLC, )
a Hawai`i limited liability )
company; FRANKLIN K. MUKAI, )
)
     Third-Party Counterclaim )
     Defendants. )
_____)

## DECLARATION OF GLENN T. MELCHINGER

Pursuant to 28 U.S.C. § 1746, I declare that:

1.    I am an attorney with the law firm of Alston Hunt

Floyd & Ing, counsel for Plaintiff and Third-Party Defendants,

SPORTS SHINKO CO., LTD., SPORTS SHINKO (USA) CO., LTD.,

SPORTS SHINKO (HAWAII) CO., LTD., SPORTS SHINKO (MILILANI)

CO., SPORTS SHINKO (KAUAI) CO., LTD., SPORTS SHINKO

(PUKALANI) CO., LTD., SPORTS SHINKO RESORT HOTEL

CORPORATION, SPORTS SHINKO (WAIKIKI) CORPORATION, and

OCEAN RESORT HOTEL CORPORATION (the "SS Companies").

2.     I make this declaration based on my personal knowledge and am competent to testify as to the matters set forth herein.

3.     Attached hereto as Exhibit "A" is a true and correct copy of a "redline" of the Stipulated Protective Order proposed by Defendant Franklin K. Mukai, showing the changes to the Stipulated Protective Order ("SPO") filed herein on January 25, 2005, reflecting the changes contained in their proposed Amended SPO.

4.     I have contacted Defendant Franklin Mukai's counsel several times since he was joined in this case to inquire whether he will sign the SPO or otherwise agree in writing to be bound by its provisions.  Defendant Mukai has not provided any written assurance that he will agree to the SPO's provisions, and he has not responded to these requests except to say that he has objections to the SPO.  Defendant Mukai has also not reviewed any document in the case other than those already in his possession, despite my advising his counsel that they are available for review if

only they will agree to keep their former clients' information confidential.

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed in Honolulu, Hawai`i on January 26, 2007.

/s/ Glenn Melchinger
GLENN T. MELCHINGER