IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MILILANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>Defendants. | CIVIL NO.  04-00128 ACK/BMK<br><br>DEMAND FOR JURY TRIAL |

## DEMAND FOR JURY TRIAL

Defendant Franklin K. Mukai hereby demands a trial by jury of all issues so triable herein.

DATED:  Honolulu, Hawaii, January 29, 2007.


_____/s/ John Reyes-Burke_____
WILLIAM A. BORDNER
JOHN REYES-BURKE
Attorneys for Defendant
FRANKLIN K. MUKAI