IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., | CV 04-00124 ACK-BMK |
|       Plaintiff, | CV 04-00125 ACK-BMK |
| | CV 04-00126 ACK-BMK |
|   vs. | CV 04-00127 ACK-BMK |
| | CV 04-00128 ACK-BMK |
| QK HOTEL, LLC, et al., | |
|       Defendants, | CONSOLIDATED CASES |
|   and | |
| FRANKLIN K. MUKAI, | CERTIFICATE OF SERVICE |
|       Third-Party Plaintiff, | |
|   vs. | |
| SPORTS SHINKO (USA) CO., LTD., et al., | |
|       Third-Party Defendants, | |
|   and | |
| SPORTS SHINKO (HAWAII) CO., LTD., et al., | |
|       Third-Party Defendants/ Counterclaimants, | |
|   vs. | |
| QK HOTEL, LLC, et al., | |
|       Third-Party Counterclaim Defendants. | |
| AND CONSOLIDATED CASES | |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the REPLY

MEMORANDUM IN SUPPORT OF MOTION FOR PRETRIAL CONFERENCE

AND TO MODIFY STIPULATED PROTECTIVE ORDER was served

electronically on January 31, 2007 through CM/ECF on the following:

PAUL ALSTON, ESQ.                palston@ahfi.com
GLENN T. MELCHINGER, ESQ.        gtm@ahfi.com

    Attorneys for Plaintiffs
    SPORTS SHINKO CO., LTD. and
    SPORTS SHINKO (USA) CO., LTD.
        and
    Third Party Defendants
    SPORTS SHINKO (USA) CO., LTD.
    SPORTS SHINKO (HAWAII) CO., LTD.
    SPORTS SHINKO (MILILANI) CO., LTD.
    SPORTS SHINKO (KAUAI) CO., LTD.
    SPORTS SHINKO (PUKALANI) CO., LTD.
    SPORTS SHINKO RESORT HOTEL CORPORATION
    SPORTS SHINKO (WAIKIKI) CORPORATION, and
    OCEAN RESORT HOTEL CORPORATION

WILLIAM BORDNER, ESQ.            bbordner@bmbe-law.com

    Attorney for Defendant
    FRANKLIN K. MUKAI

DATED: Honolulu, Hawaii, January 31, 2007.


    /s/ Robert A. Marks
    _____
    WARREN PRICE III
    ROBERT A. MARKS

    Attorneys for Defendants
    KG Holdings, LLC, QK Hotel, LLC, OR
    Hotel, LLC, Pukalani Golf Club, LLC, KG
    Maui Development, LLC, Mililani Golf
    Club, LLC, Kiahuna Golf Club, LLC and
    KG Kauai Development, LLC