

# State of West Virginia

## Certificate

*I, Betty Ireland, Secretary of State of the State of West Virginia, hereby certify that*

After conducting a search of the corporations database we find no record of **Sports Shinko ( USA) Co., LTD** being on file with the Office of Secretary of State as either incorporated as a West Virginia corporation or authorized as a foreign corporation authorized to conduct business in the State of West Virginia.

Therefore, I issue this

**STATEMENT OF FACT**



*Given under my hand and the Great Seal of the State of West Virginia on*

January 30, 2007

*Betty Ireland*

_____
*Secretary of State*

**EXHIBIT 21**