# Delaware

PAGE 1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE ANNUAL REPORT OF "SPORTS SHINKO (USA) CO., LTD." AS FILED IN THIS OFFICE.

Harriet Smith Windsor, Secretary of State

2134099  8200

070087197

AUTHENTICATION: 5384321

DATE: 01-25-07

**EXHIBIT 23**

# STATE OF DELAWARE
## 2004 ANNUAL FRANCHISE TAX REPORT

DO NOT ALTER FILE NUMBER



| FILE NUMBER | CORPORATION NAME | PHONE NUMBER |
|---|---|---|
| 2134099 | SPORTS SHINKO (USA) CO., LTD. | |

| FEDERAL EMPLOYER ID NO. | INCORPORATION DATE | RENEWAL/REVOCATION DATE | DATE OF INACTIVITY | FROM / / | TO / / |
|---|---|---|---|---|---|
| 510302823 | August 5, 1987 | | | | |

| AUTHORIZED STOCK BEGIN DATE | ENDING DATE | DESIGNATION OR STOCK CLASS | NO. OF SHARES | PAR VALUE/SHARE | NO SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE | ASSETS FOR REGULATED INVESTMENT CORPS |
|---|---|---|---|---|---|---|---|---|
| 12-21-1989 | | COMMON | 30,000 | 1.000000 | | | | JAN. 1st / DEC. 31st |

| FRANCHISE TAX | $100.00 PENALTY | 1.5% MONTHLY INTEREST | ANN. FILING FEE | PREV CREDIT OR BALANCE | PREPAID QRTY. PAYMENTS |
|---|---|---|---|---|---|
| $ 237.50 | $ | $ | $ 25.00 | $ | |

AMOUNT DUE: $ 262.50

MAKE CHECK PAYABLE TO:
**DELAWARE SECRETARY OF STATE**

REGISTERED AGENT  9070044
NATIONAL CORPORATE RESEARCH, LTD.
615 SOUTH DUPONT HIGHWAY
DOVER, DE  19901

| CHECK NO. | AMOUNT ENCLOSED |
|---|---|
| | 392.88 |

$100.00 PENALTY if not Received on or before MAR 1, 2005 Plus 1.5% interest per month.

2    030105    2134099    000026250 0    8

**SEND INVOICE AND PAYMENT ONLY - NO ATTACHMENTS - NO ADDITIONAL PAGES**

| NATURE OF BUSINESS | PRINCIPAL PLACE OF BUSINESS OUTSIDE OF DELAWARE |
|---|---|
| Real Estate / Resort Management | 34th Floor Ark Mori Building, Minato-ku, Tokyo 107-6034 Japan |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. | Yoshihiko Machida | 512 Aza Motono, Miyamoto, Numazu, Shizuoka 410-0301 Japan | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

**DO NOT WRITE IN THIS SPACE - FOR BANK USE ONLY**

| OFFICERS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. CEO | Yoshihiko Machida | 512 Aza Motono, Miyamoto, Numazu, Shizuoka 410-0301 Japan | |
| 2. | | | |

| ORIGINAL SIGNATURE (OFFICER, DIRECTOR OR INCORPORATOR) | TITLE | DATE |
|---|---|---|
| X [signature] | President | August 2, 2005 |