IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation, | CV 04-00124 ACK-BMK CONSOLIDATED CASES |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| QK HOTEL, LLC, a Hawaii limited liability company, et al., | |
| Defendants, | |
| and | |
| FRANKLIN K. MUKAI | |
| Third-Party Plaintiffs, | |
| vs. | |
| SPORTS SHINKO (USA) CO., LTD., a Hawaii corporation, et al., | |
| Third-Party Defendants, | |
| _____ | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | CV 04-00125 ACK-BMK |
| Plaintiff, | |
| vs. | |
| PUKALANI GOLF CLUB, LLC, a Hawaii limited liability company, et al., | |
| Defendants, | |
| and | |
| FRANKLIN K. MUKAI, | |
| Third-Party Plaintiffs, | |
| vs. | |
| SPORTS SHINKO CO., LTD., a Japan | |

| | |
|---|---|
| corporation, et al.,<br><br>    Third-Party Defendants. | |
| _____ | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>KIAHUNA GOLF CLUB, LLC, a Hawaii limited liability company, et al.,<br><br>    Defendants,<br><br>    and<br><br>FRANKLIN K. MUKAI,<br><br>    Third-Party Plaintiffs,<br><br>    vs.<br><br>SPORTS SHINKO CO., LTD., a Japan corporation, et al.,<br><br>    Third-Party Defendants. | CV 04-00126 ACK-BMK |
| _____ | |
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>OR HOTEL, LLC, a Hawaii limited liability company, et al.<br><br>    Defendants,<br><br>    and<br><br>FRANKLIN K. MUKAI,<br><br>    Third-Party Plaintiff,<br><br>    vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a | CV 04-00127 ACK-BMK |

2

| | |
|---|---|
| Delaware corporation, et al., <br>     Third-Party Defendants. <br> _____ <br><br> SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, <br>     Plaintiff, <br>   vs. <br> MILILANI GOLF CLUB, LLC, a Hawaii limited liability company, et al. <br>     Defendants, <br>   and <br> FRANKLIN K. MUKAI, <br>     Third-Party Plaintiffs, <br>   vs. <br> SPORTS SHINKO CO., LTD., a Japan corporation, et al., <br>     Third-Party Defendants. <br> _____ | CV 04-00128 ACK-BMK |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the EXHIBITS 17, 19, 27 AND 28 TO THE KG PARTIES' REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS CV NOS. 04-00125 ACK-BMK, 04-00126 ACK-BMK And 04-00128 ACK-BMK, FILED FEBRUARY 1, 2007; was served electronically through CM/ECF on the following on February 9, 2007:

| | |
|---|---|
| PAUL ALSTON, ESQ. | palston@ahfi.com |
| GLENN T. MELCHINGER, ESQ. | gmelchinger@ahfi.com |

    Attorneys for Plaintiffs
    SPORTS SHINKO CO., LTD. and
    SPORTS SHINKO (USA) CO., LTD.

WILLIAM BORDNER, ESQ.       bbordner@bmbe-law.com

    Attorney for Defendant
    FRANKLIN K. MUKAI

DATED: Honolulu, Hawaii, February 9, 2007.


                        /s/ Robert A. Marks
                      WARREN PRICE III
                      ROBERT A. MARKS
                      SIMON KLEVANSKY
                      ALIKA L. PIPER
                      CARISA LIMA KA'ALA HEE

                      Attorneys for Defendants, Counterclaimants
                      and Third-Party Plaintiffs KG HOLDINGS,
                      LLC, KIAHUNA GOLF CLUB, LLC,
                      KG KAUAI DEVELOPMENT, LLC,
                      PUKALANI GOLF CLUB, LLC,
                      KG MAUI DEVELOPMENT, LLC,
                      MILILANI GOLF CLUB, LLC,
                      QK HOTEL, LLC, AND OR HOTEL, LLC