# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/12/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00124ACK-BMK, CV NO. 04-00125ACK-BMK, CV NO. 04-00126ACK-BMK, CV NO. 04-00127ACK-BMK AND CV NO. 04-00128ACK-BMK |
| CASE NAME: | Sports Shinko Co., Ltd., etc Vs. QK Hotel, LLC, et al. <br> Sports Shinko (USA) Co., Ltd. Vs. Pukalani Golf Club, LLC <br> Sports Shinko (USA) Co., Ltd., Vs. Kiahuna Golf Club, LLC <br> Sports Shinko Co., Ltd., Vs. OR Hotel, LLC <br> Sports Shinko (USA) Co, Ltd. Vs. Mililani Golf Club, LLC <br> (CONSOLIDATED CASES) |
| ATTYS FOR PLA: | Jason Kim and Glenn Melchinger |
| ATTYS FOR DEFT: | Robert A. Marks <br> John Reyes-Burke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | ESR-LG |
| DATE: | 02/12/2007 | TIME: | 9:36am-ll:00 |

COURT ACTION:  EP: Defendants' QK Hotel, LLC, KG Holdings, LLC's Motion to Dismiss for Lack of Jurisdiction-Oral Argument Held.

Motion is hereby Taken under Advisement.

Plaintiff to file an additional Memorandum as to the following- Explanation of Exhibits 11, 29 and M2, the years 2002 and 2003 as to M-2 and the Status of the Circuit Court Law Suit as to Pukalani Golf Club within 7 Days from today's date.

Defendant to file a reply four days after the Plaintiffs Memorandum has been filed.

Submitted by Leslie L. Sai, Courtroom Manager