IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>QK HOTEL, LLC, et al.,<br><br>　　　Defendants,<br>　and<br>FRANKLIN K. MUKAI, et al.,<br><br>　　　Third-Party Plaintiffs,<br><br>　vs.<br><br>SPORTS SHINKO (USA) CO., LTD.,<br>et al.,<br><br>　　　Third-Party Defendants,<br><br>　and<br><br>SPORTS SHINKO (HAWAII) CO.,<br>LTD., et al.,<br><br>　　　Third-Party Defendants/<br>　　　Counterclaimants,<br><br>　vs.<br><br>QK HOTEL, LLC, et al.,<br><br>　　　Third-Party Counterclaim<br>　　　Defendants.<br>AND CONSOLIDATED CASES | CV 04-00124 ACK-BMK<br>CV 04-00125 ACK-BMK<br>CV 04-00126 ACK-BMK<br>CV 04-00127 ACK-BMK<br>CV 04-00128 ACK-BMK<br><br>CONSOLIDATED CASES |

# EXHIBIT A