PRICE OKAMOTO HIMENO & LUM

WARREN PRICE III        1212
ROBERT A. MARKS         2163
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Phone: 808.538.1113
Fax: 808.533.0549
e-mail: ram@pohlhawaii.com

GELBER GELBER INGERSOLL & KLEVANSKY

SIMON KLEVANSKY          3217-0
ALIKA L. PIPER           6949-0
CARISA LIMA KA'ALA HEE   7372-0
Suite 1400, Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
Phone: (808) 524-0155
Fax: (808) 531-6963
E-mail: sklevansky@ggik.com
        apiper@ggik.com;
        kaalahee@ggik.com

Attorneys for Defendants, Counterclaimants
and Third-Party Plaintiffs KG HOLDINGS, LLC,
KIAHUNA GOLF CLUB, LLC, KG KAUAI
DEVELOPMENT, LLC, PUKALANI GOLF
CLUB, LLC, KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC, QK HOTEL, LLC,
and OR HOTEL, LLC ("KG PARTIES")

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>QK HOTEL, LLC, et al.,<br><br>　　　　Defendants,<br>　　and | CV 04-00124 ACK-BMK<br>CV 04-00125 ACK-BMK<br>CV 04-00126 ACK-BMK<br>CV 04-00127 ACK-BMK<br>CV 04-00128 ACK-BMK<br><br>CONSOLIDATED CASES |

| | |
|---|---|
| FRANKLIN K. MUKAI, et al.,<br>　　Third-Party Plaintiffs,<br>　vs.<br>SPORTS SHINKO (USA) CO., LTD., et al.,<br>　　Third-Party Defendants,<br>　and<br>SPORTS SHINKO (HAWAII) CO., LTD., et al.,<br>　　Third-Party Defendants/<br>　　Counterclaimants,<br>　vs.<br>QK HOTEL, LLC, et al.,<br>　　Third-Party Counterclaim Defendants.<br>AND CONSOLIDATED CASES | KG PARTIES' RESPONSE TO NOTICE FILED MARCH 21, 2007; CERTIFICATE OF SERVICE |

## KG PARTIES' RESPONSE TO NOTICE FILED MARCH 21, 2007

Defendants, Counterclaimants and Third-Party Plaintiffs KG Holdings, LLC, QK Hotel, LLC, OR Hotel, LLC, Pukalani Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC, Kiahuna Golf Club, LLC and KG Kauai Development, LLC ("KG Parties") hereby respond to the Notice filed herein by the Honorable Alan C. Kay on March 21, 2007 regarding the Court's acquisition in January 2007 of $50,000 of units in a mutual fund managed by Goldman Sachs.

2

The KG Parties do not believe that Judge Kay's acquisition of units in the foregoing mutual fund constitutes a financial interest such that recusal or disqualification is appropriate or required.

DATED: Honolulu, Hawaii, March 26, 2007.

    /s/ Robert A. Marks
WARREN PRICE III
ROBERT A. MARKS
SIMON KLEVANSKY
ALIKA L. PIPER
CARISA LIMA KA'ALA HEE

Attorneys for Defendants, Counterclaimants and Third-Party Plaintiffs KG Holdings, LLC, QK Hotel, LLC, OR Hotel, LLC, Pukalani Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC, Kiahuna Golf Club, LLC and KG Kauai Development, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br>　　　Plaintiff,<br>　vs.<br>QK HOTEL, LLC, et al.,<br>　　　Defendants,<br>　and<br>FRANKLIN K. MUKAI,<br>　　　Third-Party Plaintiff,<br>　vs.<br>SPORTS SHINKO (USA) CO., LTD., et al.,<br>　　　Third-Party Defendants,<br>　and<br>SPORTS SHINKO (HAWAII) CO., LTD., et al.,<br>　　　Third-Party Defendants/<br>　　　Counterclaimants,<br>　vs.<br>QK HOTEL, LLC, et al.,<br>　　　Third-Party Counterclaim<br>　　　Defendants.<br>AND CONSOLIDATED CASES | CV 04-00124 ACK-BMK<br>CV 04-00125 ACK-BMK<br>CV 04-00126 ACK-BMK<br>CV 04-00127 ACK-BMK<br>CV 04-00128 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of KG PARTIES' RESPONSE TO NOTICE FILED MARCH 21, 2007 was served electronically through CM/ECF on the following on March 26, 2007:

| | |
|---|---|
| PAUL ALSTON, ESQ. | palston@ahfi.com |
| GLENN T. MELCHINGER, ESQ. | gmelchinger@ahfi.com |

    Attorneys for Plaintiffs
    SPORTS SHINKO CO., LTD. and
    SPORTS SHINKO (USA) CO., LTD.

WILLIAM BORDNER, ESQ.       bbordner@bmbe-law.com

    Attorney for Defendant
    FRANKLIN K. MUKAI

    DATED: Honolulu, Hawaii, March 26, 2007.


                             /s/ Robert A. Marks
                            WARREN PRICE III
                            ROBERT A. MARKS
                            SIMON KLEVANSKY
                            ALIKA L. PIPER
                            CARISA LIMA KA'ALA HEE

                            Attorneys for Defendants and
                            Third-Party Plaintiffs
                            KG Holdings, LLC, QK Hotel, LLC, OR
                            Hotel, LLC, Pukalani Golf Club, LLC, KG
                            Maui Development, LLC, Mililani Golf
                            Club, LLC, Kiahuna Golf Club, LLC and
                            KG Kauai Development, LLC

2