Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

| | |
|---|---|
| PAUL ALSTON | 1126-0 |
| BRUCE H. WAKUZAWA | 4312-0 |
| GLENN T. MELCHINGER | 7135-0 |
| JASON H. KIM | 7128-0 |

American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai‘i  96813
Telephone:  (808) 524-1800
Facsimile:   (808) 524-4591
Email:  gtm@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants
the Sports Shinko Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., ) | CV 04-00124 ACK-BMK |
| ) | CV 04-00125 ACK-BMK |
| Plaintiff, ) | CV 04-00126 ACK-BMK |
| ) | CV 04-00127 ACK-BMK |
| vs. ) | CV 04-00128 ACK-BMK |
| ) | |
| QK HOTEL, LLC, et al., ) | CONSOLIDATED CASES |
| ) | |
| Defendants, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| and ) | *[Re:  Plaintiffs Sports* |
| ) | *Shinko Co., Ltd.'s and* |
| ) | *Sports Shinko (USA) Co.,* |
| FRANKLIN K. MUKAI, et al., ) | *Ltd.'s Answers to Defendant* |

628898 v1 / 6850-5

| | | |
|---|---|---|
| Third-Party Plaintiffs, | ) | *Franklin K. Mukai's First Requests for Answers to Interrogatories]* |
| vs. | ) | |
| | ) | |
| SPORTS SHINKO (USA) CO., LTD., et al., | ) | |
| | ) | |
| Third-Party Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SPORTS SHINKO (HAWAII) CO., LTD., et al., | ) | |
| | ) | |
| Third-Party Defendants/ Counterclaimants, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| QK HOTEL, LLC, et al., | ) | |
| | ) | |
| Third-Party Counterclaim Defendants. | ) | |
| | ) | |
| AND CONSOLIDATED CASES | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 30, 2007, copies of (1) Plaintiff Sports Shinko Co., Ltd.'s **Answers to Defendant Franklin K. Mukai's First Request for Answers to Interrogatories to Plaintiff (in Civil**

628898 v1 / 6850-5                -2-

**No. CV 04-00124 ACK/BMK) Dated October 19 2006**, dated March 30, 2007, (2) Plaintiff Sports Shinko (USA) Co., Ltd.'s **Answers to Defendant Franklin K. Mukai's First Request for Answers to Interrogatories to Plaintiff (in Civil No. CV 04-00125 ACK/BMK) Dated October 19 2006**, dated March 30, 2007; (3) Plaintiff Sports Shinko (USA) Co., Ltd.'s **Answers to Defendant Franklin K. Mukai's First Request for Answers to Interrogatories to Plaintiff (in Civil No. CV 04-00126 ACK/BMK) Dated October 19 2006**, dated March 30, 2007; (4) Plaintiff Sports Shinko (USA) Co., Ltd.'s **Answers to Defendant Franklin K. Mukai's First Request for Answers to Interrogatories to Plaintiff (In Civil No. CV 04-00127 ACK/BMK) Dated October 19 2006**, dated March 30, 2007 and (5) Plaintiff Sports Shinko (USA) Co., Ltd.'s **Answers to Defendant Franklin K. Mukai's First Request for Answers to Interrogatories to Plaintiff (In Civil No. CV 04-00128 ACK/BMK) Dated October 19 2006**, dated March 30, 2007, were duly served upon the following, by hand delivery:

*[Original + 1 copy]*

| | |
|---|---|
| WILLIAM A. BORDNER, ESQ.<br>JOHN REYES-BURKE, ESQ.<br>Burke McPheeters<br>    Bordner & Estes<br>Suite 3100, Mauka Tower<br>737 Bishop Street<br>Honolulu, HI  96813<br><br>Attorneys for Defendant<br>and Third-Party Plaintiff<br>FRANKLIN K. MUKAI | WARREN PRICE, III, ESQ.<br>ROBERT A. MARKS, ESQ.<br>728 Ocean View Center<br>707 Richards Street<br>Honolulu, HI  96813<br><br>SIMON KLEVANSKY, ESQ.<br>ALIKA L. PIPER, ESQ.<br>CARISA LIMA KA'ALA HEE, ESQ.<br>Gelber Gelber Ingersoll &<br>Klevansky, A Law Corp.<br>745 Fort Street Suite 1400<br>Honolulu, HI  96813<br><br>Attorneys for Defendants<br>KIAHUNA GOLF CLUB, LLC;<br>KG KAUAI DEVELOPMENT,<br>LLC; PUKALANI GOLF<br>CLUB, LLC; KG MAUI<br>DEVELOPMENT, LLC; MILILANI<br>GOLF CLUB, LLC; QK HOTEL,<br>LLC; OR HOTEL, LLC; AND<br>KG HOLDINGS, LLC |

DATED:   Honolulu, Hawai`i, March 30, 2007.

　　　　　　　　　　　　　　　　　　　／s／ Jason H. Kim
　　　　　　　　　　　　　　PAUL ALSTON
　　　　　　　　　　　　　　BRUCE H. WAKUZAWA
　　　　　　　　　　　　　　GLENN T. MELCHINGER
　　　　　　　　　　　　　　JASON H. KIM

　　　　　　　　　　　　　　Attorneys for Plaintiffs and
　　　　　　　　　　　　　　Third-Party-Defendants the
　　　　　　　　　　　　　　Sport Shinko Companies