IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>MILILANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG HOLDINGS LLC, Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>    Defendants. | CIVIL NO.  04-00128 ACK/BMK<br><br>CERTIFICATE OF SERVICE |
| FRANKLIN K. MUKAI,<br><br>    Third-Party Plaintiff,<br><br>  vs.<br><br>SPORTS SHINKO CO., LTD., a Japan corporation, SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation, SPORTS SHINKO (MILILANI) CO., LTD., a Hawai`i corporation, SPORTS SHINKO (KAUAI) CO., LTD., a Hawai`i corporation, SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai`i corporation, SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawai`i | |

| |
|---|
| corporation, SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawai`i corporation, and OCEAN RESORT HOTEL CORPORATION, a Hawai`i corporation,<br><br>            Third-Party Defendants. |

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served electronically through CM/ECF:

PAUL ALSTON, ESQ.            (palston@ahfi.com)         4/19/07
GLENN T. MELCHINGER, ESQ.  (gtm@ahfi.com)             4/19/07
Alston Hunt Floyd & Ing
1800 ASB Tower
1001 Bishop Street
Honolulu, HI  96813
      Attorneys for Plaintiffs
      and Third-Party Defendants

WARREN PRICE, III, ESQ.     (wprice@pohlhawaii.com)   4/19/07
ROBERT A. MARKS, ESQ.       (ram@pohlhawaii.com)      4/19/07
Price Okamoto Himeno & Lum
728 Ocean View Center
707 Richards Street
Honolulu, HI  96813
      Attorney for Defendant
      MILILANI GOLF CLUB, LLC

DATED:  Honolulu, Hawaii, April 19, 2007.

      /s/ John Reyes-Burke
JOHN REYES-BURKE
Attorney for Defendant and
Third-Party Plaintiff FRANKLIN K. MUKAI