ORIGINAL

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                1126-0
GLENN T. MELCHINGER        7135-0
JASON H. KIM               7128-0
18th Floor, Pacific Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email: gtm@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants
the SS Companies

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 27 2007

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>MILILANI GOLF CLUB, LLC, a Hawai'i limited liability company; KG HOLDINGS, LLC, a Hawai'i limited liability company; FRANKLIN K. MUKAI,<br><br>        Defendants,<br><br>    and<br><br>FRANKLIN K. MUKAI,<br><br>        Third-Party Plaintiff,<br><br>    vs.<br><br>SPORTS SHINKO CO., LTD., a Japan corporation; SPORTS | CIVIL NO. CV 04-00128 ACK/BMK<br><br>**RELEASE OF NOTICE OF PENDENCY OF ACTION, FILED FEBRUARY 20, 2004** |

643625 V1 / 6850-5

```
SHINKO (HAWAII) CO., LTD.,           )
a Hawai`i corporation; SPORTS        )
SHINKO (MILILANI) CO., LTD.,         )
a Hawai`i corporation; SPORTS        )
SHINKO (KAUAI) CO., LTD.,            )
a Hawai`i corporation; SPORTS        )
SHINKO (PUKALANI) CO., LTD.,         )
a Hawai`i corporation; SPORTS        )
SHINKO RESORT HOTEL                  )
CORPORATION, a Hawai`i               )
corporation; SPORTS SHINKO           )
(WAIKIKI) CORPORATION,               )
a Hawai`i corporation; and           )
OCEAN RESORT HOTEL CORPORATION,      )
a Hawai`i corporation,               )
                                     )
        Third-Party                  )
        Defendants,                  )
                                     )
    and                              )
                                     )
SPORTS SHINKO (HAWAII) CO.,          )
LTD., a Hawaii corporation; and      )
SPORTS SHINKO (MILILANI) CO.,        )
LTD., a Hawai`i corporation,         )
                                     )
        Third-Party Defendants/      )
        Counterclaimants,            )
                                     )
    vs.                              )
                                     )
MILILANI GOLF CLUB, LLC,             )
a Hawai`i limited liability          )
company; KG HOLDINGS, LLC,           )
a Hawai`i limited liability          )
company; FRANKLIN K. MUKAI,          )
                                     )
        Third-Party Counterclaim     )
        Defendants.                  )
                                     )
_____)
```

643625 V1 / 6850-5                                  2

### RELEASE OF NOTICE OF PENDENCY OF ACTION, FILED FEBRUARY 20, 2004

Plaintiff SPORTS SHINKO (USA) CO., LTD,, by and through its attorneys, Alston Hunt Floyd & Ing, hereby cancels and releases that certain Notice of Pendency of Action filed herein on February 20, 2004, and recorded in Office of the Assistant Registrar, Land Court, State of Hawai`i as Document No. 3073326 pursuant to a judgment of dismissal by the United States District Court for the District of Hawaii, entered on April 10, 2007. As of the date of filing, the time for appeal has not expired and Plaintiff intends to appeal the dismissal. Furthermore, on April 19, 2007, Defendant FRANKLIN K. MUKAI filed a Motion to Alter or Amend Judgment. This motion has not been heard or decided as of the date of this filing.

DATED:  Honolulu, Hawai‘i, April 27, 2007.

_____
PAUL ALSTON
GLENN T. MELCHINGER
JASON H. KIM
Attorneys for Plaintiffs and
Third-Party Defendants the SS
Companies

643625 V1 / 6850-5                           3