PRICE OKAMOTO HIMENO & LUM

WARREN PRICE III 1212
ROBERT A. MARKS 2163
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Phone: 808.538.1113
Fax: 808.533.0549
e-mail: ram@pohlhawaii.com

KLEVANSKY & PIPER, LLP
  A LIMITED LIABILITY LAW PARTNERSHIP

SIMON KLEVANSKY         3217-0
ALIKA L. PIPER          6949-0
CARISA LIMA KA'ALA HEE  7372-0
Pauahi Tower, Suite 770
1001 Bishop Street
Honolulu, Hawaii 96813
Phone: (808) 536-0200
Fax: (808) 536-0221
E-mail: sklevansky@kplawhawaii.com
        apiper@kplawhawaii.com
        kaalahee@kplawhawaii.com

Attorneys for Defendants, Counterclaimants,
and Third-Party Plaintiffs KG HOLDINGS, LLC
KIAHUNA GOLF CLUB, LLC, KG KAUAI
DEVELOPMENT, LLC, PUKALANI GOLF
CLUB, LLC, KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC, QK HOTEL, LLC,
and OR HOTEL, LLC ("KG PARTIES")

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., | ) CV 04-00124 ACK-BMK |
| Plaintiff, | ) CV 04-00125 ACK-BMK |
| | ) CV 04-00126 ACK-BMK |
| vs. | ) CV 04-00127 ACK-BMK |
| QK HOTEL, LLC, et al., | ) CV 04-00128 ACK-BMK |
| Defendants. | ) CONSOLIATED CASES |

1803044.doc

|  |  |
|---|---|
| and | ) **WITHDRAWAL AND** |
| FRANKLIN K. MUKAI, et al., | ) **SUBSTITUTION OF COUNSEL** |
|  | ) **and ORDER** |
| Third-Party Plaintiffs, | ) |
| vs. | ) |
| SPORTS SHINKO (USA) CO., LTD., et al., | ) |
| Third-Party Defendants | ) |
| and | ) |
| SPORTS SHINKO (HAWAII) CO., LTD., et al., | ) |
| Third-Party Defendants/ Counterclaimants, | ) |
| vs. | ) |
| QK HOTEL, LLC, et al., | ) |
| Third-Party Counterclaim Defendants. | ) |
| AND CONSOLIDATED CASES | ) |

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

GELBER, GELBER & INGERSOLL, A Law Corporation, formerly known as Gelber, Gelber, Ingersoll & Klevansky, A Law Corporation, former counsel for KG HOLDINGS, LLC, KIAHUNA GOLF CLUB, LLC, KG KAUAI DEVELOPMENT, LLC, PUKALANI GOLF CLUB, LLC, KG MAUI DEVELOPMENT, LLC, MILILANI GOLF CLUB, LLC, QK HOTEL, LLC, and

1803044.doc

OR HOTEL, LLC (collectively the "KG PARTIES"), Defendants, Counterclaimants, and Third-Party Plaintiffs in the above-entitled action, hereby withdraws as co-counsel for the KG PARTIES.

KLEVANSKY & PIPER, LLP, A Limited Liability Law Partnership, hereby appears as substitute co-counsel for the KG PARTIES.

DATED: Honolulu, Hawaii, April 24, 2007            .

          **GELBER, GELBER & INGERSOLL**
          A Law Corporation

          By: _____
          DON JEFFREY GELBER

          **KLEVANSKY & PIPER, LLP**
          A Limited Liability Law Partnership

          _____
          SIMON KLEVANSKY

CONSENT OF:
KG HOLDINGS, LLC, KIAHUNA GOLF
CLUB, LLC, KG KAUAI DEVELOPMENT,
LLC, PUKALANI GOLF CLUB, LLC, KG
MAUI DEVELOPMENT, LLC, MILILANI
GOLF CLUB, LLC, QK HOTEL, LLC,
and OR HOTEL, LLC

By _____
    Name: Wayne Tanigawa
    Title/Position: Member

1803044.doc

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

---

Sports Shinko Co., Ltd., v. QK Hotel, LLC, et al., Civil No. CV 04-00124 ACK-BMK, CV04-00125 ACK-BMK, CV04-00126 ACK-BMK, CV04-00127 ACK-BMK, and CV04-00128 ACK-BMK (Consolidated Cases), United States District Court, District of Hawaii; WITHDRAWAL AND SUBSTITUTION OF COUNSEL

- 4 -

1803044.doc