```
Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                1126-0
GLENN T. MELCHINGER        7135-0
JASON H. KIM               7128-0
18th Floor, Pacific Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Telephone:  (808) 524-1800
Facsimile:   (808) 524-4591
Email: gtm@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants
the SS Companies
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | CIVIL NO. CV 04-00128 ACK/BMK |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | **[Re: RELEASE OF NOTICE OF PENDENCY OF ACTION, FILED FEBRUARY 20, 2004**] |
| MILILANI GOLF CLUB, LLC, a Hawai'i limited liability company; KG HOLDINGS, LLC, a Hawai'i limited liability company; FRANKLIN K. MUKAI, | |
| Defendants, | |
| and | |
| FRANKLIN K. MUKAI, | |
| Third-Party Plaintiff, | |
| vs. | |
| SPORTS SHINKO CO., LTD., a Japan corporation; SPORTS SHINKO (HAWAII) CO., LTD., a Hawai'i corporation; SPORTS | |

644902 v1 / 6850-5

```
SHINKO (MILILANI) CO., LTD.,        )
a Hawai`i corporation; SPORTS       )
SHINKO (KAUAI) CO., LTD.,           )
a Hawai`i corporation; SPORTS       )
SHINKO (PUKALANI) CO., LTD.,        )
a Hawai`i corporation; SPORTS       )
SHINKO RESORT HOTEL                 )
CORPORATION, a Hawai`i              )
corporation; SPORTS SHINKO          )
(WAIKIKI) CORPORATION,              )
a Hawai`i corporation; and          )
OCEAN RESORT HOTEL CORPORATION,     )
a Hawai`i corporation,              )
                                    )
        Third-Party                 )
        Defendants,                 )
                                    )
    and                             )
                                    )
SPORTS SHINKO (HAWAII) CO.,         )
LTD., a Hawaii corporation; and     )
SPORTS SHINKO (MILILANI) CO.,       )
LTD., a Hawai`i corporation,        )
                                    )
        Third-Party Defendants/     )
        Counterclaimants,           )
                                    )
    vs.                             )
                                    )
MILILANI GOLF CLUB, LLC,            )
a Hawai`i limited liability         )
company; KG HOLDINGS, LLC,          )
a Hawai`i limited liability         )
company; FRANKLIN K. MUKAI,         )
                                    )
        Third-Party Counterclaim    )
        Defendants.                 )
                                    )
_____ )
```

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2007, a copy of Release of Notice of Pendency of Action, filed April 27, 2007 and Recorded in the Land Court as Document No. 3594417 on April 27, 2007 was duly served upon the following person at the address shown via hand-delivery or first class mail, postage prepaid (as indicated below):

|  | **HAND-DELIVERED** | **MAILED** |
|---|---|---|
| ROBERT A. MARKS, ESQ.<br>Price Okamoto Himeno & Lum<br>728 Ocean View Center<br>707 Richards Street<br>Honolulu, HI  96813<br><br>Attorney for Defendants<br>KIAHUNA GOLF CLUB, LLC;<br>KG KAUAI DEVELOPMENT, LLC;<br>PUKALANI GOLF CLUB, LLC;<br>KG MAUI DEVELOPMENT, LLC;<br>MILILANI GOLF CLUB, LLC;<br>QK HOTEL, LLC; OR HOTEL, LLC; and<br>KG HOLDINGS, LLC |  | X |

I hereby certify that on May 1, 2007, a copy of Release of Notice of Pendency of Action, filed April 27, 2007 and Recorded in the Land Court as Document No. 3594417 on April 27, 2007 was duly served upon the following person at the address shown via hand-delivery or first class mail, postage prepaid (as indicated below):

|  | **HAND-DELIVERED** | **MAILED** |
|---|---|---|
| JOHN N. K. REYES-BURKE, ESQ.<br>Burke McPheeters Bordner & Estes<br>Pacific Guardian Center, Mauka Tower<br>737 Bishop Street, Suite 3100<br>Honolulu, HI 96813<br><br>Attorney for Defendant<br> FRANKLIN K. MUKAI | X |  |

DATED:   Honolulu, Hawai`i, May 1, 2007.

/s/ Jason H. Kim
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM

Attorneys for Plaintiffs
and Third-Party Defendants,
the Sports Shinko Companies