SPORTS SHINKO (USA) CO., LTD. & SUBS

SCHEDULE L
STATEMENT 34

COMBINED OTHER CURRENT ASSETS

| | COMBINED AMOUNTS | LA COSTA HOTEL AND SPA CORPORATION | ENCINITAS RESORT CORPORATION | SPORTS SHINKO FLORIDA CO., LTD. | SPORTS SHINKO (FLORIDA REALTY), INC. | SPORTS SHINKO UTILITY, INC. | GRENELEFE REALTY, INC. | SPORTS SHINKO (HAWAII) CO., LTD. |
|---|---|---|---|---|---|---|---|---|
| N/R ACCRUED INTEREST - KOBAYASHI GROUP | | | | REDACTED | | | | |
| PREPAID ASSETS | | | | | | | | |
| TOTAL OTHER CURRENT ASSETS | | | | | | | | |

| | SPORTS SHINKO (MILILANI) CO., LTD | SPORTS SHINKO RESORT HOTEL CORPORATION | SPORTS SHINKO (WAIKIKI) CORPORATION | OCEAN RESORT HOTEL CORPORATION | SPORTS SHINKO (KAUAI) CO., LTD. | SPORTS SHINKO (PUKALANI) CO., LTD. | SPORTS SHINKO (USA) CO., LTD. |
|---|---|---|---|---|---|---|---|
| N/R ACCRUED INTEREST - KOBAYASHI GROUP | | | | | | | |
| PREPAID ASSETS | | | | | | | |
| TOTAL OTHER CURRENT ASSETS | | | | | | | |

CONFIDENTIAL
GT03286

STATEMENT(S) 34

**EXHIBIT G-4**