SPORTS SHINKO (USA) CO., LTD. & SUBS

SCHEDULE L                                                                                           STATEMENT 35

|  | COMBINED AMOUNTS | LA COSTA HOTEL AND SPA CORPORATION | ENCINITAS RESORT CORPORATION | COMBINED OTHER INVESTMENTS | SPORTS SHINKO (FLORIDA) CO., LTD. | SPORTS SHINKO (FLORIDA REALTY), INC. | SPORTS SHINKO UTILITY, INC. | GRENELEFE REALTY, INC. | SPORTS SHINKO (USA) CO., LTD. | SPORTS SHINKO (HAWAII) CO., LTD. |
|---|---|---|---|---|---|---|---|---|---|---|
| INVESTMENT IN SUBSIDIARIES |  |  |  |  |  |  |  |  |  |  |
| TOTAL OTHER INVESTMENTS |  |  |  | REDACTED |  |  |  |  |  |  |

|  | SPORTS SHINKO (MILILANI) CO., LTD | SPORTS SHINKO RESORT HOTEL CORPORATION | SPORTS SHINKO (WAIKIKI) CORPORATION | OCEAN RESORT HOTEL CORPORATION | SPORTS SHINKO (KAUAI) CO., LTD. | SPORTS SHINKO (PUKALANI) CO., LTD. |  |  |
|---|---|---|---|---|---|---|---|---|
| INVESTMENT IN SUBSIDIARIES |  |  |  |  |  |  |  |  |
| TOTAL OTHER INVESTMENTS |  |  |  | REDACTED |  |  | 3 | ___ |

CONFIDENTIAL
GT032837

STATEMENT(S) 35

**EXHIBIT G-5**