SPORTS SHINKO (USA) CO., LTD, & SUBS

FORM 1120

COMBINED INTEREST INCOME

STATEMENT 7

| COMBINED AMOUNTS | LA COSTA HOTEL AND SPA CORPORATION | ENCINITAS RESORT CORPORATION | SPORTS SHINKO (FLORIDA REALTY), INC. | SPORTS SHINKO FLORIDA CO., LTD. | SPORTS SHINKO UTILITY, INC. | GRENELEFE REALTY, INC. | SPORTS SHINKO (HAWAII) CO., LTD. |

INTEREST INCOME

REDACTED

TOTAL INTEREST INCOME

| SPORTS SHINKO (MILILANI) CO., LTD | SPORTS SHINKO RESORT HOTEL CORPORATION | SPORTS SHINKO (WAIKIKI) CORPORATION | OCEAN RESORT HOTEL CORPORATION | SPORTS SHINKO (KAUAI) CO., LTD. | SPORTS SHINKO (PUKALANI) CO., LTD. | SPORTS SHINKO (USA) CO., LTD. |

INTEREST INCOME

TOTAL INTEREST INCOME

CONFIDENTIAL
GT032815

STATEMENT(S) 7

**EXHIBIT G-7**