SCHEDULE OF COMBINED ENDING BALANCE SHEET

| | COMBINED AMOUNTS | LA COSTA HOTEL AND SPA CORPORATION | ENCINITAS RESORT CORPORATION | SPORTS SHINKO FLORIDA CO., LTD. | SPORTS SHINKO (FLORIDA REALTY), INC | SPORTS SHINKO UTILITY, INC | GREENLEAF REALTY, INC | SPORTS SHINKO (HAWAII) CO., LTD. |
|---|---|---|---|---|---|---|---|---|
| Assets | | | | | | | | |
| Cash | | | | | | | | |
| Trade notes and accounts receivable | | | | | | | | |
| Less allowance for bad debts | | | | | | | | |
| Inventories | | | | | | | | |
| U.S. government obligations | | | | | | | | |
| Tax-exempt securities | | | | | | | | |
| Other current assets STATEMENT 34 | | | | | | | | |
| Loans to stockholders | | | | | | | | |
| Mortgage and real estate loans | | | | | | | | |
| Other investments STATEMENT 35 | | | | | | | | |
| Buildings and other depreciable assets | | | | | | | | |
| Less accumulated depreciation | | | | | | | | |
| Depletable assets | | | | | | | | |
| Less accumulated depletion | | | | | | | | |
| Land (net of any amortization) | | | | | | | | |
| Intangible assets (amortizable only) | | | | | | | | |
| Less accumulated amortization | | | | | | | | |
| Other assets STATEMENT 36 | | | | | | | | |
| Total Assets | | | | | | | | |
| Liabilities and Stockholders' Equity | | | | | | | | |
| Accounts payable | | | | | | | | |
| Mortgages, notes, bonds payable in less than 1 year | | | | | | | | |
| Other current liabilities STATEMENT 37 | | | | | | | | |
| Loans from stockholders | | | | | | | | |
| Mortages, notes, bonds payable in 1 year or more | | | | | | | | |
| Capital stock: a Preferred stock | | | | | | | | |
| b Common stock | | | | | | | | |
| Additional paid-in capital | | | | | | | | |
| Retained earnings - Apportioned | | | | | | | | |
| Retained earnings - Unappropriated | | | | | | | | |
| Adjustments to shareholders' equity | | | | | | | | |
| Less cost of treasury stock | | | | | | | | |
| Total Liabilities and Stockholders' Equity | | | | | | | | |

SS-FLORDIA & SUBS OMITTED DUE TO LACK OF DATA

CONFIDENTIAL
GT032834

EXHIBIT G-2

EXHIBIT C-2



SCHEDULE OF COMBINED ENDING BALANCE SHEET

| | SPORTS SHINKO (MIDLAND) CO., LTD | SPORTS SHINKO CO., LTD. | SPORTS SHINKO (USA) CO., LTD. |
|---|---|---|---|
| **Assets** | | | |
| Cash | | | |
| Trade notes and accounts receivable | | | |
| Less allowance for bad debts | | | |
| Inventories | | | |
| U.S. government obligations | | | |
| Tax-exempt securities | | | |
| Other current assets STATEMENT 1 | | | |
| Loans to stockholders | | | |
| Mortgage and real estate loans | | | |
| Other investments STATEMENT 15 | | | |
| Buildings and other depreciable assets | | | |
| Less accumulated depreciation | | | |
| Depletable assets | | | |
| Less accumulated depletion | | | |
| Land (net of any amortization) | | | |
| Intangible assets (amortizable only) | | | |
| Other assets STATEMENT 16 | | | 99.7% |
| Total Assets | | | |
| **Liabilities and Stockholders' Equity** | | | |
| Accounts payable | | | |
| Mortgages, notes, bonds payable in less than 1 year | | | |
| Other current liabilities STATEMENT | | | |
| Loans from stockholders | | | |
| Mortgages, notes, bonds payable in 1 year or more | | | |
| Other liabilities STATEMENT 16 | | | |
| Capital stock: a Preferred stock | | | |
| b Common stock | | | |
| Additional paid-in capital | | | |
| Retained earnings - Appropriated | | | |
| Retained earnings - Unappropriated | | | |
| Adjustments to shareholders' equity | | | |
| Less cost of treasury stock | | | |
| Total Liabilities and Stockholders' | | | |

THIS COLUMN REFLECTS THE 12/31/2003 TAX BASIS ASSETS, LIABILITIES AND EQUITY OF SS-USA ONLY. ("SA SS-USA")

SA SS-USA'S 12/31/2003 "OTHER ASSETS" IS ITS' INVESTMENT IN SUBSIDIARIES AND COMPRISES:

| NET EQUITY-100% OWNED SUBS | $ AMOUNT | % |
|---|---|---|
| LA COSTA | | |
| ENCINITAS | | |
| SS-FLORDIA & SUBS(IMPUTED | | |
| SS-HAWAII & SUBS | | |
| TOTAL | | |

CONFIDENTIAL
GT032835