| Statement | Consolidated Beginning Balance Sheet | | | |
|---|---|---|---|---|
| Name | | | | Employer identification number |

SPORTS SHINKO (USA) CO., LTD. & SUBS

| Assets | Schedule Reference | Combined Amounts | Consolidated Adjustments | Consolidated Amounts |
|---|---|---|---|---|
| Cash | | | | |
| Trade notes and accounts receivable | STMT 11 | | | |
| Less allowance for bad debts | | | | |
| Inventories | | | | |
| U.S. government obligations | | | | |
| Tax-exempt securities | | | | |
| Other current assets | STMT 12 | | | |
| Loans to stockholders | | | | |
| Mortgage and real estate loans | | | | |
| Other investments | STMT 13 | | | |
| Buildings and other depreciable assets | | | | |
| Less accumulated depreciation | | | | |
| Depletable assets | | | | |
| Less accumulated depletion | | | | |
| Land (net of any amortization) | | | | |
| Intangible assets (amortizable only) | | | | |
| Less accumulated amortization | | | | |
| Other assets | STMT 14 | | | |
| **Total Assets** | | | | |
| **Liabilities and Stockholders' Equity** | | | | |
| Accounts payable | STMT 15 | | | |
| Mortgages, notes, bonds payable in less than 1 year | | | | |
| Other current liabilities | STMT 16 | | | |
| Loans from stockholders | | | | |
| Mortgages, notes, bonds payable in 1 year or more | STMT 17 | | | |
| Other liabilities | STMT 18 | | | |
| Capital stock: a Preferred stock | | | | |
|         b Common stock | STMT 19 | | | |
| Additional paid-in capital | STMT 20 | | | |
| Retained earnings - Appropriated | | | | |
| Retained earnings - Unappropriated | STMT 21 | | | |
| Adjustments to shareholders' equity | | | | |
| Less cost of treasury stock | | | | |
| **Total Liabilities and Stockholders' Equity** | | | | |

Exhibit 31

CONFIDENTIAL
GT032819

SCHEDULE OF COMBINED BEGINNING BALANCE SHEET

| | COMBINED AMOUNTS | LA COSTA HOTEL AND SPA CORPORATION | ENCINITAS RESORT CORPORATION | SPORTS SHINKO FLORIDA CO., LTD. | SPORTS SHINKO (FLORIDA REALTY) INC | SPORTS SHINKO UTILITY INC | GRENELEFE REALTY, INC. | SPORTS SHINKO (HAWAII) CO., LTD. |
|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | |
| Cash | | | | | | | | |
| Trade notes and accounts receivable | | | | | | | | |
| Less allowances for bad debts | | | | | | | | |
| Inventories | | | | | | | | |
| U.S. government obligations | | | | | | | | |
| Tax-exempt securities | | | | | | | | |
| Other current assets    STATEMENT 22 | | | | | | | | |
| Loans to stockholders | | | | | | | | |
| Mortgage and real estate loans | | | | | | | | |
| Other investments    STATEMENT 23 | | | | | | | | |
| Buildings and other depreciable assets | | | | | | | | |
| Less accumulated depreciation | | | | | | | | |
| Depletable assets | | | | | | | | |
| Less accumulated depletion | | | | | | | | |
| Land (net of any amortization) | | | | | | | | |
| Intangible assets (amortizable only) | | | | | | | | |
| Less accumulated amortization | | | | | | | | |
| Other assets    STATEMENT 24 | | | | | | | | |
| **Total Assets** | | | | | | | | |
| **Liabilities and Stockholders' Equity** | | | | | | | | |
| Accounts payable | | | | | | | | |
| Mortgages, notes, bonds payable in less than 1 year | | | | | | | | |
| Other current liabilities    STATEMENT 25 | | | | | | | | |
| Loans from stockholders | | | | | | | | |
| Mortgages, notes, bonds payable in 1 year or more | | | | | | | | |
| Other liabilities    STATEMENT 26 | | | | | | | | |
| Capital stock: a Preferred stock | | | | | | | | |
| b Common stock | | | | | | | | |
| Additional paid-in capital | | | | | | | | |
| Retained earnings - Apportioned | | | | | | | | |
| Retained earnings - Unappropriated | | | | | | | | |
| Adjustments to shareholders' equity | | | | | | | | |
| Less cost of treasury stock | | | | | | | | |
| **Total Liabilities and Stockholders' Equity** | | | | | | | | |

328242
05-01-03

CONFIDENTIAL
GT032823

SPORTS SHINKO (USA) CO., LTD. & SUBS

SCHEDULE L — COMBINED OTHER ASSETS

| | COMBINED AMOUNTS | LA COSTA HOTEL CORPORATION | ENCINITAS RESORT CORPORATION | SPORTS SHINKO (FLORIDA) CO., LTD. | SPORTS SHINKO (FLORIDA) FLORIDA REALTY, INC. | SPORTS SHINKO (MILILANI) CO., LTD. | SPORTS SHINKO RESORT HOTEL CORPORATION | SPORTS SHINKO (WAIKIKI) CORPORATION | OCEAN RESORT HOTEL CORPORATION | SPORTS SHINKO (KAUAI) CO., LTD. | SPORTS SHINKO (PUKALANI) CO., LTD. | SPORTS SHINKO (USA) CO., LTD. | SPORTS SHINKO UTILITY, INC. | GRENELEFE REALTY, INC. | SPORTS SHINKO (HAWAII) CO., LTD. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A/R INTERCOMPANY | | | | | | | | | | | | | | | |
| BARNETT - RENTAL POOL ESCROW | | | | | | | | | | | | | | | |
| DEPOSITS - VENDORS | | | | | | | | | | | | | | | |
| DEPOSITS | | | | | | | | | | | | | | | |
| DUE FROM AFFILIATES | | | | | | | | | | | | | | | |
| INVESTMENT IN SUBSIDIARIES | | | | | | | | | | | | | | | |
| NOTES RECEIVABLE FROM AFFILIATES | | | | | | | | | | | | | | | |
| OTHER ESCROW | | | | | | | | | | | | | | | |
| UTILITY DEPOSIT | | | | | | | | | | | | | | | |
| TOTAL OTHER ASSETS | | | | | | | | | | | | | | | |

| | A/R INTERCOMPANY | BARNETT - RENTAL POOL ESCROW | DEPOSITS - VENDORS | DEPOSITS | DUE FROM AFFILIATES | INVESTMENT IN SUBSIDIARIES | NOTES RECEIVABLE FROM AFFILIATES | OTHER ESCROW | UTILITY DEPOSIT | TOTAL OTHER ASSETS |
|---|---|---|---|---|---|---|---|---|---|---|

STATEMENT 24

CONFIDENTIAL
GT032827

STATEMENT(S) 24