SPORTS SHINKO (USA) CO., LTD. & SUBS

SCHEDULE L — COMBINED OTHER ASSETS

STATEMENT 36

| | COMBINED AMOUNTS | LA COSTA HOTEL AND SPA CORPORATION | ENCINITAS RESORT CORPORATION | SPORTS SHINKO (WAIKIKI) CORPORATION | OCEAN RESORT HOTEL CORPORATION | SPORTS SHINKO FLORIDA CO., LTD. | SPORTS SHINKO (FLORIDA REALTY), INC. | SPORTS SHINKO UTILITY, INC. | GRENELEFE REALTY, INC. | SPORTS SHINKO (KAUAI) CO., LTD. |
|---|---|---|---|---|---|---|---|---|---|---|
| DEPOSITS - VENDORS | | | | | | | | | | |
| DUE FROM AFFILIATES | | | | | | | | | | |
| INVESTMENT IN SUBSIDIARIES | | | | | | | | | | |
| NOTES RECEIVABLE - KOBAYASHI GROUP | | | | | | | | | | |
| TOTAL OTHER ASSETS | | | | | | | | | | |

| | SPORTS SHINKO (MILILANI) CO., LTD | SPORTS SHINKO RESORT HOTEL CORPORATION | | | | SPORTS SHINKO (KAUAI) CO., LTD. | SPORTS SHINKO (PUKALANI) CO., LTD. | SPORTS SHINKO (USA) CO., LTD. | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DEPOSITS - VENDORS | | | | | | | | | | |
| DUE FROM AFFILIATES | --- | | | | | | | | | |
| INVESTMENT IN SUBSIDIARIES | | | | | | | | | | |
| NOTES RECEIVABLE - KOBAYASHI GROUP | | | | | | | | | | |
| TOTAL OTHER ASSETS | | | | | | | | | | |

Annotation: "No entry (zero) for stand-alone SS-USA 'due from affiliates'" (pointing to DUE FROM AFFILIATES row, SS-USA column)

CONFIDENTIAL
GT032838

STATEMENT(S) 36

Exhibit 32

EXHIBIT G-3