IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MILILANI GOLF CLUB, LLC, a Hawaii limited liability company; KG HOLDINGS, LLC, a Hawaii limited liability company; FRANKLIN K. MUKAI,<br><br>Defendants,<br><br>and<br><br>FRANKLIN K. MUKAI; MILILANI GOLF CLUB, LLC, a Hawaii limited liability company; KG HOLDINGS, LLC, a Hawaii limited liability company,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>SPORTS SHINKO (KAUAI) CO., LTD. a Hawaii corporation; SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawaii corporation, SPORTS SHINKO (MILILANI) CO., LTD., a Hawaii corporation, SPORTS SHINKO (PUKALANI) CO. LTD., a Hawaii corporation, SPORTS SHINKO (HAWAII) CO., LTD., a Hawaii corporation; SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawaii corporation,<br><br>Third-Party Defendants, | Civ. No. 04-00128 ACK-BMK |

**and**

**SPORTS SHINKO CO., LTD., a Japan Corporation; SPORTS SHINKO (PUKALANI) CO, LTD., a Hawaii corporation; SPORTS SHINKO (HAWAII) CO., LTD., a Hawaii corporation; and SPORTS SHINKO (MILILANI) CO., LTD., a Hawaii corporation,**

**Third-Party Defendants/ Counterclaimants,**

**v.**

**MILILANI GOLF CLUB, LLC, a Hawaii limited liability company; KG HOLDINGS, LLC, a Hawaii limited liability company; FRANKLIN K. MUKAI,**

**Third-Party Counterclaim Defendants.**

**ORDER GRANTING MOTION TO ALTER OR AMEND JUDGMENT IN CIV. NO. 04-00128 ACK-BMK**

On April 5, 2007, this Court issued an Order Granting KG Defendants' Motion To Dismiss Civ. Nos. 04-00125 ACK-BMK, 04-00126 ACK-BMK and 04-00128 ACK-BMK for Lack of Subject Matter Jurisdiction ("Order"), in which the Court dismissed the complaints in those three cases in their entirety for lack of subject matter jurisdiction. On April 10, 2007, the Clerk's

Office entered Judgment in Civ. No. 04-00128 ACK-BMK, pursuant to that Order.

On April 19, 2007, Defendant Franklin K. Mukai filed a Motion to Alter or Amend Judgment in Civ. No. 04-00128 ACK-BMK. On April 20, 2007, a group of defendants, counterclaimants and third-party plaintiffs ("KG Parties") filed a joinder in the motion. The Sports Shinko parties did not file an opposition.

Since judgment was not made on the merits, but for lack of subject matter jurisdiction over the entire case, the Court agrees with Mukai that the Judgment should be modified. See, e.g., Black v. Payne, 591 F.2d 83, 86 n.1 (9th Cir. 1979) (construing judgment "for defendants and against plaintiff" as a judgment on the merits). Accordingly, the Court orders the Clerk's Office to issue an amended judgment. The amended judgment should delete the last paragraph of the existing judgment and replace it with the following paragraph:

> IT IS ORDERED AND ADJUDGED that this Court lacked subject matter jurisdiction from the inception of this case. IT IS FURTHER ORDERED AND ADJUDGED that the complaint, all claims, and all parties are dismissed without prejudice to bring suit in the appropriate forum. AND IT IS ORDERED AND ADJUDGED that the following orders are vacated: Order Denying Defendants' Motion for Summary Judgment in Civ. No. 04-00128 ACK-BMK (Mar. 28, 2006); Order Granting in Part and Denying in Part Defendants' Motion for Reconsideration, Civ. No. 04-00128 ACK-BMK (July 19, 2006).

The Court notes that it is issuing separate orders in Civ. Nos. 04-00125 ACK-BMK and 04-00126 ACK-BMK similarly

directing the Clerk's Office to modify the judgments entered in those cases.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 1, 2007.




Alan C. Kay
Sr. United States District Judge

Sports Shinko (USA) Co., Ltd. v. Mililani Golf Club, LLC, et al., Civ. No. 04-00128 ACK-BMK, Order Granting Motion To Alter or Amend Judgment in Civ. No. 04-00128 ACK-BMK.