AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation<br><br>Plaintiff(s),<br><br>Vs.<br><br>MILILANI GOLF CLUB, LLC, a Hawaii limited liability company; KG HOLDINGS LLC, a Hawaii limited liability company, FRANKLIN K. MUKAI,<br><br>Defendant(s),<br>and<br><br>FRANKLIN K. MUKAI, MILILANI GOLF CLUB, LLC, a Hawaii limited liability company and KG HOLDINGS LLC, a Hawaii limited liability company,<br><br>Third-Party Plaintiffs,<br><br>Vs.<br><br>SPORTS SHINKO (KAUAI) CO., LTD., a Hawaii corporation, SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawaii corporation, SPORTS SHINKO (MILILANI) CO., LTD., a Hawaii corporation, SPORTS SHINKO (PUKALANI) CO., LTD., a Hawaii corporation, SPORTS SHINKO (HAWAII) CO., LTD., a Hawaii corporation and SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawaii corporation,<br><br>Third-Party Defendants, | AMENDED JUDGMENT IN A CIVIL CASE<br><br>Case: CV 04-00128ACK-BMK<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>May 2, 2007<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

and

SPORTS SHINKO CO., LTD., a Japan Corporation, SPORTS SHINKO (PUKALANI) CO., LTD., a Hawaii corporation, SPORTS SHINKO (HAWAII) CO., LTD., a Hawaii corporation, SPORTS SHINKO (MILILANI) CO., LTD., a Hawaii corporation,,

        Third-Party Defendants / Counterclaimants,

        Vs.

MILILANI GOLF CLUB, LLC, a Hawaii limited liability company; KG HOLDINGS, LLC, a Hawaii limited liability company, FRANKLIN K. MUKAI,

        Third-Party Counterclaim Defendants.

AO 450 (Rev. 5/85) Judgment in a Civil Case

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court.** This action came for hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this Court lacked subject matter jurisdiction from the inception of this case. IT IS FURTHER ORDERED AND ADJUDGED that the complaint, all claims, and all parties are dismissed without prejudice to bring suit in the appropriate forum. AND IT IS ORDERED AND ADJUDGED that the following orders are vacated: Order Denying Defendants' Motion for Summary Judgment in Civ. No. 04-00128 ACKBMK (Mar. 28, 2006); Order Granting in Part and Denying in Part Defendants' Motion for Reconsideration, Civ. No. 04-00128 ACK-BMK (July 19, 2006).

|  |  |
|---|---|
| May 2, 2007 | SUE BEITIA |
| Date | Clerk |
|  | *(signature)* |
|  | (By) Deputy Clerk |