ORIGINAL

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON            1126-0
BRUCE H. WAKUZAWA      4312-0
GLENN T. MELCHINGER    7135-0
JASON H. KIM           7128-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai`i  96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email:     bwakuzawa@ahfi.com
           gmelchinger@ahfi.com
           jkim@ahfi.com

Attorneys for Plaintiff and
Third-Party Defendants
the Sport Shinko Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,  )<br><br>Plaintiff,  )<br><br>vs.  )<br><br>MILILANI GOLF CLUB, LLC, a Hawaii limited liability company; )<br>KG HOLDINGS, LLC, a Hawaii  ) | CIVIL NO. 04-00128 ACK/BMK<br><br>**NOTICE OF APPEAL** |

647,445/ 6850-5

| | |
|---|---|
| limited liability company; FRANKLIN K. MUKAI, | ) ) ) |
| Defendants, | ) ) ) |
| and | ) ) |
| FRANKLIN K. MUKAI; MILILANI GOLF CLUB, LLC, a Hawaii limited liability company; KG HOLDINGS, LLC, a Hawaii limited liability company; | ) ) ) ) ) ) ) |
| Third-Party Plaintiffs, | ) ) |
| vs. | ) ) |
| SPORTS SHINKO (KAUAI) CO., LTD., a Hawaii corporation; SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawaii corporation; SPORTS SHINKO (MILILANI) CO., LTD., a Hawaii corporation; SPORTS SHINKO (PUKALANI) CO., LTD., a Hawaii corporation; SPORTS SHINKO (HAWAII) CO., LTD., a Hawaii corporation; SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawaii corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Third-Party Defendants, | ) ) ) |
| and | ) ) ) ) |

647,445/ 6850-5

2

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japan corporation; SPORTS SHINKO (PUKALANI) CO., LTD., a Hawaii corporation; SPORTS SHINKO (HAWAII) CO., LTD., a Hawaii corporation; and SPORTS SHINKO (MILILANI) CO., LTD., a Hawaii corporation, | ) ) ) ) ) ) ) ) |
|     Third-Party Defendants/ Counterclaimants, | ) ) ) ) |
| vs. | ) ) |
| MILILANI GOLF CLUB, LLC, a Hawaii limited liability company; KG HOLDINGS, LLC, a Hawaii limited liability company; FRANKLIN K. MUKAI, | ) ) ) ) ) ) |
|     Third-Party Counterclaim Defendants. | ) ) ) ) |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff and Third-Party Defendants, by and through their attorneys, Alston Hunt Floyd & Ing, hereby appeal to the United States Court of Appeal for the Ninth Circuit from the Order Granting KG Defendants' Motion to Dismiss Civ. Nos. 04-00125 ACK-BMK, 04-00126 ACK-BMK, and

647,445/ 6850-5                                              3

04-00128 ACK-BMK for Lack of Subject Matter Jurisdiction, entered April 5, 2007 and the Judgment in Civ. No. 04-00128 ACK-CMK entered on April 10, 2007 pursuant to that Order, as modified by the Order Granting Motion to Alter or Amend Judgment in Civ. No. 04-00128 ACK-BMK entered May 1, 2007.

DATED:   Honolulu, Hawai`i, May 29, 2007.

_____
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM
Attorneys for Plaintiff and
Third-Party Defendants
the Sport Shinko Companies