# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 239604 |
|---|---|
| Trans | 145746 |

Received From:   **ALSTON HUNT FLOYD & ING**
Case Number:
Reference Number:   **CV 04-128ACK**

|  | Check | 455.00 |
|---|---|---|
|  | Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
|  | **Total** | | 455.00 |
|  | Tend | | 455.00 |
|  | Due | | 0.00 |

05/29/2007 02:09:39 PM    Deputy Clerk:  bb/AG