# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.  SHORT CASE TITLE:   Sports Shinko (USA) Co., Ltd. Vs. Mililani Golf Club, LLC, et al.,

   U.S. COURT OF APPEALS DOCKET NUMBER: _07-16068_

   U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII

   U.S. DISTRICT COURT DOCKET NUMBER: Civil No. 04-00128ACK-BMK

II  DATE NOTICE OF APPEAL FILED:   May 29, 2007

III  U.S. COURT OF APPEALS PAYMENT STATUS:

   DOCKET FEE PAID ON: 05/29/07          AMOUNT: $455.00
   NOT PAID YET:                         BILLED:
   U.S. GOVERNMENT APPEAL:               FEE WAIVED:
   WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?
   IF YES, SHOW DATE:           & ATTACH COPY OF ORDER/CJA
   WAS F.P. STATUS REVOKED:     DATE:
   WAS F.P. STATUS LIMITED IN SOME FASHION?
   IF YES, EXPLAIN:

IV  COMPANION CASES, IF ANY:

   RECEIVED
   CLERK U.S. DISTRICT COURT
   JUN 2 2 2007
   DISTRICT OF HAWAII

V  COMPLETED IN THE U.S. DISTRICT COURT BY:

   Laila M. Geronimo

AMENDED NOTIFICATION _____   PAID _____   F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)