INTERNAL USE ONLY: Proceedings include all events.
06-17219 Sports Shinko Co. v. KG Holdings, et al

QK HOTEL, LLC, a Hawaii LLC
    Defendant

| | |
|---|---|
| KG HOLDINGS, LLC<br>    Defendant - Appellant | Simon Klevansky, Esq.<br>808/524-0155<br>[COR LD NTC ret]<br>Attorney at Law<br>745 Fort Street<br>Suite 1400<br>Honolulu, HI 96813<br><br>Warren Price, III, Esq.<br>Ste. 728<br>[COR LD NTC ret]<br>Robert A. Marks, Esq.<br>FAX 808/533-0549<br>808/538-1113<br>[COR LD ret]<br>707 Richards St.<br>Ste. 728<br>Honoolulu, HI 96813<br>808/538-1113<br><br>Alika L. Piper, Esq.<br>FAX 808/531-6963<br>808/524-0155<br>Suite 1400<br>[COR LD ret]<br>Carisa Lima Ka'ala Hee, Esq.<br>FAX 808/531-6963<br>808/524-0155<br>Ste. 1400<br>[COR LD ret]<br>GELBER, GELBER, INGERSOLL &<br>KLEVANSKY<br>745 Fort Street<br>Honolulu, HI 96813 |
| PUKALANI GOLD CLUB, LLC<br>    Defendant - Appellant | Simon Klevansky, Esq.<br>(See above)<br>[COR LD NTC ret]<br><br>Warren Price, III, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Robert A. Marks, Esq.<br>(See above)<br>[COR LD ret]<br><br>Alika L. Piper, Esq.<br>(See above)<br>[COR LD ret]<br>Carisa Lima Ka'ala Hee, Esq.<br>(See above) |

INTERNAL USE ONLY: Proceedings include all events.
06-17219 Sports Shinko Co. v. KG Holdings, et al

                                                   [COR LD ret]

KG MAUI DEVELOPMENT, LLC        Simon Klevansky, Esq.
    Defendant - Appellant        (See above)
                                          [COR LD NTC ret]

                                                   Warren Price, III, Esq.
                                                   (See above)
                                                   [COR LD NTC ret]
                                                   Robert A. Marks, Esq.
                                                   (See above)
                                                   [COR LD ret]

                                                   Alika L. Piper, Esq.
                                                   (See above)
                                                   [COR LD ret]
                                                   Carisa Lima Ka'ala Hee, Esq.
                                                   (See above)
                                                   [COR LD ret]

   v.

SPORTS SHINKO CO., LTD., a       Paul Alston
Japanese corporation in            808/524-1212
reorganization, through            [COR LD NTC ret]
Keijiro Kimura, its Deputy       Glenn T. Melchinger, Esq.
Trustee                              FAX 808/524-4591
    Plaintiff-third-party-         808/524-1800
defendant - Appellee              [COR LD ret]
                                                   ALSTON HUNT FLOYD & ING
                                                   1001 Bishop Street
                                                   1800 Pacific Tower
                                                   Honolulu, HI 96813

FRANKLIN K. MUKAI                  William A. Bordner
    Defendant-third-party-         523-9833
plaintiff                              [COR LD ret]
                                                   Grosvenor Center
                                                   737 Bishop Street
                                                   Suite 3100
                                                   Honolulu, HI 96813

   v.

SPORTS SHINKO (US) CO., LTD.,    Paul Alston
a Delaware corporation             808/524-1212
    Third-party-defendant -        [COR LD NTC ret]
Appellee                              Glenn T. Melchinger, Esq.
                                                   FAX 808/524-4591
                                                   808/524-1800
                                                   [COR LD ret]
                                                   ALSTON HUNT FLOYD & ING

CONFAT

INTERNAL USE ONLY: Proceedings include all events.
06-17219 Sports Shinko Co. v. KG Holdings, et al

                                1001 Bishop Street
                                1800 Pacific Tower
                                Honolulu, HI 96813