

**FILED**

FEB 08 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| QK HOTEL, LLC, a Hawaii LLC,<br><br>Defendant,<br><br>and<br><br>KG HOLDINGS, LLC; et al.,<br><br>Defendants - Appellees,<br><br>v.<br><br>SPORTS SHINKO CO., LTD., a Japanese corporation in reorganization, through Keijiro Kimura, its Deputy Trustee,<br><br>Plaintiff-Third-Party-Defendant - Appellant,<br><br>and<br><br>FRANKLIN K. MUKAI,<br><br>Defendant-Third-Party-Plaintiff,<br><br>v.<br><br>SPORTS SHINKO (US) CO., LTD., a Delaware corporation,<br><br>Third-Party-Defendant - Appellant. | Nos. 07-16033, 07-16068<br>07-16069<br><br>D.C. No. CV-04-00125-ACK<br>D.C. No. CV-04-00126-ACK<br>D.C. No. CV-04-00128-ACK<br>District of Hawaii,<br>Honolulu |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 3 2008

at 10 o'clock and 8 min. ___ M
SUE BEITIA, CLERK

Pursuant to the stipulation of the parties, these appeals are voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

*Margaret A. Corrigan*
Margaret A. Corrigan
Circuit Mediator

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 8 - 2008

by: _____
Deputy Clerk