```
INTERNAL USE ONLY: Proceedings include all events.
07-16068 Sports Shinko Co. v. Mililani Golf, et al

QK HOTEL, LLC, a Hawaii LLC
     Defendant

KG HOLDINGS, LLC                    Simon Klevansky, Esq.
     Defendant - Appellee           808/524-0155
                                    [COR LD NTC ret]
                                    Attorney at Law
                                    745 Fort Street
                                    Suite 1400
                                    Honolulu, HI 96813

                                    Warren Price, III, Esq.
                                    Ste. 728
                                    [COR LD NTC ret]
                                    Robert A. Marks, Esq.
                                    FAX 808/533-0549
                                    808/538-1113
                                    [COR LD NTC ret]
                                    707 Richards St.
                                    Ste. 728
                                    Honoolulu, HI 96813
                                    808/538-1113

                                    Alika L. Piper, Esq.
                                    FAX 808/531-6963
                                    808/524-0155
                                    Suite 1400
                                    [COR LD ret]
                                    Carisa Lima Ka'ala Hee, Esq.
                                    FAX 808/531-6963
                                    808/524-0155
                                    Ste. 1400
                                    [COR LD ret]
                                    GELBER, GELBER, INGERSOLL &
                                    KLEVANSKY
                                    745 Fort Street
                                    Honolulu, HI 96813

PUKALANI GOLD CLUB, LLC             Simon Klevansky, Esq.
     Defendant - Appellee           (See above)
                                    [COR LD NTC ret]

                                    Warren Price, III, Esq.
                                    (See above)
                                    [COR LD NTC ret]
                                    Robert A. Marks, Esq.
                                    (See above)
                                    [COR LD NTC ret]

                                    Alika L. Piper, Esq.
                                    (See above)
                                    [COR LD NTC ret]
                                    Carisa Lima Ka'ala Hee, Esq.
                                    (See above)
```

```
INTERNAL USE ONLY: Proceedings include all events.
07-16068 Sports Shinko Co. v. Mililani Golf, et al
                                      [COR LD NTC ret]

KG MAUI DEVELOPMENT, LLC              Simon Klevansky, Esq.
     Defendant - Appellee             (See above)
                                      [COR LD NTC ret]

                                      Warren Price, III, Esq.
                                      (See above)
                                      [COR LD NTC ret]
                                      Robert A. Marks, Esq.
                                      (See above)
                                      [COR LD NTC ret]

                                      Alika L. Piper, Esq.
                                      (See above)
                                      [COR LD NTC ret]
                                      Carisa Lima Ka'ala Hee, Esq.
                                      (See above)
                                      [COR LD NTC ret]


    v.

SPORTS SHINKO CO., LTD., a            Paul Alston
Japanese corporation in               808/524-1212
reorganization, through               [COR LD NTC ret]
Keijiro Kimura, its Deputy            Bruce H. Wakuzawa, Esq.
Trustee                               [COR LD ret]
     Plaintiff-third-party-           Glenn T. Melchinger, Esq.
defendant - Appellant                 FAX 808/524-4591
                                      808/524-1800
                                      [COR LD ret]
                                      ALSTON HUNT FLOYD & ING
                                      1001 Bishop Street
                                      1800 Pacific Tower
                                      Honolulu, HI 96813

FRANKLIN K. MUKAI                     William A. Bordner
     Defendant-third-party-           523-9833
plaintiff                             [COR LD NTC ret]
                                      Grosvenor Center
                                      737 Bishop Street
                                      Suite 3100
                                      Honolulu, HI 96813


    v.

SPORTS SHINKO (US) CO., LTD.,         Paul Alston
a Delaware corporation                808/524-1212
     Third-party-defendant -          [COR LD NTC ret]
Appellant                             Glenn T. Melchinger, Esq.
                                      FAX 808/524-4591
                                      808/524-1800

Docket as of January 31, 2008 11:07 pm          Page 3    NON-PUBLIC
```

```
INTERNAL USE ONLY: Proceedings include all events.
07-16068 Sports Shinko Co. v. Mililani Golf, et al
                              [COR LD ret]
                              ALSTON HUNT FLOYD & ING
                              1001 Bishop Street
                              1800 Pacific Tower
                              Honolulu, HI 96813
```

```
INTERNAL USE ONLY: Proceedings include all events.
07-16033 Sports Shinko Co. v. KG Holdings, et al
```

QK HOTEL, LLC, a Hawaii LLC
    Defendant

| | |
|---|---|
| KG HOLDINGS, LLC<br>    Defendant - Appellee | Simon Klevansky, Esq.<br>808/524-0155<br>[COR LD NTC ret]<br>Attorney at Law<br>745 Fort Street<br>Suite 1400<br>Honolulu, HI 96813<br><br>Warren Price, III, Esq.<br>Ste. 728<br>[COR LD NTC ret]<br>Robert A. Marks, Esq.<br>FAX 808/533-0549<br>808/538-1113<br>[COR LD ret]<br>707 Richards St.<br>Ste. 728<br>Honoolulu, HI 96813<br>808/538-1113<br><br>Alika L. Piper, Esq.<br>FAX 808/531-6963<br>808/524-0155<br>Suite 1400<br>[COR LD ret]<br>Carisa Lima Ka'ala Hee, Esq.<br>FAX 808/531-6963<br>808/524-0155<br>Ste. 1400<br>[COR LD ret]<br>GELBER, GELBER, INGERSOLL &<br>KLEVANSKY<br>745 Fort Street<br>Honolulu, HI 96813 |
| PUKALANI GOLD CLUB, LLC<br>    Defendant - Appellee | Simon Klevansky, Esq.<br>(See above)<br>[COR LD NTC ret]<br><br>Warren Price, III, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Robert A. Marks, Esq.<br>(See above)<br>[COR LD ret]<br><br>Alika L. Piper, Esq.<br>(See above)<br>[COR LD ret]<br>Carisa Lima Ka'ala Hee, Esq.<br>(See above) |

```
INTERNAL USE ONLY: Proceedings include all events.
07-16033 Sports Shinko Co. v. KG Holdings, et al
                                    [COR LD ret]

KG MAUI DEVELOPMENT, LLC            Simon Klevansky, Esq.
     Defendant - Appellee           (See above)
                                    [COR LD NTC ret]

                                    Warren Price, III, Esq.
                                    (See above)
                                    [COR LD NTC ret]
                                    Robert A. Marks, Esq.
                                    (See above)
                                    [COR LD ret]

                                    Alika L. Piper, Esq.
                                    (See above)
                                    [COR LD ret]
                                    Carisa Lima Ka'ala Hee, Esq.
                                    (See above)
                                    [COR LD ret]


     v.

SPORTS SHINKO CO., LTD., a          Paul Alston
Japanese corporation in             808/524-1212
reorganization, through             [COR LD NTC ret]
Keijiro Kimura, its Deputy          Jason H. Kim
Trustee                             808-524-1800
     Plaintiff-third-party-         [COR LD NTC ret]
defendant - Appellant               Glenn T. Melchinger, Esq.
                                    FAX 808/524-4591
                                    808/524-1800
                                    [COR LD ret]
                                    ALSTON HUNT FLOYD & ING
                                    1001 Bishop Street
                                    1800 Pacific Tower
                                    Honolulu, HI 96813

FRANKLIN K. MUKAI                   William A. Bordner
     Defendant-third-party-         523-9833
plaintiff                           [COR LD ret]
                                    Grosvenor Center
                                    737 Bishop Street
                                    Suite 3100
                                    Honolulu, HI 96813


     v.

SPORTS SHINKO (US) CO., LTD.,       Paul Alston
a Delaware corporation              808/524-1212
     Third-party-defendant -        [COR LD NTC ret]
Appellant                           Jason H. Kim
                                    808-524-1800

Docket as of January 31, 2008 11:07 pm           Page 3    NON-PUBLIC
```

```
INTERNAL USE ONLY: Proceedings include all events.
07-16033 Sports Shinko Co. v. KG Holdings, et al
                                [COR LD NTC ret]
                                Glenn T. Melchinger, Esq.
                                FAX 808/524-4591
                                808/524-1800
                                [COR LD ret]
                                ALSTON HUNT FLOYD & ING
                                1001 Bishop Street
                                1800 Pacific Tower
                                Honolulu, HI 96813
```

```
INTERNAL USE ONLY: Proceedings include all events.
07-16069 Sports Shinko Co. v. Kiahuna Golf Club, et al

QK HOTEL, LLC, a Hawaii LLC
     Defendant

KG HOLDINGS, LLC                    Simon Klevansky, Esq.
     Defendant - Appellee           808/524-0155
                                    [COR LD NTC ret]
                                    Attorney at Law
                                    745 Fort Street
                                    Suite 1400
                                    Honolulu, HI 96813

                                    Warren Price, III, Esq.
                                    Ste. 728
                                    [COR LD NTC ret]
                                    Robert A. Marks, Esq.
                                    FAX 808/533-0549
                                    808/538-1113
                                    [COR LD NTC ret]
                                    707 Richards St.
                                    Ste. 728
                                    Honoolulu, HI 96813
                                    808/538-1113

                                    Alika L. Piper, Esq.
                                    FAX 808/531-6963
                                    808/524-0155
                                    Suite 1400
                                    [COR LD NTC ret]
                                    Carisa Lima Ka'ala Hee, Esq.
                                    FAX 808/531-6963
                                    808/524-0155
                                    Ste. 1400
                                    [COR LD NTC ret]
                                    GELBER, GELBER, INGERSOLL &
                                    KLEVANSKY
                                    745 Fort Street
                                    Honolulu, HI 96813

PUKALANI GOLD CLUB, LLC             Simon Klevansky, Esq.
     Defendant - Appellee           (See above)
                                    [COR LD NTC ret]

                                    Warren Price, III, Esq.
                                    (See above)
                                    [COR LD NTC ret]
                                    Robert A. Marks, Esq.
                                    (See above)
                                    [COR LD NTC ret]

                                    Alika L. Piper, Esq.
                                    (See above)
                                    [COR LD NTC ret]
                                    Carisa Lima Ka'ala Hee, Esq.
                                    (See above)

Docket as of January 31, 2008 11:07 pm              Page 2    NON-PUBLIC
```

```
INTERNAL USE ONLY: Proceedings include all events.
07-16069 Sports Shinko Co. v. Kiahuna Golf Club, et al

                                         [COR LD NTC ret]

KG MAUI DEVELOPMENT, LLC          Simon Klevansky, Esq.
     Defendant - Appellee         (See above)
                                  [COR LD NTC ret]

                                  Warren Price, III, Esq.
                                  (See above)
                                  [COR LD NTC ret]
                                  Robert A. Marks, Esq.
                                  (See above)
                                  [COR LD NTC ret]

                                  Alika L. Piper, Esq.
                                  (See above)
                                  [COR LD NTC ret]
                                  Carisa Lima Ka'ala Hee, Esq.
                                  (See above)
                                  [COR LD NTC ret]


     v.

SPORTS SHINKO CO., LTD., a        Paul Alston
Japanese corporation in           808/524-1212
reorganization, through           [COR LD NTC ret]
Keijiro Kimura, its Deputy        Bruce H. Wakuzawa, Esq.
Trustee                           [COR LD ret]
     Plaintiff-third-party-       Jason H. Kim
defendant - Appellant             808-524-1800
                                  [COR LD NTC ret]
                                  Glenn T. Melchinger, Esq.
                                  FAX 808/524-4591
                                  808/524-1800
                                  [COR LD ret]
                                  ALSTON HUNT FLOYD & ING
                                  1001 Bishop Street
                                  1800 Pacific Tower
                                  Honolulu, HI 96813

FRANKLIN K. MUKAI                 William A. Bordner
     Defendant-third-party-       523-9833
plaintiff                         [COR LD NTC ret]
                                  Grosvenor Center
                                  737 Bishop Street
                                  Suite 3100
                                  Honolulu, HI 96813


     v.

SPORTS SHINKO (US) CO., LTD.,     Paul Alston
a Delaware corporation            808/524-1212
     Third-party-defendant -      [COR LD NTC ret]

Docket as of January 31, 2008 11:07 pm            Page 3    NON-PUBLIC
```

```
INTERNAL USE ONLY: Proceedings include all events.
07-16069 Sports Shinko Co. v. Kiahuna Golf Club, et al

Appellant                          Jason H. Kim
                                   808-524-1800
                                   [COR LD NTC ret]
                                   Glenn T. Melchinger, Esq.
                                   FAX 808/524-4591
                                   808/524-1800
                                   [COR LD ret]
                                   ALSTON HUNT FLOYD & ING
                                   1001 Bishop Street
                                   1800 Pacific Tower
                                   Honolulu, HI 96813
```